# EXHIBIT 1

Try Prime

Tools & Home Improvement ▾ | softener

**5 days left Prime FREE 2-Day Shipping**

Deliver to
Scottsdale 85251

Your Amazon.com   Last-Minute Deals

EN ▾

Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾

0
Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

**Up to 40% off select power and hand tools**    Shop now ▸

‹ Back to search results for "softener"

# ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black by ABCwaters

35 customer reviews   |   164 answered questions








Price: **$1,069.99** & **FREE Shipping**

Get $50 off instantly: Pay **$1,019.99** upon approval for the Amazon Rewards Visa Card.

**May arrive after Christmas.**

Pattern Name: **10%**

| **10%**<br>**$1,069.99** | 10% w Catalytic Carbon<br>$1,269.99 |

8% w/ Connectors
$1,099.99

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

| **Without expert installation** |

Expert replacement installation
**+$436.72 per unit**

Share

$1,069.99

& **FREE Shipping**

**Get it as soon as Dec. 21 - 27**
when you choose **Expedited Shipping** at checkout.

**In Stock.**
Ships from and sold by
602abcWATER.

Qty:   1   ▾

$1,069.99 + Free Shipping

| Add to Cart |

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

Add to List

 

*Aquasana High Performance Water Filtration ...*

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Fre...

22

$1,688.56 ✓prime

Ad feedback



key
oftener &
also
tion kit,
ical
e this is
ed to the

use
t Digital
ing
n for
mended
2-5

es efficient
ckwash
ded, and
on and
tank
media –
coconut
gh

a wide

tbe, and
tes and
tration

- GUARANTEED SATISFACTION. We guarantee satisfaction with our product and customer service or get your money back. We pride ourselves in providing a hassle free consumer experience. We offer a 60 day return policy with money back guarantee. Systems are assembled with NSF approved parts, filters and media. NEED WATER CONNECTORS? Copy and Paste this ASIN to find connectors for this package – B074T1L717.

› See more product details

Compare with similar items

**New (1)** from $1,069.99 & FREE shipping.



**Tools, DIY & Yard**
**Home Gift Guide**

Shop now ›

---

## Frequently bought together

  +  +

Total price: **$1,318.91**

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black  $1,069.98

☑ iSpring 5-Stage Prestige Top Purity Under Sink Reverse Osmosis Drinking Water Filter System WQA Gold… $193.99

☑ Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap $54.94

---

## Sponsored products related to this item


Bounce Fabric Softener
Dryer Sheets for Static
Control, Outdoor Fresh
Scent, 120 Count
29
$5.70


Downy Ultra April Fresh
Liquid Fabric Conditioner
Smart Pouch, Fabric
Softener - 48...
351
$13.99


Downy Nature Blends
Liquid Fabric Conditioner
& Softener, Honey
Lavender, 2 Count
54
$11.98

Aquasana 10-Year,
1,000,000 Gallon Whole
House Water Filter with
Salt-Free Softener...
47
$1,241.60


Downy Free & Gentle
Liquid Fabric Conditioner
(Fabric Softener), 34 fl.oz,
(Packagi...
159
$17.94

Ad feedback

## Customers who bought this item also bought


CMI Inc FLEX18-1FF
173218 18" Corrugated
Stainless Steel Flexible
Water Line-1 Inch Hose...
23
$26.70


Culligan WH-HD200-C
Whole House Sediment
Water 1" HD CLR WTR
Filter, Clear Bowl, Grey Cap
165
$54.94


Bulk Water Hardness Test
Strips - 15 Second Results
Reading From 0ppm To
500ppm
73
$15.99


Holdrite Flexible Stainless
Steel Water Heater
Connector, Female Iron
Pipe Fitting, 1-Inch FIP x...
78
$23.49


Cash Acme
U3086FLEX24LF Water
Softener Hose, Silver
24
$17.97

## Special offers and product promotions

Pattern Name: 10%
- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items






| | | | | |
|---|---|---|---|---|
| | **This item** ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (35) | (445) | (83) | (41) |
| **Price** | $1,069<sup>99</sup> | $573<sup>27</sup> | $629<sup>99</sup> | $640<sup>00</sup> |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| **Item Dimensions** | 54 x 10 x 10 in | 27 x 17 x 62 in | 54 x 10 x 10 in | 48 x 12 x 12 in |

## Product description

Pattern Name:**10%**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package – Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 10" diameter PG 2.5T, black 36inch brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet resin. (1) Hardness Test, drain line & Install Bag of Goodies. Upflow carbon filtration: black 10" diameter tank, simple in & out valve, bypass valve & 1.5 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS – Whole house system is built using 2 American made tanks. (2) Black 10" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 250 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

Pattern Name:**10%**

### Technical Details

| | |
|---|---|
| Part Number | ABC-2-48k__-48k |
| Item Weight | 148 pounds |
| Product Dimensions | 54 x 10 x 10 inches |
| Item model number | 5600sxt |
| Size | 48000 grain capacity |
| Color | Black |
| Pattern | 10% |
| Item Package Quantity | 1 |
| Flow Rate | 12 GPM |
| Water Consumption | 12 GPM |
| Included Components | softener and carbon tank |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B06XCCF9TR |
| Customer Reviews | 35 customer reviews<br>4.4 out of 5 stars |
| Best Sellers Rank | #189,643 in Tools & Home Improvement (See top 100)<br>#129 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 149 pounds (View shipping rates and policies) |
| Date First Available | June 16, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)   Upload your video



### Be the first video

Your name here

## Important information

### Seller Warranty Description
5 year warranty Fleck Valve; 10 year warranty of mineral tanks and brine tank

## Sponsored products related to this item











Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...
6
$619.99

Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52

American Water Solutions AIK10-25sxt AIK10 air Injection, Almond
1
$687.98

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
22
$1,688.56

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

## 35 customer reviews                    Customer images

## 4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 3% |
| 1 star | | 3% |



See all customer images

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

59

[ Shop now ]

Ad feedback

## Read reviews that mention

| carbon tank | water softener | stainless steel | carbon filter |
| easy to install | soft water | hot water | softener system | installation |
| abc | support | connectors | fleck | professional | valve |

Showing 1-8 of 35 reviews

[ Top Reviews ]

Heffe

### Great quality water system!!!

July 8, 2017
Pattern: 10%    **Verified Purchase**

I am extremely happy with this purchase so far. Have had it installed for almost a week and the quality of water is great. I placed inline sediment filters before and after to help extend the life of the media and tanks. Only issue I had was there were no instructions included for the carbon upflow tank. It was pretty straightforward though and after a little research I found it was more beneficial to have it inline before the water softener to help the softener resin be more efficient. If your looking to install a water softener, this system is what you want. For a few hundred dollars more, the carbon will remove impurities such as chlorine and pesticides. Totally worth it!!!!

39 people found this helpful

Helpful          Comment     Report abuse

Jeff

**Simply Soft!**

May 10, 2017

Pattern: 10%

Although I'm an Amazon fan and proud Prime member I chose to purchase this directly from 602abcwater.com. I couldn't be happier with this product. I live in northern California where our city water is extremely hard. After installing this softener I I tested water from the hose outside and it was at 25 gpg. Inside our home we went straight to 0 gpg. Also there are no traces of any chlorine whatsoever thanks to the sweet carbon up-flow tank. The most important thing for me was having 602abcwater there for me to ask any questions, this was my first install. Customer service is critical when you start cutting water lines to your home and you have two kids that need a bath at the end of the day ;-) Bryan at 602abcwater was great, he answered all my questions and also gave me a heads up on common mistakes people make plumbing these softeners. The final result is pure, clean, safe water for my family. 602ABCWATER.COM get's an A+ rating in my book! Amazon is lucky to have them representing the Fleck line of softeners.

38 people found this helpful

Helpful          Comment     Report abuse

Amazon Customer

**TOP NOTCH ! I love this system best water I've ever had feels and taste great and easy to maintain.**
June 10, 2018
Pattern: 10% w/ RO Drinking Water Filter    **Verified Purchase**

Purchased system for a new home, received on time and had a professional plumber install system. Was told by technician that this system would last 10 years and was a very good system. FYI if having a professional install this system they will not use the stainless steel flex line kit and warranty your installation they will hard line it with copper included in the price of the installation.

5 people found this helpful

Helpful　　　Comment　　Report abuse

alacrion

**I purchased this system with the intent of installing it ...**
May 16, 2018
Pattern: 10%    **Verified Purchase**

I purchased this system with the intent of installing it myself. I was eventually successful, but there were a couple things I wish I knew from the start.

This system does not include the tube needed to drain the resin tank during the regeneration cycle, the tubes to your water supply, or the tube connecting the carbon tank to the resin tank. I was actually replacing an existing system so i just reused the drain connection. As for the tubes to my water supply, I have 3/4 in. PVC which meant I needed 2 sharkbite PVC connectors 3/4 in. x 3/4 in. and 2 Flexible Stainless Steel tubes 3/4 in. X 1 in. As for the tube connecting the carbon tank to the resin tank, you need 1 Flexible Stainless Steel tube 1 in. X 1 in.

10 people found this helpful

Helpful　　　Comment　　Report abuse

TIffany

**Defective water softener**
August 26, 2018
Pattern: 10%    **Verified Purchase**

Water softener is defective
Company not doing anything about it

6 people found this helpful

Helpful      Comment     Report abuse

travellerwho

**Recommended product**

July 26, 2018
Pattern: 10%     Verified Purchase

This product is brilliant as it totally destroyed hardness in my water.
Pros-
Really soft water
No stains on dishes
Silky smooth hair
On demand fleck

Cons
A bit Expensive here. I gave 3.5 stars because when I bought this product and holds true still today
the company sells it for $40 less on their website and some other third party websites. I called them
to honor the price even told them about their glitch but they didn't agreed to change price. I bought
it from amazon cos I wanted to use my gift cards.

Requires good plumbing skills. I won't blame this on company but for a beginner like me I had to pay
big uncle sam for its installation

One person found this helpful

Helpful      Comment     Report abuse

Sinewave

**Good Water Softener**

November 25, 2018

Pattern: 10%    **Verified Purchase**

This is a good water softener. This does require professional installation. Make sure the installer reads the instructions correctly. Their support is very good and they will even facetime with you to make sure the installation is correct. USE their support and make sure the directions of the connections is correct. 2 Professional installers – mine and a friend's installed it incorrectly so make sure you double check and triple check the pipes and verify with the support.

| Helpful |     Comment    Report abuse |
| --- | --- |

Amazon Customer

**great too have clean soft water again**

October 17, 2017

Pattern: 10%    **Verified Purchase**

great too have clean soft water again, digital works well but using much more salt, then manual control I had. also very easy to install.came with every thing I needed.

