# EXHIBIT 2

Have Questions?

Call: (602) 222-9283 or

Text: (602) 321-0145



Offline - send us a messaage

# ABCwaters Built Fleck 5600SXT Water Softener with an Upflow Carbon Filter System + Connectors

★ ★ ★ ★ ☆ 15 reviews

## $1,119.99

**Availability: In Stock**
**Apply for Credit Financing**

**Variant Choices**
**At A Glance ⬇**

## Media Type

◯ 10% Cross Link Resin

◯ Fine Mesh Iron Treating Resin (Iron only up to 6 ppm)

## Size

◯ 48K Capacity

◯ 64K Capacity

quantity

| 1 | ADD TO CART |

## CUSTOMER REVIEWS

★ ★ ★ ★ ☆
Based on 15 reviews

| | | |
|---|---|---|
| ★ ★ ★ ★ ★ | 87% | (13) |
| ★ ★ ★ ★ ☆ | 7% | (1) |
| ★ ★ ★ ☆ ☆ | 0% | (0) |
| ★ ★ ☆ ☆ ☆ | 0% | (0) |
| ★ ☆ ☆ ☆ ☆ | 7% | (1) |

Write a review

SHOW

Offline - send us a message

# Why Do You Need This?

## PAIRING THE 2 WATER SYSTEMS PRODUCES 3 CUSTOMER BENEFITS:

**Benefit 1: Filter & Soften Entire Home Water.** Removes hard water and unwanted contaminants, smells & tastes from water prior to entering your home.  The whole house will have carbon filtered softened water.

**Benefit 2: Extend Water Softener Resin Media by Up to Decades.**  Our premium granular activated carbon (GAC) filtration media will prevent chlorine from destroying your water softener resin.  If the carbon media is properly maintained, your water softener resin media could possibly last for decades.

**Benefit 3: Easy Install & Low Maintenance.**  As you will see in our reviews, our customers tell everyone how easy this package is to install.  The water softener requires an occasionally bag of salt, and the carbon filtration media won't need to be changed for years depending on your water quality.  We can teach you how to change media when it's time.

## WHY BUY FROM US?

602abcWATER - Residential Water Softeners, Reverse Osmosis & Water Filtration



Offline - send us a messaage

# Whole House Water Softener & Carbon Filtration System

## PACKAGE OVERVIEW

This package includes our customer favorite water softener controlled by the Fleck 5600sxt digital valve. We compliment the water softener with a highly efficient upflow carbon filtration system. We use a premium granular activated carbon (GAC) media that provides an excellent shield of water protection for your entire home, but it also extends the life of your water softener resin media. Together they produce a complete whole house filter & softening solution. Also included are a triple set of flex line connectors.

**Includes:**

- Whole House Water Softener
- Whole House Upflow Carbon Filtration
- 3 Stainless Steel Flex Line Water Connectors

Shopping for water softeners in popular marketplaces? **Read 'Buyers Beware'**

Offline - send us a messaage

## INCLUDES TECHNICAL INSTALLATION SUPPORT

### *'A SIMPLIFIED EXPERIENCE'*

Our technical support team is ready to assist you with plumbing questions relating to water equipment installation. Are you attempting a DIY installation? Our mission is to serve DIYer's in the quest to save money Doing It Yourself. Our customers really appreciate this approach because it simplifies their experience.

Our customers tell us how happy they are to be able to call our experienced team of installers in a time of need and not get charged. That's what makes us different from our competitors. We focus on simplifying the consumer's experience with our product. A simplified experience equals a great experience and our customers agree!

**Need a quick answer to your question?  Text us at 602.321.0145**

**We are available by:**

- **Phone** - 602.222.9283
- **Email** - support@602abcWATER.com
- **Text** - 602.321.0145
- **Facetime** video calls (iPhones only) - Text us to set an appointment.  Our new solution 'Show us rather than try to describe' method.

**Support Hours:** Monday thru Friday between 7 a.m. to 4 p.m. Arizona time.

Offline - send us a messaage

# WATER SOFTENER SYSTEM

This is a complete whole house water softener system. Our water softener is controlled by the popular Fleck 5600sxt digital valve meter. This high capacity softening system uses premium resin for longer life. Best quality in the Industry. Recommended Service Flow up to 13 GPM.  The Fleck valve includes 5 year warranty.

### General water softener sizing by household size:

- *48,000 grain capacity* - 2 to 5 people
- *64,000 grain capacity* - 5+ people

### Water softener resin types:

- *10% Cross link resin media* - ideal for **City water** sources.
- *Fine mesh resin media* - ideal for a **Well water** sources.  This resin is perfect for water sources that need an Iron removal solution.



# Buy Direct
# Get Your Salt Free!
LIMITED TIME OFFER

Purchase a complete water softener system directly from 602abcWATER.com and receive a Home Depot e-gift card to buy your first bags of salt.

Offline - send us a messaage

# FLECK 5600SXT DIGITAL WATER SOFTENER METER VALVE

- Large LCD display and user-selectable time clock or metered function; usable for filtration and softener systems.
- Fully adjustable 3- or 5-cycle control for efficient and reliable water treatment system.
- Super capacitor for keeping time of day during power outage.
- Time-tested, hydraulically-balanced piston for service and regeneration.
- Diagnostics for historical valve performance.
- LCD display alternates between time of day, volume remaining or days until regeneration.
- Programming stored in memory and will not be lost due to power outages
- Plumbing connections in 3/4" or 1" NPT, BSP, and sweat



FREQUENTLY ASKED QUESTIONS
GET THE F.A.Q.S

# WATER SOFTENER MINERAL & BRINE TANKS

The water softener system includes 2 American made tanks. (1) Black 10" diameter mineral tanks - dependent on grain capacity. (1) Black brine tank. Both tanks backed by a 10 year warranty. Other colors are also available upon request. The standard color is black.

**Mineral Tank Dimensions:**

- 48K:(10"x54")

Offline - send us a messaage

- Add 6" more in height for the Control Meter.

