# EXHIBIT 3



# EXHIBIT 4

Registration #:   *-APPLICATION-*
Service Request #:  1-7198942511

## Mail Certificate  ————————————————————————————

Snell & Wilmer L.L.P.
David E. Rogers
400 East Van Buren
Phoenix, AZ 85004-2202 United States

**Priority:** Routine          **Application Date:** December 11, 2018

## Correspondent  ————————————————————————————

| | |
|---:|:---|
| **Organization Name:** | Snell & Wilmer L.L.P. |
| **Name:** | David E. Rogers |
| **Email:** | drogers@swlaw.com |
| **Telephone:** | (602)382-6225 |
| **Fax:** | (602)382-6070 |
| **Address:** | 400 East Van Buren |
| | Phoenix, AZ 85004-2202 United States |

## Title

**Title of Work:** Photograph of mineral tank, brine tank, and installation kit

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** ABC WATER LLC
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74859.00001



# EXHIBIT 5



# EXHIBIT 6

Registration #:  *-APPLICATION-*
Service Request #:  1-7198942538

## Mail Certificate

Snell & Wilmer L.L.P.
David E. Rogers
400 East Van Buren
Phoenix, AZ 85004-2202 United States

Priority:  Routine        Application Date:  December 11, 2018

## Correspondent

Organization Name:  Snell & Wilmer L.L.P.
Name:  David E. Rogers
Email:  drogers@swlaw.com
Telephone:  (602)382-6225
Fax:  (602)382-6070
Address:  400 East Van Buren
Phoenix, AZ 85004-2202 United States

## Title

**Title of Work:** Photograph of mineral tank head

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** ABC WATER LLC
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001



# EXHIBIT 7



**Installation Videos**

We are discovering that a large percentage of our customers are Do-it-yourself type people. We are investing in video production to provide our customers the resources needed to have a successful installation.

# EXHIBIT 8

Registration #:    *-APPLICATION-*
Service Request #:   1-7201628401

## Mail Certificate

Snell & Wilmer L.L.P.
David E. Rogers
400 East Van Buren
Phoenix, AZ 85004-2202 United States

**Priority:**   Routine          **Application Date:**   December 11, 2018

## Correspondent

**Organization Name:**   Snell & Wilmer L.L.P.
**Name:**   David E. Rogers
**Email:**   drogers@swlaw.com
**Telephone:**   (602)382-6225
**Fax:**   (602)382-6070
**Address:**   400 East Van Buren
Phoenix, AZ 85004-2202 United States

## Title

**Title of Work:** Image of advertisement re Installation Videos

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** ABC WATER LLC
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001



**Installation Videos**

We are discovering that a large percentage of our customers are Do-it-yourself type people. We are investing in video production to provide our customers the resources needed to have a successful installation.

# EXHIBIT 9



**Installation Kit**

Our installation kit includes items that typical
retailers overlook. We believe it is the small details
that make us different from our competitors. Each
kit includes water hardness test strips, silicone
lubricant for 'o'-rings, and sanitizer packet to flush
your new system.

# EXHIBIT 10

Registration #:   *-APPLICATION-*
Service Request #:   1-7201628439

## Mail Certificate

Snell & Wilmer L.L.P.
David E. Rogers
400 East Van Buren
Phoenix, AZ 85004-2202 United States

**Priority:**   Routine            **Application Date:**   December 11, 2018

## Correspondent

**Organization Name:**   Snell & Wilmer L.L.P.
**Name:**   David E. Rogers
**Email:**   drogers@swlaw.com
**Telephone:**   (602)382-6225
**Fax:**   (602)382-6070
**Address:**   400 East Van Buren
Phoenix, AZ 85004-2202 United States

## Title

**Title of Work:** Image of advertisement re Installation Kit

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** ABC WATER LLC
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001



**Installation Kit**

Our installation kit includes items that typical retailers overlook. We believe it is the small details that make us different from our competitors. Each kit includes water hardness test strips, silicone lubricant for 'o'-rings, and sanitizer packet to flush your new system.

# EXHIBIT 11



## Simplified Installation Guide

We created a very comprehesive yet simplified installation guide. Our installation guide was written by an experienced water treatment installer. We then revised the guide by a novice installer to truly develop an easy-to-follow instruction guide.

# EXHIBIT 12

Registration #: *-APPLICATION-*
Service Request #: 1-7201628566

## Mail Certificate

Snell & Wilmer L.L.P.
David E. Rogers
400 E Van Buren
Phoenix, AZ 85004-2202 United States

Priority: Routine      Application Date: December 11, 2018

## Correspondent

Organization Name: Snell & Wilmer L.L.P.
Name: David E. Rogers
Email: drogers@swlaw.com
Telephone: (602)382-6225
Fax: (602)382-6070
Address: 400 East Van Buren
Phoenix, AZ 85004-2202 United States

# *-APPLICATION-*

## Title

**Title of Work:** Image of advertisement re Simplified Installation Guide

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** ABC WATER LLC
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001



## Simplified Installation Guide

We created a very comprehesive yet simplified
installation guide. Our installation guide was written
by an experienced water treatment installer. We
then revised the guide by a novice installer to truly
develop an easy-to-follow instruction guide.

# EXHIBIT 13

## Valve to Mineral Tank





Plan where to position your water softener system.
1. Requires 5 ft. from power source to operate.
2. Requires water drain for disposing of water.
3. Requires access to home's main water line.



1. Apply silicone lube several times (2-4 in)



2. Attach bypass



ABCwaters Fleck 5600SXT Water Softener Install Guide



3. Apply silicone to bottom







ABC



IKELITE #0184.1
Silicone Lube



Sani-System
LIQUID SANITIZER CONCENTRATE

FOR SANITIZING
WATER SOFTENERS - RO UNITS - WATER COOLERS

DANGER



602 ABC WATER

Water Treatment
Done Right!



TRUE
BLUE
PENTAIR

# EXHIBIT 14

## Mail Certificate

Snell & Wilmer L.L.P.
David E. Rogers
400 East Van Buren
Phoenix, AZ 85383 United States

Priority:  Routine          Application Date:  December 11, 2018

## Correspondent

Organization Name:  Snell & Wilmer L.L.P.
              Name:  David E. Rogers
             Email:  drogers@swlaw.com
         Telephone:  (602)382-6225
               Fax:  (602)382-6070
           Address:  400 East Van Buren
                     Phoenix, AZ 85004-2202 United States

## Title

**Title of Work:** Photograph of Installation Kit Components

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** ABC WATER LLC
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001



## Valve to Mineral Tank

**Step 2 – Plan Your Water Softener Location**

Plan where to position your water softener system.
1. Position it 5 ft. from power source to operate.
2. Requires water drain for disposing of water.
3. Requires access to home's main water line.

**Step 3 – Begin Assembly, Fleck Valve to Mineral Tank**

1. Apply silicone lube to small riser O-ring.

2. Attach pre-installed riser O-ring. Stabilize valve and bottom.

3. Apply a small amount of lube around the outside of the...

4. Connect the 5600SXT Valve, make sure to carefully thread onto the mineral tank's thread.

The mineral tank's should be inserted into the top basket. Once positioned over the mineral tank's thread, rotate the valve to spin. Do not hold it...

**ABCwaters Fleck 5600SXT Water Softener Install Guide**



ABC



IKELITE #0184.1
Silicone Lube



Sani-System
LIQUID SANITIZER CONCENTRATE

FOR SANITIZING
WATER SOFTENERS · RO UNITS · WATER COOLERS

DANGER



## 602 ABC WATER

### *Water Treatment Done Right!*



TRUE
BLUE
PENTAIR