3 people found this helpful

| Helpful |     Comment    Report abuse |
| --- | --- |

**See all 35 reviews**

| Write a customer review |
| --- |

## What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

41

$637.99



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener and Professional Installation Kit

47

$1,241.60

Internal-frame backpacks



amazonbasics
Shop now ▸

Ad feedback

**Pages with related products.** See and discover other items: Water Softeners, Best Rated in Water Softeners, Best Rated in Water Filtration & Softeners, filters for water softener system, house water filter system, Best water softeners for homes

Back to top

Get to Know Us            Make Money with Us            Amazon Payment Products            Let Us Help You

Careers                    Sell on Amazon               Amazon Rewards Visa Signature Cards     Your Account

| | | | |
|---|---|---|---|
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates



**Try Prime**

Tools & Home Improvement ▾   softener

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com   Last-Minute Deals

EN ▾

Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾

0
Cart

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

## Deals in Home

Shop now ›

‹ Back to search results for "softener"

# ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond

by ABCwaters

83 customer reviews   |   128 answered questions



Share

Price: **$629.99** & FREE Shipping

Get $50 off instantly: Pay $579.99 upon approval for the
Amazon Rewards Visa Card.

**May arrive after Christmas.**

Installation options: **Expert replacement + haul away | See
more options for first-time installation** More options

┌─────────────────────────────────┐
│ **Without expert installation** │
└─────────────────────────────────┘

Expert replacement installation
**+$436.72 per unit**

See more

- Water softener, iron filter, all in one
- 48, 000 Grain Capacity, fine mesh resin designed for high
  iron removal & long life

**$629.99**

& FREE Shipping

**Get it as soon as Dec. 21 – 27**
when you choose **Expedited
Shipping** at checkout.

**In Stock.**
Ships from and sold by
602abcWATER.

Qty:   1   ▾

$629.99 + Free Shipping

┌─────────────────────────────────┐
│ Add to Cart │
└─────────────────────────────────┘



icy and

e,

1-Click ordering is not available for
this item.

Deliver to Scottsdale 85251

Add to List

hat
d your
mazon
loss and
nt use or

Ad feedback

Frec

Total price: $696.40

Add all three to Cart

Add all three to List

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or... $619.99

☑ Watts WH-LD Premier Whole House Water Filtration System $65.99

☑ Culligan P5A P5 Whole House Premium Water Filter, 8,000 Gallons $10.42

## Sponsored products related to this item

    

| Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count | Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48... | Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi... |
|---|---|---|---|---|
| 29 | 351 | 54 | 14 | 159 |
| $5.70 | $13.99 | $11.98 | $529.52 | $17.94 |

Ad feedback

## Customers who bought this item also bought

    

| Watts WH-LD Premier Whole House Water Filtration System | CMI Inc FLEX18-1FF 173218 18" Corrugated | Culligan UB-1 Mounting Bracket with Screws | Valumax Fleck 18706-02 3/4 Plastic Yoke Male NPT Bypass | Culligan P5A P5 Whole House Premium Water Filter, 8,000 Gallons |
|---|---|---|---|---|
| | | 213 | | |

|  | 465 | Stainless Steel Flexible | 36 offers from $4.99 | | 10 | | 483 |
| $65.99 | | Water Line-1 Inch Hose... | | $10.10 | | $10.42 | |
| | | 23 | | | | | |

## Special offers and product promotions

- **Your cost could be $579.99 instead of $629.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

[                                                                                           ]

**WARNING:** California's Proposition 65

## Compare with similar items






**This item** ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron

Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve

Filter System, 48k, Black or
Almond

| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|
| **Customer Rating** | (83) | (445) | (41) | (20) |
| **Price** | $629⁹⁹ | $573²⁷ | $640⁰⁰ | $599⁰⁰ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| **Item Dimensions** | 54 x 10 x 10 in | 27 x 17 x 62 in | 48 x 12 x 12 in | — |

## Product description

Fleck 5600SXT
Iron Pro Water Softener System
Fine mesh resin
Specialty resin improves system capacity for iron removal.

Make sure to click on the link to choose Amazon as the seller to get the genuine iron pro system and prime shipping and a test kit for iron and hardness.

Fleck 5600SXT control head
Our most popular head offers digital controls with an informative display and easy setup.

Complete System
Includes tank, control head, fine mesh resin, and brine tank.

Note: Special, comes with Purtest iron and hardness test kit!

## Product information

### Technical Details                                    ### Additional Information

| Part Number | IP-48k-56SXT | ASIN | B004LYGBWM |
|---|---|---|---|

| | | Customer Reviews | 83 customer reviews |
|---|---|---|---|
| Item Weight | 120 pounds | | 4.5 out of 5 stars |
| Product Dimensions | 54 x 10 x 10 inches | | |
| Item model number | 48k-56sxt-fm | Best Sellers Rank | #157,792 in Tools & Home Improvement (See top 100) |
| Size | 48k | | #109 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Color | black or almond | | |
| Wattage | 65.00 | | |
| Item Package Quantity | 1 | Shipping Weight | 120 pounds (View shipping rates and policies) |
| Certification | Not Applicable | | |
| Included Components | Complete system | Date First Available | December 4, 2010 |
| Batteries Included? | No | | |
| Batteries Required? | No | | |
| Warranty Description | 60 months | | |

## Warranty & Support

Product Warranty: For warranty information about this product, please click here [PDF ]

## Technical Specification

Installation Manual [pdf ]

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts | Upload your video

| 2:34 | 4:42 | 2:06 | 0:54 |
|---|---|---|---|
| How to Hook Up a Water Softener | About Water Softener Repair | About Water Softener Recharging | **Customer Review:** Water Filtration System Install |
| eHow | eHow | eHow | Junior LP |

## Sponsored products related to this item







Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52

Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...
6
$619.99

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...
56
$705.60

Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

American Water Solutions AIK10-25sxt AIK10 air Injection, Almond
1
$687.98

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# 83 customer reviews

4.5 out of 5 stars

| 5 star | | 75% |
|---|---|---|
| 4 star | | 16% |
| 3 star | | 1% |
| 2 star | | 2% |
| 1 star | | 6% |

## Review this product

Share your thoughts with other customers

    Write a customer review

## Customer images

   

See all customer images

## Read reviews that mention

water softener    bypass valve    works great    well water    make sure

much better    brine tank    youtube videos    straight forward

easy to install    water quality    instruction manual    works well

Showing 1-5 of 83 reviews

Top Reviews

Junior LP

**Water Filtration System Install**

September 30, 2016

**Verified Purchase**

85

Shop now

Ad feedback

I ordered this 48K unit to get rid of my water hardness, iron & manganese troubles for my family of four. I had proposals from a few water filtration contractors and they wanted $3000 – $4000 for installation of similar systems. I am so glad that I decided to do it myself. I think that I am into everything (softener, pex tubing & fittings, salt, pre-filter, post-filter & drain piping) for around $1500! Those SharkBite fittings get pricey! I did do a bit of extra plumbing though too.

Read more

34 people found this helpful

Helpful     Comment     Report abuse

Lyle C.

**Works great. Some cheap plastic parts.**

June 28, 2015

**Verified Purchase**

Works great. Makes nice soft water. No more soap scum and staining. Only complaint is that some of the parts are cheap plastic where they could have been metal to make it a truly outstanding product (fittings, float assembly in brine tank, bypass valve).

41 people found this helpful

Helpful          Comment    Report abuse

RLK

**The water is clear, our showers feel clean and the rusty water is gone!**

March 13, 2018
**Verified Purchase**

It works to reduce the amount of iron in our water- no more yellowish rust rings in our toilet and rust in our showers, and our showers feel better. Our water is so much clearer now that we have installed this. We had very bad iron in our well water, and even after chlorine shocking our well, the water was always had a yellowish tinge and metallic taste, albeit shocking did help a tiny bit. After installing this water softener, the sinks, shower, tub and toilets are all cleaner, and we can use tap water for cooking without having a rust ring in our pots. We use iron-removing softener salt with this and I only replace the salt after about 4 months (3-4 bags). We looked up how to install this ourselves as our home never had a water softener in it. It isn't terribly hard to do it yourself if you have some working knowledge about cutting/replacing pipes, but you may wish to hire someone to install it if you don't. Saved us $3,000 that we were quoted from a major softener company and we are happy with our water now..

As an update, it's been a year now and the water softener is still working like a champ. We did all the installation ourselves using quick connectors to the copper pipes and flexible metal hose, and it has held up well. We have very little knowledge about plumbing so we were worried this wouldn't hold up, but it is doing an excellent job .

7 people found this helpful

Helpful          Comment    Report abuse

NCdubster

**Iron Pro is the "go to" - experienced user says this is the holy grail of softeners**

August 14, 2017

**Verified Purchase**

We have iron, rust & sulphur in our well water. Not to mention, we live right next door do an abandoned gold mine, who knows what got pumped in back in the 1800's? I replace my softer approximately every 10 years. My 1st was a Culligan, I didn't know any better and paid over $ 3000 for it including installation, it had to be professionally serviced almost every 6-9 months to the tune of $ 200 or 300 per trip - I would NEVER buy another Culligan product. The 2nd unit was a Aqua Pure NSF-100, quality unit with timer operation, lasted a full 10 years. The timer needed repair & the media needed replacing. Figured it was time for a new one as the price was negligible between this new vs. repair/recharge on the old one. The upside is this one has a usage metering head, which should save salt. Installation was just like the last one, I went ahead and replaced the filter housing ahead of the softener with a "Big Blue 20" large filter housing & 100 micron filter. Has been in operation for about 3 weeks now. Water is excellent, showers are more enjoyable, dishwasher & clothes washer are cleaning much better. Two thumbs up!

3 people found this helpful

| Helpful |
|---------|

Comment    Report abuse

Ms Me

**Gets the iron out**

July 31, 2018

**Verified Purchase**

I bought this a year ago for a cottage that had nasty well water with both types of iron. Our toilets always looked yellow and none of our clothes looked clean. The water smelled and was undrinkable. The cottage can have anywhere between 0 to 12 people at once in any given month, and it suits our needs. We have a two bathroom home that only uses the water for showering, clothes, and washing dishes. Our water is too acidic to drink, but this system isn't designed to lower acidity and we knew that going in. This has made a huge improvement for what we need. Still going strong with no problems. My husband installed this with a little help from his father, and it was relatively straight forward. We didn't know that it would be shipped in two boxes, and they were not shipped together, so that was a little hiccup. We were missing some sort of lubricant from the box and drove all over town looking for it unsuccessfully. We were then told by the seller to use cooking oil, but didn't say exactly what type of cooking oil. And we didn't want the smell of eventually rancid cooking oil in our water closet, so we used something Ace recommended. It is working well. Everyone at the cottage is happy with the purchase, especially considering Culligan wanted $3,000 for a lesser system.

Helpful     Comment     Report abuse

**See all 83 reviews**

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond

Set up a giveaway

## What other items do customers buy after viewing this item?


Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26


Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99


Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap

165

$54.94


Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve

20

$598.45

121

Shop now

Ad feedback

**Pages with related products.** See and discover other items: house filters, iron filter whole house, pentair water filter, Best Rated in Water Softeners, filters for water softener system, house water filter system

Back to top

Get to Know Us

Careers

Make Money with Us

Sell on Amazon

Amazon Payment Products

Amazon Rewards Visa Signature Cards

Let Us Help You

Your Account

| | | | |
|---|---|---|---|
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates



‹ Back to search results for "softener"

# ABCwaters 64k-56SXT-FMABC 64k FM fine mesh Softener, Iron Removal, Black by ABCwaters

40 customer reviews | 64 answered questions



Price: $749.99 & FREE Shipping

Get $50 off instantly: Pay $699.99 upon approval for the Amazon Rewards Visa Card.