**18" Triple Set Stainless Steel Flex Line Water Connectors**

Make your installation a snap with a pair of Stainless Steel Flex Lines, 18" length, 1" female to 1" John Guest, and an 18" stainless steel flex line with 1" Female NPT on each side. No more sweating pipes or having the hassle of connecting a water softener to your water supply. The female end twists right into the male threaded adapter provided with our water softeners, and the John Guest fitting simply pushes right into your existing water supply. Made of 100% stainless steel, these flex lines have the ability to twist, bend, and turn however you may need them to. Beware of the cheaper flex lines you'll find at hardware stores, they are not meant for water softeners. They will have rubber inner tubing that will eventually wear out and leak.

**SPECIAL NOTE: Not compatible with PVC pipe connections. However, this part is compatible with CPVC. CPVC should not to be confused with PVC.

**WATER SOFTENER INSTALLATION KIT**

We add a special touch to our offerings. We provide an installation kit which includes items that are necessary for best practice installs such as silicone lube, a hardness test strip, a sanitizer packet, 4 ft 3/8 in. brine line, a small parts kit, and an install guide written by ABCwaters technicians that simplify the installation.

# UPFLOW CARBON FILTRATION SYSTEM

Offline - send us a messaage

## Complete System Features:

- Eco-friendly because the system doesn't require electricity.
- Simple In/Out Valve
- Removes a Wide Range of Contaminates
    - Chloramines*
    - Chlorine
    - Pesticides
    - Herbicides
    - Organics
    - Most chemicals
    - Most Odors
    - Most Tastes

## Upflow Carbon Basic Specs:

- Bypass Valve with 1" connection
- Service Flow Rate of 4-11 GPM
- 1.5 ft.³ High Activity Carbon Media - Carbon media is a natural media derived from coconut shells that removes water contaminates through absorption.

## VIDEO RESOURCES

Offline - send us a messaage

# HOW TO INSTALL A CARBON SYSTEM TO A FLECK 5600SXT WATER SOFTENER:

Installing an Upflow Carbon Filtration System to a Fleck 5600sxt Water Softener b...

## HOW TO INSTALL A FLECK 5600SXT WATER SOFTENER:

ABCwaters Fleck 5600sxt Water Softener - Installation Tutorial

Offline - send us a messaage

## HOW TO RINSE YOUR CARBON FILTRATION:

How To Rinse Your Upflow Carbon System by 602abcWATER



# Water Softener & Upflow Carbon System Warranties & Guarantee

Offline - send us a messaage

Valve - 5 year warranty
Tank - 10 year warranty
60-day Satisfaction Guarantee

## WARRANTY REGISTRATION
REGISTER YOUR WATER SOFTENER SYSTEM
CLICK HERE

# ABOUT US - 602abcWATER

## SIMPLIFYING CONSUMER EXPERIENCE

### CUSTOMER RESOURCES

Simplifying the consumer's experience remains one of our primary goals. We realize the consumers´ experience with our product extends beyond the point of purchase. Reviewing the post sales experience has taught us to focus on specific touch points that improve this experience. A critical touch point relates to the installation of our product. We find the easier we make our product to install, the more satisfied our customers feel.

*"Keep It Simple" Video Tutorials*
Our video tutorials are simple in structure using a step-by-step format. Our content is unique in the sense that it's developed using a novice perspective while following industry best practices.

*Well Written Instructional Guides*
We created instructional guides with an emphasis on following an "easy-to-understand" theme. Each guide can be printed or viewed electronically, and easy to locate when needed.

*Value Added Items*
We include additional items in our packages that improve the overall value of our offering. The additional items contribute toward installation best practices and are typically not offered by competing brands. These value-added items prevent customers from having to make additional trips to the hardware store for items that \

Offline - send us a messaage

# EASY TO CONTACT

### Customer Service

We are easy to contact. We have a customer service team ready to assist our customer needs. Customers can contact our customer service team Monday through Friday between the hours of 7am to 4pm Arizona time. Our customer service team answers questions regarding orders, package tracking, and technical support.

### Technical Support

Our dedicated technical support team has over 25 years of combined experience in product installation and install knowledge. Most of our DIY customers save hundreds or even thousands of dollars by installing the system themself.

### Innovative Approach

We've taken our technical support a whole new level. In addition to our email and phone support, we are now using video chat technology to assist customers. You can now "Show & Tell" rather than attempt to describe it. Customers find video chat really simplifies the process.

# PREMIUM PRODUCTS AT AFFORDABLE PRICING

Offering affordable products has made us very popular with consumers. This popularity has ultimately contributed toward consumers' gained purchase value. The more discounts we earn, the more the customer earns.

### Affordable Pricing

Our popularity has given us the ability to leverage bulk purchase discounts that our competitors are unable to access. Our discounts make it possible to offer quality products at affordable pricing. The benefit of the discount is two fold in the sense that it affords us the ability to build a knowledge support team to serve our happy customers.

### Fast Free Shipping

We offer fast free shipping. We are able to sustain this consumer benefit due to our high volume of shipping throughout the United States. Our shipping carrier provides discounts as our volume grows and ultimately benefiting the consumer.

# PROUD TO BE AN AMERICAN COMPANY

ABC WATER / 602abcWATER - We are located in Phoenix Arizona USA. Give us a call with any questions about our ABCwaters built products.

Offline - send us a messaage

(602) 222-9283
23910 N. 19th Ave Suite #8
Phoenix, AZ 85085

 **Warning:** This product can expose you to chemicals including vinyle chloride and styrene, which are known to the state of California to cause cancer. For more information, visit www.p65warnings.ca.gov

# OTHER PRODUCTS VISITED BY OUR CLIENTS



**ABCwaters 5-Stage Reverse Osmosis Drinking Water System - 50 GPD RO**

$194.99

CHOOSE OPTIONS

←   BACK TO WATER SOFTENERS & CARBON TANK

Offline - send us a messaage

# Water Softeners Drinking Water Systems

## Filters & Parts

## Rv Water Filtration

Return Policy California Prop 65 Contact Us All Products The Water Blog

 

   

Manuals & Guides    Installation Videos    Frequently Asked Questions

Warranty Registration

Return Policy    Home Depot eGift Card

Contact Us    My Account    Shopping Cart

© 2018 602abcWATER       Connect-IO - Custom Software Solutions

Offline - send us a messaage

Have Questions?
Call: (602) 222-9283 or

Text: (602) 321-0145



**COMMERCIAL** ∨      **INDUSTRIAL** ∨











**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage

    