**May arrive after Christmas.**

Size: **Fine Mesh for Iron Removal**

8% Cross Link
$709.99

48,000 Grain Capacity
$669.99

64k grain capacity
$719.99

Fine Mesh for Iron Removal
$749.99

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

Share

$749.99

& FREE Shipping

**Get it as soon as Dec. 21 - 27** when you choose **Expedited Shipping** at checkout.

In Stock.
Ships from and sold by 602abcWATER.

Qty: 1 ▾

$749.99 + Free Shipping

Add to Cart

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251



**Without expert installation**

Expert replacement installation
+$436.72 per unit

Add to List

**Other Sellers on Amazon**

**New** (3) from $749.99 & FREE shipping.



**The Quality You Expect, The Price You Deserve.**

**Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water**
20
$499.00

Ad feedback

ısing an
ıan system
and has a
IESH resin
esh resin
anganese.
ggested
ıes 5 year

ı our
ıs includes
ılls such as
ıacket, 4 ft
all guide
ı the

m is built
ameter
:. Both
ors are also

ghest end
y
ABCwaters. Experience the difference and see why we are the industry leader. Email, Phone, Text, and NEW Facetime support along with YouTube videos gives you SUPPORT for before, during or after the installation.
- VALUE ADDED PACKAGE - We pride ourselves in simplifying the consumer experience. We demonstrate this by PRE-PROGRAMMING the Fleck digital meter to avoid adding guess work, we provide additional INSTALL

ITEMS to save you from making extra trips to store, and
we are very EASY TO CONTACT using phone, email,
phone texting and now FREE FACETIME tech support.

› See more product details

Compare with similar items

**New** (3) from $749.99 & FREE shipping.

Ad feedback

## Frequently bought together



Total price: **$795.31**

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 64k-56SXT-FMABC 64k FM fine mesh Softener, Iron Removal, Black  $749.99

☑ Culligan WTR Filter HF-360A Whole Standard Duty 3/4" Inlet/Outlet with Clear Housing Filtration…  $34.90

☑ Culligan P5A P5 Whole House Premium Water Filter, 8,000 Gallons $10.42

## Sponsored products related to this item







Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count
29
$5.70

Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48...
351
$13.99

Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count
54
$11.98

Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi...
159
$17.94

Colace Regular Strength Stool Softener 100 mg Capsules 60 Count Docusate Sodium Sto...
353
$15.97

Ad feedback

## Customers who bought this item also bought







Culligan P5A P5 Whole House Premium Water Filter, 8,000 Gallons
483
$10.42

Culligan UB-1 Mounting Bracket with Screws
213
36 offers from $4.99

Pentek SW-4 Plastic Filter Wrench used on Big Blue Filter Systems
106
$3.83

Pentek RFC20-BB Carbon Filter Cartridge, 20" x 4-1/2"
69
$58.66

Pentek DGD-2501-20 Spun Polypropylene Filter Cartridge, 20" x 4-1/2"
88
$23.26

## Special offers and product promotions

Size: Fine Mesh for Iron Removal

- **12 Month Financing:** For a limited time, purchase $599 or more using the Amazon.com Store Card and pay no interest for 12 months on your entire order if paid in full in 12 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Minimum monthly payments required. Subject to credit approval. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item** ABCwaters 64k-56SXT-FMABC 64k FM fine mesh Softener, Iron Removal, Black | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (40) | (83) | (445) | (139) |
| Price | $749⁹⁹ | $629⁹⁹ | $573²⁷ | $599⁹⁵ |
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| Item Dimensions | 48 x 12 x 12 in | 54 x 10 x 10 in | 27 x 17 x 62 in | 10 x 10 x 54 in |

## Product description

Size:**Fine Mesh for Iron Removal**

Eliminate red staining iron water from your household while removing hard water. Treats both ferrous (clear water or dissolved) and ferric (red water or oxidized) iron. Removes Manganese which is commonly seen as a black "slimy" stain or build up. Also treats Hydrogen Sulfide which is the rotten egg odor and as well as some evidence of yellow staining. Water Softener System Technical Details: Technical Details: The newest version of Fleck on-demand metered 5600 SXT valve, (1) 12" diameter PG 2.5T, (1) standard black brine tank with safety float. Includes Fleck bypass valve (#60049) and 1" male threaded yoke connection (#18706-01). 64,000 grain / 2.0 cubic feet of high capacity FINE MESH resin (#ABC-FM).

## Product information

Size:**Fine Mesh for Iron Removal**

### Technical Details

| | |
|---|---|
| Part Number | ABC-5600sxt-IN-64 |
| Item Weight | 147 pounds |
| Product Dimensions | 48 x 12 x 12 inches |
| Item model number | 64k-56SXT-FMABC |
| Size | Fine Mesh for Iron Removal |
| Color | Black |
| Item Package Quantity | 1 |
| Water Consumption | 12 GPM |
| Certification | Not Applicable |
| Included Components | Complete system |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B076KSXGJG |
| Customer Reviews | 40 customer reviews<br>4.4 out of 5 stars |
| Best Sellers Rank | #319,429 in Tools & Home Improvement (See top 100)<br>#212 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 148 pounds (View shipping rates and policies) |
| Domestic Shipping | Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. |
| International Shipping | This item is not eligible for |

international shipping. Learn More

| | |
|---|---|
| Date First Available | January 3, 2017 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)   Upload your video



### Be the first video

Your name here

## Sponsored products related to this item









Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...

6

$619.99

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...

14

$529.52

Fleck 5600sxt On Demand Water Softener (32,000 Grains) with Resin Made in USA/Canada

1

$527.00

Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water

20

$499.00

Hard Water Problems? Hefty heating bills? Buy the YARNA Electronic Water Softener a...

39

$219.97

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# 40 customer reviews

### 4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 3% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 7% |

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images



See all customer images

## Read reviews that mention

easy to install    highly recommend    well water    water softener

drain line    works great    hard water    system    installed    iron

fleck    installation    pressure    support    abc    company

### Showing 1-8 of 40 reviews

Top Reviews

Savos Aren



Our best-selling
lightning cable...
upgraded

amazonbasics

Shop now ▸

Ad feedback

**Its pretty darn awesome.**

February 20, 2018

Size: 48,000 Grain Capacity    **Verified Purchase**

As a first time home buyer I knew absolutely nothing about water softeners. But doing some serious research I settled on this awesome machine. My wife and I live in a large old farm house with really hard water, so I wanted to get one that could keep up with the hardness. I've had this thing since June and I've only, other than the initial fill-up, put in 2 maybe 3 bags to refill it. I also installed a pre micron filter before and a carbon filter after this softener. It's been one of the best purchases we have made since being home owners. I Highly recommend it.

4 people found this helpful

| Helpful | Comment | Report abuse |

Jennifer J Stuart

**Perfect IronSoft Plus Replacement!!**

November 16, 2017

Size: 48,000 Grain Capacity    **Verified Purchase**

We previously had an IronSoft Plus water softener (for 9 years in the Florida sun), but encountered some issues after attempting to replace the media which resulted in the upper control apparatus to leak and pressure build up to unseat it spraying water everywhere. We ordered the Fleck 5600sxt since it is very similar to the IronSoft Plus, and we found that the majority of the parts are the exact same. So, we were able to use our existing connections to our PVC pipes including the bypass valves (even though we were advised not to). This allowed the installation for us to be roughly 1.5 hours and we now have replacement parts in case we have any issues with the bypass valve or threaded PVC connector. Instructions with the softener are a little difficult to work with, but they do provide an installation video which makes it much easier. My only complaint is that this does not come with a drain line, so you will need to buy one separately if you do not have one that you can use. Prior to installation, we were at a 12 gpg/200 ppm hardness with our water; after installation we are now at 0 gpg/0 ppm. Quick shipping, received in about 1 week. Very pleased overall with this purchase.

One person found this helpful

| Helpful | Comment | Report abuse |

Pete I

**Install**

August 25, 2018
Size: 48,000 Grain Capacity    **Verified Purchase**

Received the water softener from ups. The box was mangled but the unit was fine. The unit shipped with the resin in the tank so install was fairly easy. The manufacturer left out the drain fitting from the fleck valve to the drain line. I picked one up at home depot for 62 cents. I never asked for a replacement as I wanted to install as quickly as possible. So far working great.
Added a star. After 7 days unit working flawlessly. Performed water test and no iron or hardness. Only had to reprogram fleck valve brine backfill time from 12 min to 6 min. Too much water in brine tank.
Great unit!

| Helpful |    Comment    Report abuse |
|---|---|

     YKNOT

### Great softener

October 3, 2018
Size: 64k grain capacity    **Verified Purchase**

I installed this softener about 6 weeks ago to replace a Kenmore softener that had aged out. I made my own bypass valve to reduce the pressure/flow drop even though a bypass valve does come with the softener. The Fleck control valve is great and comes pre-programmed for the majority of the settings. Our water is extremely hard (80 grains) and this softener has provided us with soft water once again. Shipping was timely and all parts arrived in good condition. Highly recommend. The only complaint is that the kit comes with everything except an inexpensive piece of drain tubing which seems a bit odd.

| Helpful |    Comment    Report abuse |
|---|---|

     charles

### Five stars

November 2, 2017
Size: 48,000 Grain Capacity    **Verified Purchase**

The unit arrived on time with no damage. It was very easy to set up and program. The water where we live is very hard well water. We tried Culligan exchange tanks for a few months however they're poor quality control resulted in numerous tanks that would not siphon the water. Water produced by this unit is always extremely soft and spot free with glasses coming straight from the dishwasher. Great product, great price, and works as advertised.

One person found this helpful

| Helpful | Comment | Report abuse |
|---|---|---|

spongebob

**ASSUME CLEAN WATER**

July 8, 2018

Size: Fine Mesh for Iron Removal    **Verified Purchase**

I love FLECK equipment, easy to install and very easy to service, repair kits available everywhere. Installed a main line 10 micron filter before the softener, my water is crystal clear now, well water is very high iron content, staining everything it touches, not any more, thank you "ABC" for a good deal and your "how to videos" . Pic does not have brine and drain line installed yet.

| Helpful | Comment | Report abuse |
|---|---|---|

rob plante

**Awesome item!**

April 23, 2017

Size: 48,000 Grain Capacity    **Verified Purchase**

Awesome item!! Fast delivery, my well water has 3.5 ppm of iron out of the pump. Now I have 0 iron through this water softener! Also saving a lot of $ on salt with the new Fleck 5600 metered water out flow.

4 people found this helpful

| Helpful | Comment | Report abuse |
|---|---|---|

JB

**Easy installation – works as advertised – great value**

December 23, 2017

Size: 48,000 Grain Capacity    **Verified Purchase**

Easy installation - works as advertised. This is the second unit I've purchased and installed this year (in two different properties), and I have no complaints.