# ABCwaters Built Fleck 5600sxt 48,000 SPACE SAVER Water Softener - City Water

★★★★½ 8 reviews

## $619.99

Availability: In Stock
**Apply for Credit Financing**

**Variant Choices**
**At A Glance ⬇**

## Adapter Size

◯ 1"

◯ 3/4"

Capacity

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

quantity

1

Offline - send us a messaage

# CUSTOMER REVIEWS

★★★★⯪
Based on 8 reviews

| | | |
|---|---|---|
| ★★★★★ | 63% | (5) |
| ★★★★☆ | 25% | (2) |
| ★★★☆☆ | 13% | (1) |
| ★★☆☆☆ | 0% | (0) |
| ★☆☆☆☆ | 0% | (0) |

Write a review

SHOW

602abcWATER - Residential Water Softeners, Reverse Osmosis & Water Filtration



RESIDENTIAL

COMMERCIAL

INDUSTRIAL

SPACE SAVER WATER SOFTENER

Offline - send us a messaage

This is a complete whole house water softener system packaged in a smaller dimension. Space saver water softener is controlled by the popular Fleck 5600sxt digital valve meter. This high capacity softening system uses premium resin for longer life. Best quality in the Industry. Recommended Service Flow up to 12 GPM.  The Fleck valve includes 5 year warranty.

Shopping for water softeners in popular marketplaces? **Read 'Buyers Beware'**

**General water softener sizing by household size:**

- *32,000 grain capacity* - up to 2 people
- *48,000 grain capacity* - 2 to 5 people

**Water softener resin types:**

- *10% Cross link resin media* - ideal for **City water** sources.

## INCLUDES TECHNICAL INSTALLATION SUPPORT – *'A SIMPLIFIED EXPERIENCE'*

| RESIDENTIAL |
| COMMERCIAL |
| INDUSTRIAL |

Our customers tell us how happy they are to be able to call our experienced team of installers in a time of need and not get charged.  That's what makes us different from our

Offline - send us a messaage

competitors. We focus on simplifying the consumer's experience with our product. A simplified experience equals a great experience and our customers agree!

**We are available by:**

- **Phone** - 602.222.9283
- **Email** - support@602abcWATER.com
- **Text** - 602.321.0145
- **Facetime** video calls (iPhones only) - Text us to set an appointment. Our new solution 'Show us rather than try to describe' method.

**Support Hours:** Monday thru Friday between 7 a.m. to 4 p.m. Arizona time.

# FLECK 5600SXT DIGITAL WATER SOFTENER METER VALVE

- Large LCD display and user-selectable time clock or metered function; usable for filtration and softener systems.
- Fully adjustable 3- or 5-cycle control for efficient and reliable water treatment system.
- Super capacitor for keeping time of day during power outage.
- Time-tested, hydraulically-balanced piston for service and regeneration.
- Diagnostics for historical valve performance.
- LCD display alternates between time of day, volume remaining or days until regeneration.
- Programming stored in memory and will not be lost due to power outages
- Plumbing connections in 3/4" or 1" NPT, BSP, and sweat

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Offline - send us a messaage

# WATER SOFTENER MINERAL & BRINE TANKS

Our system includes 2 American made tanks. (1) Black 10" diameter mineral tank and (1) Black 11" Brine tank. Both tanks backed by a 10 year warranty. Other colors are also available upon request.  The standard color is black.



RESIDENTIAL

COMMERCIAL

INDUSTRIAL

LIMITED TIME OFFER

Purchase a complete water softener system directly from 602abcWATER.com and receive a Home Depot e-gift card to buy your first bags of salt.

Offline - send us a message

# WATER SOFTENER INSTALLATION KIT

We add a special touch to our offerings. We provide an installation kit which includes items that are necessary for best practice installs such as silicone lube, a hardness test strip, a sanitizer packet, 4 ft 3/8 in. brine line, a small parts kit, and an install guide written by ABCwaters technicians that simplify the installation.



# WATER SOFTENER VALUE ADDED PACKAGE

We pride ourselves in simplifying the consumer experience. We demonstrate this by PRE-LOADING the mineral tanks with resin for you to reduce heavy lifting & mess, we PRE-PROGRAM the Fleck digital meter to avoid adding guess work, we provide additional INSTALL ITEMS to save you from making extra trips to store, and we are very EASY TO CONTACT using phone, email, phone texting and now FREE FACETIME tech support.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**



WARRANTY REGISTRATION

REGISTER YOUR WATER SOFTENER SYSTEM

CLICK HERE

Offline - send us a messaage

# ABOUT US - 602abcWATER

## SIMPLIFYING CONSUMER EXPERIENCE

### CUSTOMER RESOURCES

Simplifying the consumer's experience remains one of our primary goals. We realize the consumers´ experience with our product extends beyond the point of purchase. Reviewing the post sales experience has taught us to focus on specific touch points that improve this experience. A critical touch point relates to the installation of our product. We find the easier we make our product to install, the more satisfied our customers feel.

*"Keep It Simple" Video Tutorials*
Our video tutorials are simple in structure using a step-by-step format. Our content is unique in the sense that it's developed using a novice perspective while following industry best practices.

*Well Written Instructional Guides*
We created instructional guides with an emphasis on following an "easy-to-understand" theme. Each guide can be printed or viewed electronically, and easy to locate when needed.

*Value Added Items*
We include additional items in our packages that improve the overall value of our offering. The additional items contribute toward installation best practices and are typically not offered by competing brands. These value-added items prevent customers from having to make additional trips to the hardware store for items that we include.

### EASY TO CONTACT

*Customer Service*
We are easy to contact. We have a customer service team ready to assist our customer needs. Customers can contact our customer service team Monday through Friday between the hours of 7am to 4pm Arizona time. Our customer service team answers questions regarding orders, package tracking, and technical support.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

thousands of dollars by installing the system themselr.