I have no doubt that this is equal to or better than the system Home Depot tried to sell me with their "in home water test" - at nearly 7x the price!

| Helpful |    Comment    Report abuse |
|---|---|

**See all 40 reviews**

| Write a customer review |
|---|

## What other items do customers buy after viewing this item?



ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond
     83
$619.99



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System
     445
$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black
     139
$559.99



**Pages with related products.** See and discover other items: Best Rated in Water Softeners

Ad feedback

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |

Scalable Cloud
Computing Services

Download
Audiobooks

Books With Free
Delivery Worldwide

Find Movie
Box Office Data

Thousands of
Digital Comics

Indie Print Publishing
Made Easy

Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished products
with a warranty

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates

**Try Prime**

Tools & Home Improvement ▾ | softener

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com   Last-Minute Deals

EN ▾   Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾

0
Cart

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

 **Save 33% on select August Home smart lock**   Shop now ▸

‹ Back to search results for "softener"

## Lower Priced Items to Consider

 Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House...

446

$573.27

 Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity...

20

$599.00

 ABCwaters 48k-56sxt-fm pro Fi mesh Fleck Water Softener 48,0 Iron Filter...

83

$629.99

Is this feature helpful? [ Yes ] [ No ]

# ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black by ABCwaters

109 customer reviews   |   159 answered questions











Price: **$639.99** & FREE Shipping

Get $50 off instantly: Pay $589.99 upon approval for the Amazon Rewards Visa Card.

**May arrive after Christmas.**

Size: **10% Resin**

Share

**$639.99**

**& FREE Shipping**

**Get it as soon as Dec. 21 - 27**
when you choose **Expedited Shipping** at checkout.

**In Stock.**
Ships from and sold by
602abcWATER.

ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black - - Amazon.com






**10% Resin**

**$639.99**

10% Resin with RO Combo

$889.99

10% Resin with Upflow & RO
Combo
$1,399.99

10% Resin with Upflow
Combo
$1,119.99

48k

$619.99

Installation options: **Expert replacement + haul away | See
more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
**+$436.72** per unit

See more

- WATER SOFTENER OVERVIEW – This is our Space Saver
  model. This is a complete water softener system. 48,000
  grain capacity system with an UPGRADED 10% cross link
  resin media for longer life span. We strive to build our
  systems with only the best in the Industry.
  Recommended Service Flow up to 12 GPM (Household
  sizes of 2-5 people). Fleck valve includes 5 year warranty.
  The same capacity as standard 48k system.

Qty: 1 ▾

$639.99 + Free Shipping

**Add to Cart**

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

**Add to List**

**Other Sellers on Amazon**

**New** (2) from $639.99 & FREE
shipping.




*Superior
Shower Filters,
Easy Installation*

**Aquasana AQ-4100 Deluxe Shower
Water Filter System with Adjustable S...**
1,202
**$47.00** ✓prime

Ad feedback

- INSTALLATION KIT - We add a special touch to our offerings. We provide an installation kit which is includes items that are necessary for best practice installs such as silicone lube, a hardness test strip, a sanitizer packet, 4 ft 3/8 in. brine line, drain line, a small parts kit, and an install guide written by ABCwaters technicians that simplify the installation.
- MINERAL & BRINE TANKS - Whole house system is built using 2 American made tanks. (1) Black 10" diameter mineral tank and (1) Black standard brine tank. Both tanks backed by a 10 year warranty.
- PRODUCT TECH SUPPORT - Hands down our most popular model and size. Made using the highest end components and hand assembled in Arizona by ABCwaters. Experience the difference and see why we are the industry leader. Email, Phone, Text, and NEW Facetime support along with YouTube videos gives you SUPPORT for before, during or after the installation.
- VALUE ADDED PACKAGE - We pride ourselves in simplifying the consumer experience. We demonstrate this by PRE-LOADING the mineral tanks with resin for you to reduce heavy lifting & mess, we PRE-PROGRAM the Fleck digital meter to avoid adding guess work, we provide additional INSTALL ITEMS to save you from making extra trips to store, and we are very EASY TO CONTACT using phone, email, phone texting and now FREE FACETIME tech support.

› See more product details

Compare with similar items

**New** (2) from $639.99 & FREE shipping.

12/18/2018                      ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black - - Amazon.com

## Frequently bought together



Total price: **$702.98**

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black  $599.00

☑ 3/4" Stainless Steel Bypass Valve for Fleck 5600, 2510, 9100, 9000 $37.99

☑ Watts WH-LD Premier Whole House Water Filtration System $65.99

## Sponsored products related to this item

    

| Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count | Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48... | Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count | Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi... | Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water |
|---|---|---|---|---|
| 29 | 351 | 54 | 159 | 20 |
| $5.70 | $13.99 | $11.98 | $17.94 | $499.00 |

boilerplate
Ad feedback

## Customers who bought this item also bought

https://www.amazon.com/ABCwaters-48k-56sxt-10SS-Resin-Water-Softener/dp/B01NGTRR6V/ref=sr_1_22?m=A2SLMP9VZK612L&s=merchant-items&ie=UTF8&qid=1545177285&sr=1-22&keywords...   4/16











| Watts WH-LD Premier Whole House Water Filtration System | Cash Acme U3086FLEX24LF Water Softener Hose, Silver | Culligan UB-1 Mounting Bracket with Screws | Valumax Fleck 18706-02 3/4 Plastic Yoke Male NPT Bypass | CMI Inc FLEX18-1FF 173218 18" Corrugated Stainless Steel Flexible Water Line-1 Inch Hose... |
|---|---|---|---|---|
| 465 | 24 | 213 | 10 | 23 |
| $65.99 | $17.97 | 36 offers from $4.99 | $10.10 | $26.70 |

## Special offers and product promotions

Size: **10% Resin**

- **Your cost could be $589.99 instead of $639.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | | | | |
|---|---|---|---|---|
| | **This item** ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (109) | (445) | (41) | (20) |
| **Price** | $639⁹⁹ | $573²⁷ | $640⁰⁰ | $599⁰⁰ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| **Item Dimensions** | 10 x 10 x 54 in | 27 x 17 x 62 in | 48 x 12 x 12 in | — |

## Product description

Size: **10% Resin**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Technical Details: The newest version of Fleck on-demand metered 5600 SXT valve, Black 10" diameter PG 2.5T, and an 11" black square brine tank with safety float. Includes Fleck bypass valve (#60049) and 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet of high capacity 10% cross linked resin (#ABC10). (1) Hardness Test and Install Bag of Goodies. Warranty and Instructions written by 602abcWATER technicians.

## Product information

Size:**10% Resin**

## Technical Details

| | |
|---|---|
| Part Number | 5600SXT-SS10-BLK |
| Item Weight | 125 pounds |
| Product Dimensions | 10 x 10 x 54 inches |
| Item model number | 48k-56sxt-10SS |
| Size | 10% Resin |
| Color | Black |
| Voltage | 115 volts |
| Item Package Quantity | 1 |
| Flow Rate | 12 GPM |
| Water Consumption | 12 GPM |
| Capacity Description | 48,000 |
| Coverage | manufacturing defects |
| Certification | Not Applicable |
| Included Components | complete system |
| Batteries Included? | No |
| Batteries Required? | No |
| Warranty Description | manufacturer warranty |

## Additional Information

| | |
|---|---|
| ASIN | B01NGTRR6V |
| Customer Reviews | 109 customer reviews<br>4.5 out of 5 stars |
| Best Sellers Rank | #132,607 in Tools & Home Improvement (See top 100)<br>#88 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 134 pounds (View shipping rates and policies) |
| Date First Available | December 21, 2016 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

**Related Video Shorts (0)**  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item









Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20

$499.00

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14

$529.52

Tier1 Compatible 48,000 Grain Capacity Water Softener + 4-Stage Ultra-Filtration Ho...
6

$574.03

American Water Solutions AIK10-25sxt AIK10 air Injection, Almond
1

$687.98

ABCwaters 64k-56sxt-10bb 10% Water Softener, 64k Grain Capacity, Black
40

$719.99

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

## 109 customer reviews

### Customer images

   

See all customer images

## 4.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 20% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 4% |

## Review this product

Share your thoughts with other customers

Write a customer review



RIVET
**New Memory-Foam Mattress**

SHOP NOW

Ad feedback

## Read reviews that mention

water softener    easy to install    brine tank    youtube video    hard water

resin tank    easy to follow    soft water    drain line    regenerate every

abcwaters    whole house    shark bite    bypass valve    stainless steel

Showing 1-6 of 109 reviews

Top Reviews

K. Jacobs

**Great Unit - but seller instructions could mean 150% as much water and salt consumption as needed.**

March 12, 2017

Size: 48k    Verified Purchase

Came well packaged (though the resin tank is HEAVY, since the 602abcwaters seller prefills it, (a great bonus)). Install was a breeze, and well explained by the seller instructions.

One issue, however, is the seller only covers basic setup features, (regen time, forced regen days, reserve capacity), and not advanced features. Basic features are accessed by holding the up/down buttons for 5 seconds. Advanced features are set by first setting the clock to 12.01 pm, then holding the up/down buttons for 5 seconds.

The reason this matters is the unit I purchased was a 48,000 grain softener. It came pre-set with a 32,000 grain capacity, however, and the regen times were similarly set. This means it would have regenerated far more often than necessary, since it only would have assumed it has 66% the capacity

it really has, it would have consumed 1.5x as much water and salt! This COMPLETELY undermines the
advantage of purchasing a flow-meter enabled softener. I never would have known this had I not
looked at other seller's installation instructions and seen how to get into the master settings. I used
instructions from "cleanwaterstore" found by googling "fleck installation manual", although if you
~~follow those, ignore the setting of flowmeter (Code FM) to tO.7 the ABCwaters unit comes with a~~

28 people found this helpful

| Helpful |　　　Comment　　Report abuse

E's Opinion

**Softens water as advertised**

May 22, 2017
Size: 10% Resin　　**Verified Purchase**

We are replacing a Premier water softener that only lasted 3 years. After lots of lots of research, I
decided to purchase this water softener. Shipping was quick. I watched the YouTube video and read
the instructions on how to install. The resin was pre-installed, and the assembly was quite easy. We
only hired a plumber because the water input and output on this unit was the opposite of the one we
were replacing. We tested our water before and after install. I'm pleased to report we no longer have
hard water at our house. :-)

My only concern is that we have this installed outside on the East side of our house. Since the Florida
sun can be quite brutal, have to figure out how to shelter in some way. I hope it lasts as promised.

11 people found this helpful

| Helpful |　　　Comment　　Report abuse

North Traveler

**Nothing Wrong With Ordering Water Softener Online**

April 10, 2017
**Verified Purchase**

I was a bit concerned ordering a major appliance like this from the web. Well no worry at all. The
softener arrived in two boxes a day or two quicker than stated. I ordered this particular model
because I planned on installing it myself and wanted to have all the parts. The only thing I had to buy
myself was some copper fittings and the flexible connectors.
The installation went smoothly. The instructions were fairly clear and easy to follow. Assembeling the
softener was very straight forward and easy.