*Innovative Approach*

Offline - send us a messaage

We've taken our technical support a whole new level. In addition to our email and phone support, we are now using video chat technology to assist customers. You can now "Show & Tell" rather than attempt to describe it. Customers find video chat really simplifies the process.

## PREMIUM PRODUCTS AT AFFORDABLE PRICING

Offering affordable products has made us very popular with consumers. This popularity has ultimately contributed toward consumers' gained purchase value. The more discounts we earn, the more the customer earns.

*Affordable Pricing*
Our popularity has given us the ability to leverage bulk purchase discounts that our competitors are unable to access. Our discounts make it possible to offer quality products at affordable pricing. The benefit of the discount is two fold in the sense that it affords us the ability to build a knowledge support team to serve our happy customers.

*Fast Free Shipping*
We offer fast free shipping. We are able to sustain this consumer benefit due to our high volume of shipping throughout the United States. Our shipping carrier provides discounts as our volume grows and ultimately benefiting the consumer.

## PROUD TO BE AN AMERICAN COMPANY

ABC WATER / 602abcWATER - We are located in Phoenix Arizona USA. Give us a call with any questions about our ABCwaters built products.

(602) 222-9283
23910 N. 19th Ave Suite #8
Phoenix, AZ 85085

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Offline - send us a messaage

 **Warning:** This product can expose you to chemicals including vinyle chloride and styrene, which are known to the state of California to cause cancer. For more information, visit www.p65warnings.ca.gov

# OTHER PRODUCTS VISITED BY OUR CLIENTS



**ABCwaters 5-Stage Reverse Osmosis Drinking Water System - 50 GPD RO**

$194.99

CHOOSE OPTIONS

⟵ BACK TO WATER SOFTENERS

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Rv Water Filtration

Offline · send us a messaage

Return Policy California Prop 65 Contact Us All Products The Water Blog

 

   

Manuals & Guides     Installation Videos     Frequently Asked Questions

Warranty Registration

Return Policy     Home Depot eGift Card

Contact Us     My Account     Shopping Cart

© 2018 602abcWATER     Connect-IO - Custom Software Solutions

Offline - send us a messaage

Have Questions?
Call: (602) 222-9283 or

Text: (602) 321-0145



**COMMERCIAL** ∨     **INDUSTRIAL** ∨



SST-60 Softener Resin











**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage






# ABCwaters Built Fleck 5600SXT Water Softener with Ultra High Efficiency Resin SST-60

☆ ☆ ☆ ☆ ☆ No reviews

## $1,039.99

**Availability: In Stock**
**Apply for Credit Financing**

**Variant Choices**
**At A Glance ⬇**

## Capacity

◯ 32,000 grain

◯ 48,000 grain

| RESIDENTIAL |
|---|
| COMMERCIAL |
| INDUSTRIAL |

◯ 3/4

◯ 1

Offline - send us a messaage

quantity

1        **ADD TO CART**

## CUSTOMER REVIEWS

☆☆☆☆☆ No reviews yet

Write a review

 Learn more about our Combo Water Softener with Carbon Filtration?    CLICK HERE 

**602abcWATER - Residential Water Softeners, Reverse Osmosis & Water Filtration**



**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a message

# WATER SOFTENER SYSTEM with Purolite SST-60 High Efficiency Softening Resin

This is a complete whole house water softener system. Our water softener is controlled by the popular Fleck 5600sxt digital valve meter. This water softener has an ultra high efficiency water softener resin media known as Purolite SST-60.  Valve recommended Service Flow up to 12 GPM.  The Fleck valve includes 5 year warranty.

Shopping for water softeners in popular marketplaces? **Read 'Buyers Beware'**

**General water softener sizing by household size:**

- *32,000 grain capacity* - up to 2 people
- *48,000 grain capacity* - 2 to 5 people
- *64,000 grain capacity* - 5+ people

**Water softener resin type:**

Purolite SST-60 High Efficiency Softening Resin:  SST-60 is a high-efficiency softening resin based on gel type shallow-shell technology.  Lower hardness leakage.  Significant savings in

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

requirements.  Download PDF to learn more about Purolite SST-60.

Offline - send us a messaage

### Figure 5 – Diffusion path comparison of different resin bead types



Diffusion Rate is Proportional to 1/r², where r = radius

### Advantages of SST resins for softening

- Higher recovered capacity per pound (or kilogram) of salt
- Better iron removal
- Lower rinse requirements
- No equipment modifications needed; suitable for co-flow, counter-flow and packed bed systems
- Lower leakage at all regenerant levels
- Less susceptible to fouling

- Shorter regeneration cycles
- Excellent physical strength
- Non-solvent sulfonated
- More resistant to oxidation
- Meets NSF/ANSI-61 requirements for International Standard for Drinking Water Additives
- Supports ISO 9001:2004 initiatives toward environmental management and impact

## System components tested and certified:

- Water Softener Performance: **WQA to NSF/ANSI Standard 44**
- Lead Free Compliance: **WQA to NSF/ANSI Standard 372**
- Water Softener Resin Purolite SST-60: **Certified by the WQA to NSF/ANSI-61 Standard**

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

INCLUDES TECHNICAL INSTALLATION SUPPORT – A
*SIMPLIFIED EXPERIENCE'*

Offline - send us a message

Our technical support team is ready to assist you with plumbing questions relating to water equipment installation. Are you attempting a DIY installation? Our mission is to serve DIYer's in the quest to save money Doing It Yourself. Our customers really appreciate this approach because it simplifies their experience.

Our customers tell us how happy they are to be able to call our experienced team of installers in a time of need and not get charged. That's what makes us different from our competitors. We focus on simplifying the consumer's experience with our product. A simplified experience equals a great experience and our customers agree!

**We are available by:**

- **Phone** - 602.222.9283
- **Email** - support@602abcWATER.com
- **Text** - 602.321.0145
- **Facetime** video calls (iPhones only) - Text us to set an appointment. Our new solution 'Show us rather than try to describe' method.