Everyone's home installation will be a bit different. I had to cut the copper piping entering my old unit as it was sweated directly. I then positioned the Fleck and attached the flexible connectors to get an idea of where they would attach to my plumbing. This helped greatly as I didn't need all the copper fittings I had imagined and was able to position the plumbing fittings perfectly to match up with my flexible connectors.

Once connected I slowly turned on the water to fill the resin tank (via the attached bypass valve). I had a nearby sink faucet open. I ran things slowly so it took 15 or more minutes. The faucet spit and spurted from time to time as air was being driven out. Once the water was flowing smoothly and I

Read more

20 people found this helpful

Helpful        Comment     Report abuse

M. Bentley

**Good value but a few changes would give this 5 stars**

January 4, 2018

Size: 10% Resin     **Verified Purchase**

Arrived quickly and FREE shipping is great because the tank is HEAVY!! Instructions for installation are easy to follow and most items are included. The video shows the use of silicone grease on the O-ring connections and it would have been nice if they had included the tiny tube with the installation kit (the video shows a little 'sample' tube). My other complaint is the final 'plastic' manifold that connects to the bypass valve for the water line connection. This manifold has 1" male pipe threads for your connection to the household water lines. 1" MPT connectors are much larger then necessary and should be 3/4". 1" FTP hoses are difficult to find and their swivel nuts are so large that you need a 15" crescent wrench to fit them. 3/4" pipe threads are much more practical and the hoses to fit them are very common.

8 people found this helpful

Helpful        Comment     Report abuse

yelkcub

**Great product!**

June 11, 2017

Size: 10% Resin    **Verified Purchase**

So far so good! Seems to be doing exactly what it should.

Had to have mine installed as it was not a replacement item. Learned later they could have put it where "I" wanted it but they talked me into what was most convenient for them. 😐
I'm in a brand new home so wanted to start out on the right foot to save on hard water stains and spots, plus I like the feel of soft water for bathing.

9 people found this helpful

| Helpful |    Comment    Report abuse |
|---------|----------------------------|

James W Thompson

**The water quality is really really good. No more hard water**

June 26, 2017

Size: 10% Resin    **Verified Purchase**

The water quality is really really good. No more hard water. All types of soaps and detergents that I use in the home have been reduced. I have this installed as the last bit of water treatment before the UV sterilizer. Some people have complained about the salt use. I haven't seen a high usage of salt. And even if that were to happen...salt is cheap. I would recommend this softener to anyone that has hard water and wants to soften it.

9 people found this helpful

| Helpful |    Comment    Report abuse |
|---------|----------------------------|

**See all 109 reviews**

| Write a customer review |
|-------------------------|

**What other items do customers buy after viewing this item?**



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

41

$637.99



Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve

20

$598.45

85

Shop now

Ad feedback

**Pages with related products.** See and discover other items: water softeners review, salt water softener, softener salt, Best Rated in Water Softeners, home water softening system, Best water softeners for homes

Back to top

| | | | |
|---|---|---|---|
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English        United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | iMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

‹ Back to search results for "softener"

# ABCwaters Fleck 48k Softener, Black by ABCwaters

7 customer reviews | 11 answered questions






Price: **$619.99** **& FREE Shipping**

Get $50 off instantly: Pay $569.99 upon approval for the Amazon Rewards Visa Card.

**May arrive after Christmas.**

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
**+$436.72 per unit**

See more

- 48,000 Grain High Capacity 8% resin. Best in the Industry. Resin is already pre-loaded into the mineral tank for you. Warranty: 5 years. DO YOU NEED CONNECTORS? Paste ASIN B071KL7HH1 in Amazon search bar to find system with connectors.

Share

$619.99

**& FREE Shipping**

**Get it as soon as Dec. 21 – 27** when you choose **Expedited Shipping** at checkout.

In Stock.
Ships from and sold by 602abcWATER.

Qty: 1 ▾

$619.99 + Free Shipping

**Add to Cart**

Turn on 1-Click ordering for this browser



milies sizes
luded with
t are
one lube, a
n. brine
1 by

ed 5600
right here
U (YES we
ars.
n is built
meter
with a salt
a 10 year
request.
re made
ssembled
r seller
tomers
en it
xible
e, Text,
e videos.

Deliver to Scottsdale 85251

Add to List




**Superior
Shower Filters,
Easy Installation**

**Aquasana AQ-4100 Deluxe Shower
Water Filter System with Adjustable S...**
1,202
$47.00 ✓prime

Ad feedback

Ad feedback

## Frequently bought together



Total price: **$674.92**

[ Add both to Cart ]

[ Add both to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters Fleck 48k Softener, Black  $619.98

☑ Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap $54.94

## Sponsored products related to this item









| | | | | |
|---|---|---|---|---|
| Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count | Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48... | Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count | Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi... | Tier1 Compatible 48,000 Grain Capacity Water Softener + 4-Stage Ultra-Filtration Ho... |
| 29 | 351 | 54 | 159 | 6 |
| $5.70 | $13.99 | $11.98 | $17.94 | $574.03 |

Ad feedback

## What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99



ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black

109

$599.00



ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond

83

$619.99

## Special offers and product promotions

- **Your cost could be $569.99 instead of $619.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description

### Whole House Water Softener Systems



This whole house water softener package is a complete system. This listing provides consumers with additional items that make this a value when compared to other water softener offerings. Pay close attention to the details when comparing your options.

This ABCwaters water softener system is powered by a Fleck 5600SXT digital valve. Fleck is the most popular digital meter on the market today. We package the system with American made Mineral & brine tanks. Additionally, this water softener system includes a premium 8% resin.

We differentiate ourselves by providing consumers additional items in our packages that improve the overall value. The additional items contribute toward

installation best practices and are typically not offered by other retailers. The consumer benefits from these additional items because they won't have to make additional trips to the hardware store to pick up items that are typically overlooked.

It's important to highlight that we also PRE-LOAD the RESIN into the mineral tank for you as a value added benefit. We load 1.5 cubic feet of cross-linked resin prior to shipping the system to help the consumer avoid additional heavy lifting and the mess that comes along with resin loading. This is typically overlooked by competitors so it's important to compare this in your purchasing decision.

## Benefits of Using a Fleck 5600sxt Digital Valve Meter



**Live Technical Phone Support**

- **Eco-Frindly:** The Fleck units are made of finest quality materials and are designed for lower annual power consumption. Also they use less salt, which is better for the environment.
- **Simple to Use:** Each of these water softeners features an electronic powerhead that offers push buttons for programming the unit.
- **Easy Assembly:** All the units arrive fully assembled and ready for plumbing in. We offer an installation and programming guide under Manuals and Specs. Alternatively, you can get a professional to do it for you. The Parts Are Easy to Find
- **WQA Certified:** This gives more trust to the brand.



We offer technical phone support Monday thru Friday between the hours of 7am to 4pm Arizona time. Our technical support also includes iPhone 'Facetime' help if you require video for visual assistance. Our technicians have 20+ years of combined professional installation experience to help guide you through the installation. We pride ourselves on continually striving to improve our customer's experience. We believe a simplified experience is a great brand experience.

## Value-Added Resources Included with ABCwaters Built Products







**Installation Videos**

We are discovering that a large percentage of our customers are Do-it-yourself type people. We are investing in video production to provide our

**Installation Kit**

Our installation kit includes items that typical retailers overlook. We believe it is the small details that make us different from our competitors. Each

**Simplified Installation Guide**

We created a very comprehesive yet simplified installation guide. Our installation guide was written by an experienced water treatment installer. We

customers the resources needed to have a successful installation.

kit includes water hardness test strips, silicone lubricant for 'o'-rings, and sanitizer packet to flush your new system.

then revised the guide by a novice installer to truly develop an easy-to-follow instruction guide.

**WARNING:** California's Proposition 65

# Compare with similar items






|  | This item ABCwaters Fleck 48k Softener, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (7) | (445) | (83) | (41) |
| Price | $619.99 | $573.27 | $629.99 | $640.00 |
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| Item Dimensions | 10 x 10 x 54 in | 27 x 17 x 62 in | 54 x 10 x 10 in | 48 x 12 x 12 in |

## Product information

### Technical Details

| | |
|---|---|
| Part Number | 5600SXT-10-PCK-BLK |
| Item Weight | 125 pounds |
| Product Dimensions | 10 x 10 x 54 inches |
| Item model number | 48k |
| Size | 48k |
| Color | Black |
| Item Package Quantity | 1 |
| Included Components | complete system |
| Batteries Included? | No |
| Batteries Required? | No |
| Warranty Description | 5 year manufacturer |

### Additional Information

| | |
|---|---|
| ASIN | B01MXW91ZE |
| Customer Reviews | 7 customer reviews<br>5.0 out of 5 stars |
| Best Sellers Rank | #551,140 in Tools & Home Improvement (See top 100)<br>#328 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 53 pounds (View shipping rates and policies) |
| Date First Available | December 22, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0) Upload your video



### Be the first video

Your name here

## Sponsored products related to this item

    

| Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta... | Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Fleck 5600sxt On Demand Water Softener (32,000 Grains) with Resin Made in USA/Canada |
|---|---|---|---|---|
| 6 | 56 | 20 | 14 | 1 |
| $619.99 | $705.60 | $499.00 | $529.52 | $527.00 |

Ad feedback

**SOLIMO**
Favorite foods
at just-right prices.
New by Amazon. Shop now ›

Ad feedback

## Customer Questions & Answers

See questions and answers

## 7 customer reviews

### 5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images

   

See all customer images

**Showing 1-7 of 7 reviews**

Top Reviews

Cosmo

**Does the job, recommended**

July 12, 2017

**Verified Purchase**



PRIME ORIGINAL
The Marvelous Mrs. Maisel
TRY PRIME NOW | prime
Ad feedback

ABCwaters Fleck 48k Softener, Black - - Amazon.com

Works well and relatively easy to install. Instructions can be downloaded from the web and are very clear.

4 people found this helpful

Helpful    Comment    Report abuse

Michael L.

**Perfect addition to our new home. Even the installer (plumber) was impressed !!**

September 20, 2018

**Verified Purchase**

Unit fit into the space really well. Very satisfied thus far with all aspects of the transaction. So far it's working just great !!

Helpful    Comment    Report abuse

Jack C. Kruger

**Works as advertised! Chose to have it professionally installed ...**

June 11, 2018

**Verified Purchase**

Works as advertised! Chose to have it professionally installed due to unique connections to my system.