**Support Hours:** Monday thru Friday between 7 a.m. to 4 p.m. Arizona time.



# Buy Direct
# Get Your Salt Free!
## LIMITED TIME OFFER

Purchase a complete water softener system directly from 602abcWATER.com and receive a Home Depot e-gift card to buy your first bags of salt.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

     filtration and softener systems.
- Fully adjustable 3- or 5-cycle control for efficient and reliable water treatment system.
- Super capacitor for keeping time of day during power c    Offline - send us a messaage

- Time-tested, hydraulically-balanced piston for service and regeneration.
- Diagnostics for historical valve performance.
- LCD display alternates between time of day, volume remaining or days until regeneration.
- Programming stored in memory and will not be lost due to power outages
- Plumbing connections in 3/4" or 1" NPT, BSP, and sweat

## WATER SOFTENER MINERAL & BRINE TANKS

Our system includes 2 American made tanks. (1) Black 10" diameter mineral tank and (1) Black 36" Brine tank. Both tanks backed by a 10 year warranty. Other colors are also available upon request.  The standard color is black.

### 48K SYSTEM



62.75"

26"

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Learn How To Install the Fleck 5600sxt

Offline - send us a messaage

ABCwaters Fleck 5600sxt Water Softener - Installation Tutorial



FREQUENTLY ASKED QUESTIONS
GET THE F.A.Q.S

## WATER SOFTENER INSTALLATION KIT

We add a special touch to our offerings. We provide an installation kit which includes items

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage



## WATER SOFTENER VALUE ADDED PACKAGE

We pride ourselves in simplifying the consumer experience. We demonstrate this by PRE-LOADING the mineral tanks with resin for you to reduce heavy lifting & mess, we PRE-PROGRAM the Fleck digital meter to avoid adding guess work, we provide additional INSTALL ITEMS to save you from making extra trips to store, and we are very EASY TO CONTACT using phone, email, phone texting and now FREE FACETIME tech support.

Consider pairing this Water Softener with an Upflow Carbon Filtration System.  The carbon extends the life of the water softener's resin beads.  Carbon is an excellent media for absorbing chlorine from city water sources.  Chlorine breaks down water softener resin.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline · send us a message

WARRANTY REGISTRATION
REGISTER YOUR WATER SOFTENER SYSTEM
CLICK HERE



# ABOUT US - 602abcWATER

## SIMPLIFYING CONSUMER EXPERIENCE

### CUSTOMER RESOURCES

Simplifying the consumer's experience remains one of our primary goals. We realize the consumers´ experience with our product extends beyond the point of purchase. Reviewing the post sales experience has taught us to focus on specific touch points that improve this experience. A critical touch point relates to the installation of our product. We find the easier we make our product to install, the more satisfied our customers feel.

*"Keep It Simple" Video Tutorials*
Our video tutorials are simple in structure using a step-by-step format. Our content is unique in the sense that it's developed using a novice perspective while following industry best practices.

*Well Written Instructional Guides*
We created instructional guides with an emphasis on following an "easy-to-understand" theme. Each guide can be printed or viewed electronically, and easy to locate when needed.

*Value Added Items*
We include additional items in our packages that improve the overall value of our offering. The additional items contribute toward installation best practices and are typically not offered by competing brands. These value-added items prevent customers from having to

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

We are easy to contact. We have a customer service team ready to assist our customer needs. Customers can contact our customer service team Monday through Friday between

Offline - send us a message

the hours of 7am to 4pm Arizona time. Our customer service team answers questions regarding orders, package tracking, and technical support.

*Technical Support*
Our dedicated technical support team has over 25 years of combined experience in product installation and install knowledge. Most of our DIY customers save hundreds or even thousands of dollars by installing the system themself.

*Innovative Approach*
We've taken our technical support a whole new level. In addition to our email and phone support, we are now using video chat technology to assist customers. You can now "Show & Tell" rather than attempt to describe it. Customers find video chat really simplifies the process.

## PREMIUM PRODUCTS AT AFFORDABLE PRICING

Offering affordable products has made us very popular with consumers. This popularity has ultimately contributed toward consumers' gained purchase value. The more discounts we earn, the more the customer earns.

*Affordable Pricing*
Our popularity has given us the ability to leverage bulk purchase discounts that our competitors are unable to access. Our discounts make it possible to offer quality products at affordable pricing. The benefit of the discount is two fold in the sense that it affords us the ability to build a knowledge support team to serve our happy customers.

*Fast Free Shipping*
We offer fast free shipping. We are able to sustain this consumer benefit due to our high volume of shipping throughout the United States. Our shipping carrier provides discounts as our volume grows and ultimately benefiting the consumer.

## PROUD TO BE AN AMERICAN COMPANY

ABC WATER / 602abcWATER - We are located in Phoenix Arizona USA. Give us a call with any questions about our ABCwaters built products.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage



**Warning:** This product can expose you to chemicals including vinyle chloride and styrene, which are known to the state of California to cause cancer. For more information, visit www.p65warnings.ca.gov

# OTHER PRODUCTS VISITED BY OUR CLIENTS



**ABCwaters 5-Stage Reverse Osmosis Drinking Water System - 50 GPD RO**

$194.99

CHOOSE OPTIONS

← BACK TO WATER SOFTENERS

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

**Rv Water Filtration**

Offline - send us a messaage

Return Policy California Prop 65 Contact Us All Products The Water Blog




   

Manuals & Guides Installation Videos Frequently Asked Questions

Warranty Registration

Return Policy Home Depot eGift Card

Contact Us My Account Shopping Cart

© 2018 602abcWATER Connect-IO - Custom Software Solutions

Offline - send us a messaage

Have Questions?

Call: (602) 222-9283 or

Text: (602) 321-0145

COMMERCIAL ⌄          INDUSTRIAL ⌄                          ⌂ ⚲ 🛍



RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Offline - send us a messaage

# ABCwaters Built Fleck 5600SXT Water Softener with an Upflow Carbon Filter System + Connectors

★★★★⯨ 15 reviews

## $1,119.99

Availability: In Stock
**Apply for Credit Financing**

**Variant Choices**
**At A Glance ↓**

## Media Type

◯ 10% Cross Link Resin

◯ Fine Mesh Iron Treating Resin (Iron only up to 6 ppm)

## Size

◯ 48K Capacity

◯ 64K Capacity

quantity

1

ADD TO CART

## CUSTOMER REVIEWS

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Offline - send us a messaage

# Why Do You Need This?

## PAIRING THE 2 WATER SYSTEMS PRODUCES 3 CUSTOMER BENEFITS:

**Benefit 1: Filter & Soften Entire Home Water.** Removes hard water and unwanted contaminants, smells & tastes from water prior to entering your home.  The whole house will have carbon filtered softened water.