One person found this helpful

Helpful    Comment    Report abuse

Linda

**Don't rent. You will save a lot by buying your own. This came highly rated. We can see why.**

October 3, 2018

**Verified Purchase**

Works great. Easy to install. Good bargain.

| Helpful |     Comment     Report abuse |
|---------|-----------|

John Fisher

### Good system

October 27, 2018

**Verified Purchase**

Was as expected. Only have had it for a month, but I like what I am seeing.

| Helpful |     Comment     Report abuse |
|---------|-----------|

A grandmother

### Great system! Don't let someone sell you systems for thousands.

July 15, 2018

**Verified Purchase**

Great system! I have zero hard water... used the test strips I purchased separately... that way I knew it was for real! Easy to install.

| Helpful |     Comment     Report abuse |
|---------|-----------|

P-Man

### Works Like A Charm!!!!!

March 27, 2018

**Verified Purchase**

The Fleck unit from ABC Waters came quickly. All the materials that came with it were found in good order. I installed the unit and have been extremely happy with it for over 2 weeks now. We have community well water and it is terribly hard - full of calcium and magnesium. Even in just 2 weeks my wife and I are amazed at how much less dryness there is on our skin. Soap lathers-up much better than before and the coffee maker doesn't require weekly cleaning any longer. The unit is very quiet when it cycles through the recharge process. At our old house, when the softener recharged, it would wake me up it was so noisy. Programming the unit is a breeze and ABC Waters even includes an

instruction guide to follow. I also added a whole house Culligan water filter to keep as much sediment and iron filtered out of our potable water. I trust this will also help our appliances last longer with less sludge, especially in the water heater. All in all I could not be happier with our new Fleck 5600sxt water softener from ABC Waters.

One person found this helpful

Helpful    Comment    Report abuse

See all 7 reviews

Write a customer review

## Customers also shopped for

    

Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System
445
$573.26

Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of...
139
$559.99

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black
35
$1,069.98

Fleck 5600 Metered Water Softener On Demand Control Head Valve
24
$247.00

DuraWater 64k 9100sxt Water Softener, 64,000 Grains, Blue
5
$1,301.90

74

Shop now

Ad feedback

**Pages with related products.** See and discover other items: water filter systems review, water filter systems reviews, water softeners review, whole house water filter system reviews, salt water softener, softener salt

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates



‹ Back to search results for "softener"

# ABCwaters Built Fleck 5600sxt 48,000 Water Softener w/UPGRADED IRON REMOVAL + Hardness test + Install Kit + 2 Stainless Steel Connectors

by ABCwaters

8 customer reviews  |  14 answered questions








Price: **$737.56** & FREE Shipping

Get $50 off instantly: Pay $687.56 upon approval for the Amazon Rewards Visa Card.

**May arrive after Christmas.**

Pattern Name: **FineMesh**

| 10% | 8% | FineMesh |
|-----|-----|-----|
| $717.57 | $687.59 | **$737.56** |

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
**+$436.72** per unit

Share

**$737.56**

**& FREE Shipping**

**Get it as soon as Dec. 21 – 27** when you choose **Expedited Shipping** at checkout.

In Stock.
Ships from and sold by 602abcWATER.

Qty:  1  ▾

$737.56 + Free Shipping

**Add to Cart**

Turn on 1-Click ordering for this browser



em that
ine
ed by the
00 grain
'GRADED
water.
vice Flow
ople).

our
s includes
ls such as
acket, 4 ft
!) stainless
ritten by
ation.
n is built
meter
Both

most
t end

vhy we are
w
ives you
ation.
n
this by PRE-PROGRAMMING the Fleck digital meter to
avoid adding guess work, we provide additional INSTALL
ITEMS to save you from making extra trips to store, and
we are very EASY TO CONTACT using phone, email,
phone texting and now FREE FACETIME tech support.
› See more product details

Compare with similar items

Deliver to Scottsdale 85251

Add to List



Tier1
The Quality You
Expect, The Price
You Deserve.

Tier1 48,000 Grain High Efficiency
Digital Water Softener for Hard Water
20
$499.00

Ad feedback

**New** (1) from $737.56 & FREE shipping.

Ad feedback

## Frequently bought together



Total price: $764.99

[ Add both to Cart ]

[ Add both to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters Built Fleck 5600sxt 48,000 Water Softener w/UPGRADED IRON REMOVAL + Hardness test... $699.00

☑ Watts WH-LD Premier Whole House Water Filtration System $65.99

## Sponsored products related to this item







Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count

29

$5.70

Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48...

351

$13.99

Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count

54

$11.98

Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi...

159

$17.94

Colace Regular Strength Stool Softener 100 mg Capsules 60 Count Docusate Sodium Sto...

353

$15.97

Ad feedback

## Customers also shopped for







Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26

Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of...

139

$559.99

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

35

$1,069.98

Fleck 5600 Metered Water Softener On Demand Control Head Valve

24

$247.00

DuraWater 64k 9100sxt Water Softener, 64,000 Grains, Blue

5

$1,301.90

## Special offers and product promotions

Pattern Name: **FineMesh**

- **Your cost could be $687.56 instead of $737.56**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

| | | | | |
|---|---|---|---|---|
| |  |  |  |  |
| | **This item ABCwaters Built Fleck 5600sxt 48,000 Water Softener w/UPGRADED IRON REMOVAL + Hardness test + Install Kit + 2 Stainless Steel Connectors** | ABCwaters ABC48K-56SXT-FM 48k Complete fine mesh Softener | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (8) | (40) | (445) | (83) |
| **Price** | $737$^{56}$ | $669$^{99}$ | $573$^{27}$ | $629$^{99}$ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| **Item Dimensions** | — | 54 x 10 x 10 in | 27 x 17 x 62 in | 54 x 10 x 10 in |

## Product description

Pattern Name:**FineMesh**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek.

**Technical Details:**

- The newest version of Fleck on-demand metered 5600 SXT digital valve
- (1) Black 10" diameter PG 2.5T
- (1) Black standard brine tank with safety float
- Fleck bypass valve (#60049)
- 1" male threaded yoke connection (#18706-01)
- 48,000 grain / 1.5 cubic feet of premium Fine Mesh (#ABCFIN)
- (1) Hardness Test, drain line, and Install Bag of Goodies
- (2) stainless steel flex lines (#18080)
- 4' of drain line (#6731)
- 90 degree install adapter (#L6623) for tight spaces
- Warranty and Instructions written by ABCwaters technicians

## Product information

Pattern Name:**FineMesh**

## Technical Details

| | |
|---|---|
| Part Number | 5600sxt-fine-lp-blk |
| Item Weight | 138 pounds |
| Size | 48,000 |
| Color | Black |
| Pattern | FineMesh |
| Batteries Included? | No |
| Batteries Required? | No |

## Additional Information

| | |
|---|---|
| ASIN | B071GZ78SL |
| Customer Reviews | 8 customer reviews<br>5.0 out of 5 stars |
| Best Sellers Rank | #655,329 in Tools & Home Improvement (See top 100)<br>#376 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 138 pounds (View shipping rates and policies) |

| Date First Available | June 16, 2017 |
|---|---|

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**

Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



### Be the first video

Your name here

## Sponsored products related to this item











Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...
56
$705.60

Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...
6
$619.99

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA – Salt Saving Technolog...
14
$529.52

Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

NU Aqua Platinum Series 100GPD Under Sink Reverse Osmosis Drinking Water Filtration...
63
$199.95

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# 8 customer reviews

### 5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ████████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

**Showing 1-8 of 8 reviews**

[ Top Reviews ]

Nogrey

**Buy it, do it yourself and save thousands. You will not regret it.**

October 21, 2018

Pattern: 10%    **Verified Purchase**

I've had this unit installed since January 2018. It came as a complete unit. The resin was pre-installed. Installation instructions were clear and concise. Only issue I had installing was in locating the tube that extends down into the brine tank. I texted them on a Saturday and had a response back in a few minutes. Had a few other questions all of which were answered promptly, and politely, even though I could have answered them myself had I taken a little more careful look at the instructions. The installation was clean and leak free. Worked the moment I turned it on and has been working flawlessly since. Having had a few soft water systems professionally installed I really wish I had been doing this myself and saved thousands in the process. My home was pre-plumbed for it so that made it a snap. I have absolutely no complaints about the unit or the support I received from ABC. I wouldn't hesitate a moment to recommend this company and this product.

[ Helpful ]    Comment    Report abuse

gbc

**Glad I purchased this system**



Soothing Support
Ships to your door

amazonbasics

Shop now ›

Ad feedback

November 7, 2017
Pattern: 10%    **Verified Purchase**

Glad I purchased this system. It arrived quickly and as described. As long as you have your plumbing, power source, and drain line ready to go the install is pretty easy. Installation instructions are also online and on You Tube. I had to double check to make sure I had the brine line connection set up correctly and was able to determine that it was good. It was actually more difficult to empty and get rid of the old system that it was to set this one up. The stainless connectors work well and the 10% resin formulation will hopefully buy it (the resin) some extra time given the chlorinated water supply that exists where I live.Thumbs up!

One person found this helpful

| Helpful |    Comment    Report abuse

D. Erickson

### Much bigger than needed, but it works great!

October 28, 2017
Pattern: FineMesh    **Verified Purchase**

It works great! It's much bigger than what the two of us need though. I think it will only need to cycle once in 2-3 weeks and my water is considered "very hard" (27gr). I installed it myself with only 3 trips to the hardware store.

One person found this helpful

| Helpful |    Comment    Report abuse

Mitch F

### Happy with the system

September 20, 2017
Pattern: 10%    **Verified Purchase**

Once my house plumbing was ready (valves and copper water lines) the Fleck system was an easy install. Plenty of instructions and YouTube available if there are any challenges. I new nothing about water softeners. I also ordered the optional stainless supply lines, not realizing they were 1 inch. I bought 3/4 lines at local store to match my plumbing, you may consider skipping my extra step. BTW I have 1 inch lines for sale.

| Helpful |    Comment    Report abuse

KATHALINA COWDELL

**Five Stars**

March 11, 2018

Pattern: 10%    **Verified Purchase**

Perfect

| Helpful | Comment | Report abuse |
|---|---|---|

Daniel

**Five Stars**

November 23, 2017

Pattern: 10%    **Verified Purchase**

Easy to set up and works great so far. No issues.

| Helpful | Comment | Report abuse |
|---|---|---|

Robert Aiello

**Five Stars**

April 15, 2018

Pattern: 10%    **Verified Purchase**

Works great and easy to install.

| Helpful | Comment | Report abuse |
|---|---|---|

John McK.

**Easy installation.**

September 24, 2017

Pattern: 10%    **Verified Purchase**

Easy installation...I watched the video on youtube. I have done a lot of handy work in the house, but whenever I deal with plumbing, it is always a bit stressful. Everything went as expected. My water was a hardness of 26, and now is perfectly soft and test to a ZERO hardness.

| Helpful | Comment | Report abuse |
|---|---|---|

See all 8 reviews

Write a customer review

## Customers who bought this item also bought



Watts WH-LD Premier
Whole House Water
Filtration System
465
$65.99

Culligan P5A P5 Whole
House Premium Water
Filter, 8,000 Gallons
483
$10.42



Ad feedback

Back to top

Get to Know Us

Careers

Make Money with Us

Sell on Amazon

Amazon Payment Products

Amazon Rewards Visa Signature Cards

Let Us Help You

Your Account

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished products
with a warranty

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates



‹ Back to search results for "softener"

# ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System

by ABCwaters
Be the first to review this item



Price: **$1,429.99** & **FREE Shipping**

Get $50 off instantly: Pay $1,379.99 upon approval for the Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?** Send the gift of Prime or an Amazon Gift Card by email or text message.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

Share

$1,429.99

& **FREE Shipping**

**Get it as soon as Dec. 26 – Jan. 2** when you choose **Expedited Shipping** at checkout.

In stock.
Ships from and sold by 602abcWATER.