**Benefit 2: Extend Water Softener Resin Media by Up to Decades.**  Our premium granular activated carbon (GAC) filtration media will prevent chlorine from destroying your water softener resin.  If the carbon media is properly maintained, your water softener resin media could possibly last for decades.

**Benefit 3: Easy Install & Low Maintenance.**  As you will see in our reviews, our customers tell everyone how easy this package is to install.  The water softener requires an occasionally bag of salt, and the carbon filtration media won't need to be changed for years depending on your water quality.  We can teach you how to change media when it's time.

## WHY BUY FROM US?

| 602abcWATER - Residential Water Softeners, Reverse Osmosis & Water Filtration |
| --- |

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**



Offline - send us a messaage

# Whole House Water Softener & Carbon Filtration System

## PACKAGE OVERVIEW

This package includes our customer favorite water softener controlled by the Fleck 5600sxt digital valve. We compliment the water softener with a highly efficient upflow carbon filtration system. We use a premium granular activated carbon (GAC) media that provides an excellent shield of water protection for your entire home, but it also extends the life of your water softener resin media. Together they produce a complete whole house filter & softening solution. Also included are a triple set of flex line connectors.

**Includes:**

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Shopping for water softeners in popular marketplaces? **Read 'Buyers Beware'**

Offline - send us a messaage

## INCLUDES TECHNICAL INSTALLATION SUPPORT

### *'A SIMPLIFIED EXPERIENCE'*

Our technical support team is ready to assist you with plumbing questions relating to water equipment installation.  Are you attempting a DIY installation?  Our mission is to serve DIYer's in the quest to save money Doing It Yourself.  Our customers really appreciate this approach because it simplifies their experience.

Our customers tell us how happy they are to be able to call our experienced team of installers in a time of need and not get charged.  That's what makes us different from our competitors. We focus on simplifying the consumer's experience with our product.  A simplified experience equals a great experience and our customers agree!

**Need a quick answer to your question?  Text us at 602.321.0145**

**We are available by:**

- **Phone** - 602.222.9283
- **Email** - support@602abcWATER.com
- **Text** - 602.321.0145
- **Facetime** video calls (iPhones only) - Text us to set an appointment.  Our new solution 'Show us rather than try to describe' method.

**Support Hours:** Monday thru Friday between 7 a.m. to 4 p.m. Arizona time.

| RESIDENTIAL |
| COMMERCIAL |
| INDUSTRIAL |

Offline - send us a messaage

# WATER SOFTENER SYSTEM

This is a complete whole house water softener system. Our water softener is controlled by the popular Fleck 5600sxt digital valve meter. This high capacity softening system uses premium resin for longer life. Best quality in the Industry. Recommended Service Flow up to 13 GPM.  The Fleck valve includes 5 year warranty.

## General water softener sizing by household size:

- *48,000 grain capacity* - 2 to 5 people
- *64,000 grain capacity* - 5+ people

## Water softener resin types:

- *10% Cross link resin media* - ideal for **City water** sources.
- *Fine mesh resin media* - ideal for a **Well water** sources.  This resin is perfect for water sources that need an Iron removal solution.



RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Offline - send us a message

# FLECK 5600SXT DIGITAL WATER SOFTENER METER VALVE

- Large LCD display and user-selectable time clock or metered function; usable for filtration and softener systems.
- Fully adjustable 3- or 5-cycle control for efficient and reliable water treatment system.
- Super capacitor for keeping time of day during power outage.
- Time-tested, hydraulically-balanced piston for service and regeneration.
- Diagnostics for historical valve performance.
- LCD display alternates between time of day, volume remaining or days until regeneration.
- Programming stored in memory and will not be lost due to power outages
- Plumbing connections in 3/4" or 1" NPT, BSP, and sweat



# WATER SOFTENER MINERAL & BRINE TANKS

The water softener system includes 2 American made tanks. (1) Black 10" diameter mineral

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

**Mineral Tank Dimensions:**

- 48K:(10"x54")

Offline - send us a messaage

- Add 6" more in height for the Control Meter.

**18" Triple Set Stainless Steel Flex Line Water Connectors**

Make your installation a snap with a pair of Stainless Steel Flex Lines, 18" length, 1" female to 1" John Guest, and an 18" stainless steel flex line with 1" Female NPT on each side. No more sweating pipes or having the hassle of connecting a water softener to your water supply. The female end twists right into the male threaded adapter provided with our water softeners, and the John Guest fitting simply pushes right into your existing water supply. Made of 100% stainless steel, these flex lines have the ability to twist, bend, and turn however you may need them to. Beware of the cheaper flex lines you'll find at hardware stores, they are not meant for water softeners. They will have rubber inner tubing that will eventually wear out and leak.

\*\*SPECIAL NOTE: Not compatible with PVC pipe connections. However, this part is compatible with CPVC. CPVC should not to be confused with PVC.

**WATER SOFTENER INSTALLATION KIT**

We add a special touch to our offerings. We provide an installation kit which includes items that are necessary for best practice installs such as silicone lube, a hardness test strip, a sanitizer packet, 4 ft 3/8 in. brine line, a small parts kit, and an install guide written by ABCwaters technicians that simplify the installation.

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

## UPFLOW CARBON FILTRATION SYSTEM

Offline - send us a messaage

**Complete System Features:**

- Eco-friendly because the system doesn't require electricity.
- Simple In/Out Valve
- Removes a Wide Range of Contaminates
    - Chloramines*
    - Chlorine
    - Pesticides
    - Herbicides
    - Organics
    - Most chemicals
    - Most Odors
    - Most Tastes

**Upflow Carbon Basic Specs:**

- Bypass Valve with 1" connection
- Service Flow Rate of 4-11 GPM
- 1.5 ft.³ High Activity Carbon Media - Carbon media is a natural media derived from coconut shells that removes water contaminates through absorption.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage

# HOW TO INSTALL A CARBON SYSTEM TO A FLECK 5600SXT WATER SOFTENER:

Installing an Upflow Carbon Filtration System to a Fleck 5600sxt Water Softener b...