Qty: 1 ▾

$1,429.99 + Free Shipping

Add to Cart



**Without expert installation**

Expert replacement
installation
**+$436.72** per unit

See more

- COMPLETE PACKAGE
  OVERVIEW - Complete turn-
  key package that combines a
  whole house Water Softener
  & Upflow Carbon Filtration
  System. We preload this water
  softener with Purolite's SST-
  60 premium resin. Our
  package also includes value-
  added items such as our
  installation kit, install guides
  that are easy to follow and
  technical support to simplify
  your experience. We believe
  this is package provides the
  highest value when compared
  to the market.
- WATER SOFTENER - Whole
  house water softener for
  households of 2 to 5 people
  or 48,000 grain capacity. This
  water softener is special. We
  use a premium grade SST-60
  high efficiency water
  softening resin by Purolite.
  The softener is digitally
  controlled by the Fleck
  5600sxt meter valve. This
  package also includes

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

Add to List



*The Quality You
Expect, The Price
You Deserve.*

**Tier1 48,000 Grain High Efficiency
Digital Water Softener for Hard Water**
20
**$499.00**

Ad feedback

technical installation support by experts through a source of contact (phone, email, text, video). The Fleck valve includes a 5 year warranty. Recommended Service Flow up to 12 GPM.

- UPFLOW CARBON FILTRATION Eco-friendly upflow design provides efficient filtration without the need to backwash. Greener water filtration and cleaner, safer water is a breeze with our carbon tank filter system. 1.5 cubic ft. High Activity Carbon Media - Carbon media is a natural media derived from coconut shells that removes water contaminants through absorption.

- UPFLOW CARBON CONTAMINANT REMOVAL Removes a wide range of contaminants including chlorine and chloramines, pesticides, herbicides, organics, MTBE, and THM. It also removes most other chemicals, tastes and odors, and is an excellent system for general filtration.

- GUARANTEED SATISFACTION. We guarantee satisfaction with our product and customer service or get your money back. We pride ourselves in providing a hassle free consumer experience. We

offer a 60 day return policy
with money back guarantee.
Systems are assembled with
NSF approved parts, filters
and media. NEED WATER
CONNECTORS? Copy and
Paste this ASIN to find
connectors for this package –
B074T1L717.
› See more product details

Compare with similar items

**New** (1) from $1,429.99 & FREE
shipping.

Ad feedback

**Sponsored products related to this item**











Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count

29

$5.70

Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48...

351

$13.99

Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count

54

$11.98

Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi...

159

$17.94

Colace Regular Strength Stool Softener 100 mg Capsules 60 Count Docusate Sodium Sto...

353

$15.97

Ad feedback

## Customers also shopped for











CuZn UC-200 Under Counter Water Filter - 50K Ultra High Capacity - Made in USA

454

$119.95

APEC WFS-1000 Super Capacity Premium Quality 3 Stage Under-Sink Water Filter System

265

$136.36

iSpring RCC7AK-UV Deluxe Under Sink 7-Stage Reverse Osmosis Drinking Water Filtration System...

348

$297.49

NU Aqua Platinum Series Deluxe High Capacity 100GPD 5-Stage Under Sink Reverse Osmosis...

63

$144.95

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

35

$1,069.98

## Customers who viewed this item also viewed

    

| ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters built Fleck 5600sxt 48,000 Water Softener with Upflow Carbon Filtration /18% | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System |

## Special offers and product promotions

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item** ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (0) | (0) | (35) | (445) |
| **Price** | $1,429⁹⁹ | $1,589⁹⁹ | $1,069⁹⁹ | $573²⁷ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| **Item Dimensions** | 25 x 25 x 64 in | 25 x 25 x 64 in | 54 x 10 x 10 in | 27 x 17 x 62 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package - Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 10" diameter PG 2.5T, black brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 4' of drian line included. 48,000 grain / 1.5 cubic feet of Purolite SST-60 resin. (1) Hardness Test & Install Bag of Goodies. Upflow carbon filtration: black 10" diameter tank, simple in & out valve, bypass valve & 1.5 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS – Whole house system is built using 2 American made tanks. (2) Black 10" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 150 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | ABC-COMB-SST-60 |
| Product Dimensions | 25 x 25 x 64 inches |

### Additional Information

| | |
|---|---|
| ASIN | B07FMKR97L |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars |

| | |
|---|---|
| Flow Rate | 12 GPM |
| Batteries Included? | No |
| Batteries Required? | No |

| | |
|---|---|
| Best Sellers Rank | #369,829 in Tools & Home Improvement (See top 100) #240 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Information | View shipping rates and policies |
| Date First Available | July 16, 2018 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item











Discount Water Softeners 48,000 Fleck 5600SXT Water Softener, Grains, Blue

1

$547.00

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...

56

$705.60

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...

22

$1,688.56

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...

14

$529.52

Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...

6

$619.99

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

```
              Write a customer review
```



Ad feedback



Ad feedback

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Advertise Your Products            Amazon Currency Converter            Help

Self-Publish with Us

› See all

English            United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Amazon Business | AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids | Amazon Restaurants |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Digital Educational Resources | Fun stories for kids on the go | Food delivery from local restaurants |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Scalable Cloud Computing Services | Download Audiobooks | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Junglee.com | Kindle Direct Publishing |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India | Indie Digital Publishing Made Easy |
| Prime Now | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Withoutabox |
| FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Submit to Film Festivals |
| Woot! | Zappos | Souq.com | Subscribe with Amazon | PillPack | Amazon Renewed | Amazon Second Chance |
| Deals and Shenanigans | Shoes & Clothing | Shop Online in the Middle East | Discover & try subscription services | Pharmacy Simplified | Refurbished products with a warranty | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

Try Prime

Tools & Home Improvement ▾    softener

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com    Last-Minute Deals

EN ▾

Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾

0
Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

 

**Up to 25% off select power and hand tools**    Shop now ›

‹ Back to search results for "softener"

# ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System

by ABCwaters

Be the first to review this item









Price: **$1,429.99** & **FREE Shipping**

Get $50 off instantly: Pay $1,379.99 upon approval for the Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?** Send the gift of Prime or an Amazon Gift Card by email or text message.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

Share

**$1,429.99**
& **FREE Shipping**

**Get it as soon as Dec. 26 - Jan. 2** when you choose **Expedited Shipping** at checkout.

**In stock.**
Ships from and sold by 602abcWATER.

Qty: 1 ▾

$1,429.99 + Free Shipping

Add to Cart



| **Without expert installation** |
| --- |

Expert replacement
installation
**+$436.72** per unit

See more

- COMPLETE PACKAGE
  OVERVIEW - Complete turn-
  key package that combines a
  whole house Water Softener
  & Upflow Carbon Filtration
  System. We preload this water
  softener with Purolite's SST-
  60 premium resin. Our
  package also includes value-
  added items such as our
  installation kit, install guides
  that are easy to follow and
  technical support to simplify
  your experience. We believe
  this is package provides the
  highest value when compared
  to the market.
- WATER SOFTENER - Whole
  house water softener for
  households of 2 to 5 people
  or 48,000 grain capacity. This
  water softener is special. We
  use a premium grade SST-60
  high efficiency water
  softening resin by Purolite.
  The softener is digitally
  controlled by the Fleck
  5600sxt meter valve. This
  package also includes

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

| Add to List |
| --- |



**Tier1 48,000 Grain High Efficiency
Digital Water Softener for Hard Water**

20

**$499.00**

Ad feedback

technical installation support by experts through a source of contact (phone, email, text, video). The Fleck valve includes a 5 year warranty. Recommended Service Flow up to 12 GPM.

- UPFLOW CARBON FILTRATION Eco-friendly upflow design provides efficient filtration without the need to backwash. Greener water filtration and cleaner, safer water is a breeze with our carbon tank filter system. 1.5 cubic ft. High Activity Carbon Media - Carbon media is a natural media derived from coconut shells that removes water contaminants through absorption.

- UPFLOW CARBON CONTAMINANT REMOVAL Removes a wide range of contaminants including chlorine and chloramines, pesticides, herbicides, organics, MTBE, and THM. It also removes most other chemicals, tastes and odors, and is an excellent system for general filtration.

- GUARANTEED SATISFACTION. We guarantee satisfaction with our product and customer service or get your money back. We pride ourselves in providing a hassle free consumer experience. We

offer a 60 day return policy
with money back guarantee.
Systems are assembled with
NSF approved parts, filters
and media. NEED WATER
CONNECTORS? Copy and
Paste this ASIN to find
connectors for this package –
B074T1L717.

› See more product details

Compare with similar items

**New** (1) from $1,429.99 & FREE
shipping.

Ad feedback

**Sponsored products related to this item**



Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count

29

$5.70



Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48...

351

$13.99



Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count

54

$11.98



Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi...

159

$17.94



Colace Regular Strength Stool Softener 100 mg Capsules 60 Count Docusate Sodium Sto...

353

$15.97

Ad feedback

## Customers also shopped for



CuZn UC-200 Under Counter Water Filter - 50K Ultra High Capacity - Made in USA

454

$119.95



APEC WFS-1000 Super Capacity Premium Quality 3 Stage Under-Sink Water Filter System

265

$136.36



iSpring RCC7AK-UV Deluxe Under Sink 7-Stage Reverse Osmosis Drinking Water Filtration System...

348

$297.49



NU Aqua Platinum Series Deluxe High Capacity 100GPD 5-Stage Under Sink Reverse Osmosis...

63

$144.95



ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

35

$1,069.98

## Customers who viewed this item also viewed







ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special

Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole

ABCwaters built Fleck 5600sxt 48,000 Water Softener with Upflow

Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole

## Special offers and product promotions

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items






|  | This item ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (0) | (0) | (35) | (445) |
| Price | $1,429<sup>99</sup> | $1,589<sup>99</sup> | $1,069<sup>99</sup> | $573<sup>27</sup> |
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| Item Dimensions | 25 x 25 x 64 in | 25 x 25 x 64 in | 54 x 10 x 10 in | 27 x 17 x 62 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package – Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 10" diameter PG 2.5T, black brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 4' of drian line included. 48,000 grain / 1.5 cubic feet of Purolite SST-60 resin. (1) Hardness Test & Install Bag of Goodies. Upflow carbon filtration: black 10" diameter tank, simple in & out valve, bypass valve & 1.5 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS – Whole house system is built using 2 American made tanks. (2) Black 10" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 150 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | ABC-COMB-SST-60 |
| Product Dimensions | 25 x 25 x 64 inches |

### Additional Information

| | |
|---|---|
| ASIN | B07FMKR97L |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars |

| Flow Rate | 12 GPM |
| --- | --- |
| Batteries Included? | No |
| Batteries Required? | No |

| Best Sellers Rank | #369,829 in Tools & Home Improvement (See top 100)<br>#240 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| --- | --- |
| Shipping Information | View shipping rates and policies |
| Date First Available | July 16, 2018 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**

Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



## Be the first video

Your name here

## Sponsored products related to this item











| Discount Water Softeners 48,000 Fleck 5600SXT Water Softener, Grains, Blue | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... |
|---|---|---|---|---|
| 1 | 56 | 22 | 14 | 6 |
| $547.00 | $705.60 | $1,688.56 | $529.52 | $619.99 |

Ad feedback



PRIME ORIGINAL
DREAMWORKS
KUNG FU PANDA
THE PAWS OF DESTINY
TRY PRIME NOW | prime video

Ad feedback

## Customer Questions & Answers

See questions and answers

# No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Ad feedback



Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |

Advertise Your Products                Amazon Currency Converter                Help

Self-Publish with Us

› See all

English            United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates



**Try Prime**

Tools & Home Improvement ▼    softener

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com    Last-Minute Deals

EN ▼

Hello. Sign in
Account & Lists ▼    Orders    Try Prime ▼

0
Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Up to 25% off select power and hand tools    Shop now ▸

‹ Back to search results for "softener"

# ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System

by ABCwaters

Be the first to review this item



Price: **$1,429.99** & **FREE Shipping**

Get $50 off instantly: Pay $1,379.99 upon approval for the Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?** Send the gift of Prime or an Amazon Gift Card by email or text message.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

Share

**$1,429.99**

& **FREE Shipping**

**Get it as soon as Dec. 26 – Jan. 2** when you choose **Expedited Shipping** at checkout.

In stock.
Ships from and sold by 602abcWATER.