▶

# HOW TO INSTALL A FLECK 5600SXT WATER SOFTENER:

ABCwaters Fleck 5600sxt Water Softener - Installation Tutorial

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage

# HOW TO RINSE YOUR CARBON FILTRATION:

How To Rinse Your Upflow Carbon System by 602abcWATER

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Guarantee

Offline - send us a messaage

Valve - 5 year warranty
Tank - 10 year warranty
60-day Satisfaction Guarantee

## WARRANTY REGISTRATION

REGISTER YOUR WATER SOFTENER SYSTEM

CLICK HERE

# ABOUT US - 602abcWATER

## SIMPLIFYING CONSUMER EXPERIENCE

### CUSTOMER RESOURCES

Simplifying the consumer's experience remains one of our primary goals. We realize the consumers' experience with our product extends beyond the point of purchase. Reviewing the post sales experience has taught us to focus on specific touch points that improve this experience. A critical touch point relates to the installation of our product. We find the easier we make our product to install, the more satisfied our customers feel.

*"Keep It Simple" Video Tutorials*
Our video tutorials are simple in structure using a step-by-step format. Our content is unique in the sense that it's developed using a novice perspective while following industry best practices.

*Well Written Instructional Guides*
We created instructional guides with an emphasis on following an "easy-to-understand"

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

The additional items contribute toward installation best practices and are typically not offered by competing brands. These value-added items prevent customers from having to make additional trips to the hardware store for items that \

Offline - send us a message

# EASY TO CONTACT

### Customer Service

We are easy to contact. We have a customer service team ready to assist our customer needs. Customers can contact our customer service team Monday through Friday between the hours of 7am to 4pm Arizona time. Our customer service team answers questions regarding orders, package tracking, and technical support.

### Technical Support

Our dedicated technical support team has over 25 years of combined experience in product installation and install knowledge. Most of our DIY customers save hundreds or even thousands of dollars by installing the system themself.

### Innovative Approach

We've taken our technical support a whole new level. In addition to our email and phone support, we are now using video chat technology to assist customers. You can now "Show & Tell" rather than attempt to describe it. Customers find video chat really simplifies the process.

# PREMIUM PRODUCTS AT AFFORDABLE PRICING

Offering affordable products has made us very popular with consumers. This popularity has ultimately contributed toward consumers' gained purchase value. The more discounts we earn, the more the customer earns.

### Affordable Pricing

Our popularity has given us the ability to leverage bulk purchase discounts that our competitors are unable to access. Our discounts make it possible to offer quality products at affordable pricing. The benefit of the discount is two fold in the sense that it affords us the ability to build a knowledge support team to serve our happy customers.

### Fast Free Shipping

We offer fast free shipping. We are able to sustain this consumer benefit due to our high volume of shipping throughout the United States. Our shipping carrier provides discounts as

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

questions about our ABCwaters built products.

Offline - send us a message

(602) 222-9283
23910 N. 19th Ave Suite #8
Phoenix, AZ 85085

 **Warning:** This product can expose you to chemicals including vinyle chloride and styrene, which are known to the state of California to cause cancer. For more information, visit www.p65warnings.ca.gov

# OTHER PRODUCTS VISITED BY OUR CLIENTS



**ABCwaters 5-Stage Reverse Osmosis Drinking Water System - 50 GPD RO**

$194.99

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Offline - send us a messaage

Water Softeners Drinking Water Systems

Filters & Parts

Rv Water Filtration

Return Policy California Prop 65 Contact Us All Products The Water Blog

 

   

Manuals & Guides    Installation Videos    Frequently Asked Questions

Warranty Registration

Return Policy    Home Depot eGift Card

Contact Us    My Account    Shopping Cart

© 2018 602abcWATER    Connect-IO - Custom Software Solutions

Offline - send us a message

Have Questions?
Call: (602) 222-9283 or

Text: (602) 321-0145



COMMERCIAL ⌄

INDUSTRIAL ⌄











RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Offline - send us a messaage

    

# ABCwaters Built Fleck 5600sxt 48,000 SPACE SAVER Water Softener - City Water

★★★★⯪ 8 reviews

## $619.99

Availability: In Stock
**Apply for Credit Financing**

**Variant Choices**
**At A Glance** ⬇

## Adapter Size

◯ 1"

◯ 3/4"

Capacity

| RESIDENTIAL | | |
|---|---|---|
| COMMERCIAL | | |
| INDUSTRIAL | | |

quantity

| 1 | ADD T |
|---|---|

Offline - send us a messaage

## CUSTOMER REVIEWS

★★★★⯨
Based on 8 reviews

| | | |
|---|---|---|
| ★★★★★ | 63% | (5) |
| ★★★★☆ | 25% | (2) |
| ★★★☆☆ | 13% | (1) |
| ★★☆☆☆ | 0% | (0) |
| ★☆☆☆☆ | 0% | (0) |

Write a review

SHOW

**602abcWATER - Residential Water Softeners, Reverse Osmosis & Water Filtration**



RESIDENTIAL

COMMERCIAL

INDUSTRIAL

SPACE SAVER WATER SOFTENER

Offline - send us a messaage

This is a complete whole house water softener system packaged in a smaller dimension. Space saver water softener is controlled by the popular Fleck 5600sxt digital valve meter. This high capacity softening system uses premium resin for longer life. Best quality in the Industry. Recommended Service Flow up to 12 GPM.  The Fleck valve includes 5 year warranty.

Shopping for water softeners in popular marketplaces? **Read 'Buyers Beware'**

**General water softener sizing by household size:**

- *32,000 grain capacity* - up to 2 people
- *48,000 grain capacity* - 2 to 5 people

**Water softener resin types:**

- *10% Cross link resin media* - ideal for **City water** sources.

# INCLUDES TECHNICAL INSTALLATION SUPPORT – *'A SIMPLIFIED EXPERIENCE'*

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Our customers tell us how happy they are to be able to call our experienced team of installers in a time of need and not get charged.  That's what makes us different from our

Offline - send us a messaage

competitors. We focus on simplifying the consumer's experience with our product.  A simplified experience equals a great experience and our customers agree!

**We are available by:**

- **Phone** - 602.222.9283
- **Email** - support@602abcWATER.com
- **Text** - 602.321.0145
- **Facetime** video calls (iPhones only) - Text us to set an appointment.  Our new solution 'Show us rather than try to describe' method.

**Support Hours:** Monday thru Friday between 7 a.m. to 4 p.m. Arizona time.

# FLECK 5600SXT DIGITAL WATER SOFTENER METER VALVE

- Large LCD display and user-selectable time clock or metered function; usable for filtration and softener systems.
- Fully adjustable 3- or 5-cycle control for efficient and reliable water treatment system.
- Super capacitor for keeping time of day during power outage.
- Time-tested, hydraulically-balanced piston for service and regeneration.
- Diagnostics for historical valve performance.
- LCD display alternates between time of day, volume remaining or days until regeneration.
- Programming stored in memory and will not be lost due to power outages
- Plumbing connections in 3/4" or 1" NPT, BSP, and sweat

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage

# WATER SOFTENER MINERAL & BRINE TANKS

Our system includes 2 American made tanks. (1) Black 10" diameter mineral tank and (1) Black 11" Brine tank. Both tanks backed by a 10 year warranty. Other colors are also available upon request. The standard color is black.



**LIMITED TIME OFFER**

Purchase a complete water softener system directly from 602abcWATER.com and receive a Home Depot e-gift card to buy your first bags of salt.

Offline - send us a messaage

## WATER SOFTENER INSTALLATION KIT

We add a special touch to our offerings. We provide an installation kit which includes items that are necessary for best practice installs such as silicone lube, a hardness test strip, a sanitizer packet, 4 ft 3/8 in. brine line, a small parts kit, and an install guide written by ABCwaters technicians that simplify the installation.



## WATER SOFTENER VALUE ADDED PACKAGE

We pride ourselves in simplifying the consumer experience. We demonstrate this by PRE-LOADING the mineral tanks with resin for you to reduce heavy lifting & mess, we PRE-PROGRAM the Fleck digital meter to avoid adding guess work, we provide additional INSTALL ITEMS to save you from making extra trips to store, and we are very EASY TO CONTACT using phone, email, phone texting and now FREE FACETIME tech support.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

WARRANTY REGISTRATION
REGISTER YOUR WATER SOFTENER SYSTEM



Offline - send us a messaage

# ABOUT US – 602abcWATER

## SIMPLIFYING CONSUMER EXPERIENCE

### CUSTOMER RESOURCES

Simplifying the consumer's experience remains one of our primary goals. We realize the consumers' experience with our product extends beyond the point of purchase. Reviewing the post sales experience has taught us to focus on specific touch points that improve this experience. A critical touch point relates to the installation of our product. We find the easier we make our product to install, the more satisfied our customers feel.

*"Keep It Simple" Video Tutorials*
Our video tutorials are simple in structure using a step-by-step format. Our content is unique in the sense that it's developed using a novice perspective while following industry best practices.

*Well Written Instructional Guides*
We created instructional guides with an emphasis on following an "easy-to-understand" theme. Each guide can be printed or viewed electronically, and easy to locate when needed.

*Value Added Items*
We include additional items in our packages that improve the overall value of our offering. The additional items contribute toward installation best practices and are typically not offered by competing brands. These value-added items prevent customers from having to make additional trips to the hardware store for items that we include.

### EASY TO CONTACT

*Customer Service*
We are easy to contact. We have a customer service team ready to assist our customer needs. Customers can contact our customer service team Monday through Friday between the hours of 7am to 4pm Arizona time. Our customer service team answers questions regarding orders, package tracking, and technical support.

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

thousands of dollars by installing the system themself.

*Innovative Approach*

Offline · send us a messaage

We've taken our technical support a whole new level. In addition to our email and phone support, we are now using video chat technology to assist customers. You can now "Show & Tell" rather than attempt to describe it. Customers find video chat really simplifies the process.

## PREMIUM PRODUCTS AT AFFORDABLE PRICING

Offering affordable products has made us very popular with consumers. This popularity has ultimately contributed toward consumers' gained purchase value. The more discounts we earn, the more the customer earns.

*Affordable Pricing*
Our popularity has given us the ability to leverage bulk purchase discounts that our competitors are unable to access. Our discounts make it possible to offer quality products at affordable pricing. The benefit of the discount is two fold in the sense that it affords us the ability to build a knowledge support team to serve our happy customers.

*Fast Free Shipping*
We offer fast free shipping. We are able to sustain this consumer benefit due to our high volume of shipping throughout the United States. Our shipping carrier provides discounts as our volume grows and ultimately benefiting the consumer.

## PROUD TO BE AN AMERICAN COMPANY

ABC WATER / 602abcWATER - We are located in Phoenix Arizona USA. Give us a call with any questions about our ABCwaters built products.

(602) 222-9283
23910 N. 19th Ave Suite #8
Phoenix, AZ 85085

**RESIDENTIAL**

**COMMERCIAL**

**INDUSTRIAL**

Offline - send us a messaage

 **Warning:** This product can expose you to chemicals including vinyle chloride and styrene, which are known to the state of California to cause cancer.  For more information, visit www.p65warnings.ca.gov

# OTHER PRODUCTS VISITED BY OUR CLIENTS



**ABCwaters 5-Stage Reverse Osmosis Drinking Water System - 50 GPD RO**

$194.99

CHOOSE OPTIONS

Water Softeners Drinking Water Systems

RESIDENTIAL

COMMERCIAL

INDUSTRIAL

Return Policy California Prop 65 Contact Us All Products The Water Blog

Offline - send us a messaage




   

Manuals & Guides    Installation Videos    Frequently Asked Questions

Warranty Registration

Return Policy    Home Depot eGift Card

Contact Us    My Account    Shopping Cart

© 2018 602abcWATER    Connect-IO - Custom Software Solutions

Offline - send us a messaage