Qty: 1 ▾

$1,429.99 + Free Shipping

Add to Cart



**Without expert installation**

Expert replacement
installation
**+$436.72** per unit

Deliver to Scottsdale 85251

Add to List



# Tier1

***The Quality You
Expect, The Price
You Deserve.***

**Tier1 48,000 Grain High Efficiency
Digital Water Softener for Hard Water**

20

**$499.00**

Ad feedback

The softener is digitally
controlled by the Fleck
5600sxt meter valve. This
package also includes

technical installation support by experts through a source of contact (phone, email, text, video). The Fleck valve includes a 5 year warranty. Recommended Service Flow up to 12 GPM.

- UPFLOW CARBON FILTRATION Eco-friendly upflow design provides efficient filtration without the need to backwash. Greener water filtration and cleaner, safer water is a breeze with our carbon tank filter system. 1.5 cubic ft. High Activity Carbon Media - Carbon media is a natural media derived from coconut shells that removes water contaminants through absorption.

- UPFLOW CARBON CONTAMINANT REMOVAL Removes a wide range of contaminants including chlorine and chloramines, pesticides, herbicides, organics, MTBE, and THM. It also removes most other chemicals, tastes and odors, and is an excellent system for general filtration.

- GUARANTEED SATISFACTION. We guarantee satisfaction with our product and customer service or get your money back. We pride ourselves in providing a hassle free consumer experience. We

offer a 60 day return policy
with money back guarantee.
Systems are assembled with
NSF approved parts, filters
and media. NEED WATER
CONNECTORS? Copy and
Paste this ASIN to find
connectors for this package -
B074T1L717.

› See more product details

Compare with similar items

**New** (1) from $1,429.99 & FREE
shipping.

Ad feedback

## Sponsored products related to this item







Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count

29

$5.70

Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48...

351

$13.99

Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count

54

$11.98

Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi...

159

$17.94

Colace Regular Strength Stool Softener 100 mg Capsules 60 Count Docusate Sodium Sto...

353

$15.97

Ad feedback

## Customers also shopped for







CuZn UC-200 Under Counter Water Filter - 50K Ultra High Capacity - Made in USA

454

$119.95

APEC WFS-1000 Super Capacity Premium Quality 3 Stage Under-Sink Water Filter System

265

$136.36

iSpring RCC7AK-UV Deluxe Under Sink 7-Stage Reverse Osmosis Drinking Water Filtration System...

348

$297.49

NU Aqua Platinum Series Deluxe High Capacity 100GPD 5-Stage Under Sink Reverse Osmosis...

63

$144.95

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

35

$1,069.98

## Customers who viewed this item also viewed

    

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin

Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

ABCwaters built Fleck 5600sxt 48,000 Water Softener with Upflow Carbon Filtration (48K

Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

## Special offers and product promotions

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

|  | **This item** ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (0) | (0) | (35) | (445) |
| Price | $1,429⁹⁹ | $1,589⁹⁹ | $1,069⁹⁹ | $573²⁷ |
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| Item Dimensions | 25 x 25 x 64 in | 25 x 25 x 64 in | 54 x 10 x 10 in | 27 x 17 x 62 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package - Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 10" diameter PG 2.5T, black brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 4' of drian line included. 48,000 grain / 1.5 cubic feet of Purolite SST-60 resin. (1) Hardness Test & Install Bag of Goodies. Upflow carbon filtration: black 10" diameter tank, simple in & out valve, bypass valve & 1.5 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS - Whole house system is built using 2 American made tanks. (2) Black 10" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 150 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | ABC-COMB-SST-60 |
| Product Dimensions | 25 x 25 x 64 inches |

### Additional Information

| | |
|---|---|
| ASIN | B07FMKR97L |
| Customer Reviews | Be the first to review this item |
|  | 0.0 out of 5 stars |

| Flow Rate | 12 GPM |
| --- | --- |
| Batteries Included? | No |
| Batteries Required? | No |

| Best Sellers Rank | #369,829 in Tools & Home Improvement (See top 100)<br>#240 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| --- | --- |
| Shipping Information | View shipping rates and policies |
| Date First Available | July 16, 2018 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**

Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



### Be the first video

Your name here

## Sponsored products related to this item











Discount Water Softeners 48,000 Fleck 5600SXT Water Softener, Grains, Blue

1

$547.00

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...

56

$705.60

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...

22

$1,688.56

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...

14

$529.52

Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...

6

$619.99

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

Write a customer review



Ad feedback



Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |

Advertise Your Products　　　Amazon Currency Converter　　　Help

Self-Publish with Us

› See all

English　　　United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use　Privacy Notice　Interest-Based Ads　© 1996-2018, Amazon.com, Inc. or its affiliates



Try Prime

Tools & Home Improvement ▾    softener

5 days left Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251          Your Amazon.com    Last-Minute Deals

EN ▾    Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾    0 Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Up to 25% off select power and hand tools    Shop now ▸

‹ Back to search results for "softener"

## ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System

by ABCwaters

Be the first to review this item



**Price:** $1,589.99 & **FREE Shipping**

Get $50 off instantly: Pay $1,539.99 upon approval for the Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?**
Send the gift of Prime or an Amazon Gift Card by email or text message.

Installation options: **Expert replacement + haul away |**
**See more options for first-time installation** More options

| Without expert installation |

Expert replacement installation
**+$436.72** per unit

See more

Share

$1,589.99

& **FREE Shipping**

**Get it as soon as Dec. 26 – Jan. 2** when you choose **Expedited Shipping** at checkout.

In stock.
Ships from and sold by 602abcWATER.

Qty: 1 ▾

$1,589.99 + Free Shipping

| Add to Cart |



Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

Add to List



Tier1

**The Quality You Expect, The Price You Deserve.**

**Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water**

20

**$499.00**

Ad feedback

rn-key
oftener

urolite's
es
nstall
port to
kage
he

er for
n
a
ftening
lled by
so
ts
video).

low
eed to
safer
tem. 1.5
edia is a
removes

emoves
e and
TBE, and
tes and
tration.

- GUARANTEED SATISFACTION. We guarantee satisfaction with our product and customer service or get your money back. We pride ourselves in providing a hassle free consumer experience. We offer a 60 day return policy with money back guarantee. Systems are assembled with NSF approved parts, filters and media.

NEED WATER CONNECTORS? Copy and Paste this ASIN
to find connectors for this package - B074T1L717.

› See more product details

Compare with similar items

**New** (1) from $1,589.99 & FREE shipping.

Ad feedback

## Sponsored products related to this item











| Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count | Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48... | Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count | Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi... | Colace Regular Strength Stool Softener 100 mg Capsules 60 Count Docusate Sodium Sto... |
|---|---|---|---|---|
| 29 | 351 | 54 | 159 | 353 |
| $5.70 | $13.99 | $11.98 | $17.94 | $15.97 |

Ad feedback

## Customers also shopped for











CuZn UC-200 Under Counter Water Filter - 50K Ultra High Capacity - Made in USA

454

$119.95

APEC WFS-1000 Super Capacity Premium Quality 3 Stage Under-Sink Water Filter System

265

$136.36

iSpring RCC7AK-UV Deluxe Under Sink 7-Stage Reverse Osmosis Drinking Water Filtration System...

348

$297.49

NU Aqua Platinum Series Deluxe High Capacity 100GPD 5-Stage Under Sink Reverse Osmosis...

63

$144.95

APEC PHPLUSKIT-14 US MADE 10" Alkaline High Purity pH+ Calcium Carbonate Inline Filter...

18

$47.95

## Customers who bought this item also bought



CMI Inc FLEX18-1FF 173218 18" Corrugated Stainless Steel Flexible Water Line-1 Inch Hose...

23

$26.70

## Special offers and product promotions

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item** ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (0) | (35) | (41) | (445) |
| **Price** | $1,589⁹⁹ | $1,069⁹⁹ | $640⁰⁰ | $573²⁷ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| **Item Dimensions** | 25 x 25 x 64 in | 54 x 10 x 10 in | 48 x 12 x 12 in | 27 x 17 x 62 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package - Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 12" diameter PG 2.5T, black brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 64,000 grain / 2 cubic feet of Purolite SST-60 resin. (1) Hardness Test, drain line & Install Bag of Goodies. Upflow carbon filtration: black 12" diameter tank, simple in & out valve, bypass valve & 2 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS – Whole house system is built using 2 American made tanks. (2) Black 12" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 150 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | ABC-COMB-SST-60-64 |
| Product Dimensions | 25 x 25 x 64 inches |
| Flow Rate | 13 GPM |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B07FQWC2PH |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars |
| Best Sellers Rank | #335,807 in Tools & Home Improvement (See top 100)<br>#220 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Information | View shipping rates and policies |
| Date First Available | July 16, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)  Upload your video



### Be the first video

Your name here

## Sponsored products related to this item







| Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... | Express Water Heavy Metal Whole House Water Filter – 3 Stage Home Water Filtration ... | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Gr... |
|---|---|---|---|---|
| 56 | 22 | 21 | 14 | 165 |
| $705.60 | $1,688.56 | $449.99 | $529.52 | $54.94 |

Ad feedback



Shop worry free

FREE RETURNS FOR 30 DAYS
ON ALL FURNITURE

Shop now ›

Stone & Beam

Ad feedback

## Customer Questions & Answers

See questions and answers

# No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

Write a customer review

85

Shop now

Ad feedback

## Customers who viewed this item also viewed











ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

ABCwaters built Fleck 5600sxt 48,000 Water Softener with Upflow

Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole

Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole

ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special



Our best-selling lightning cable... upgraded

amazonbasics
Shop now ›

Ad feedback

**Pages with related products.** See and discover other items: best water softener, whole house water softener system, water softeners, water softener

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Self-Publish with Us

› See all

| English | | United States |

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates