# EXHIBIT 15



**Try Prime**

Tools & Home Improvement ⌄

**Final days: Get items by 12/24**

Deliver to
Scottsdale 85251

Your Amazon.com    Last-Minute Deals

EN ⌄

Hello. Sign in
**Account & Lists** ⌄

Orders   Try Prime ⌄

0
Cart

**Tools & Home Improvement**   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

**Save 33% on select August Home smart lock**   Shop now ▸

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Water Softeners

# ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond

by ABCwaters

83 customer reviews   |   128 answered questions




Price: **$619.99** & **FREE Shipping**

Get $50 off instantly: Pay $569.99 upon approval for the Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?**
Send the gift of Prime or an Amazon Gift Card by email or text message.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

> **Without expert installation**

**Expert replacement installation**
**+$436.72** per unit

See more

- Water softener, iron filter, all in one

Share

$619.99

& FREE Shipping

**Get it as soon as Dec. 26 – 28**
when you choose **Standard Shipping** at checkout.

**In Stock.**
Ships from and sold by Aplus Water LLC.

Qty: 1 ▾

$619.99 + Free Shipping

> Add to Cart



ed for high

ncy and

ge,

y

that
ld your
Amazon
h loss and
ent use or

**Frequently bought together**

Total price: $696.40

Add all three to Cart

Add all three to List

1-Click ordering is not available for this item.

Deliver to Scottsdale 85251

Add to List

### Other Sellers on Amazon

**$624.99**    Add to Cart
+ Free Shipping
Sold by: Oceanic Water Systems

**$728.58**    Add to Cart
& FREE Shipping on
eligible orders. Details
Sold by: Amazon.com

**New** (7) from $619.99 & FREE shipping.

Have one to sell?    Sell on Amazon




*Dramatically improve your skin, hair & nails*

**AquaBliss High Output Universal Shower Filter with Replaceable Multi-S...**
2,037
$33.86 ✓prime

Ad feedback



These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or... $619.99

☑ Watts WH-LD Premier Whole House Water Filtration System $65.99

☑ Culligan P5A P5 Whole House Premium Water Filter, 8,000 Gallons $10.42

## Sponsored products related to this item

   

| Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | ABCwaters 64k-56sxt-10bb 10% Water Softener, 64k Grain Capacity, Black 40 | Fleck 5600sxt On Demand Water Softener (24,000 Grains) with Resin Made in USA/Canada | American Water Solutions AIK10-25sxt AIK10 air Injection, Almond |
|---|---|---|---|---|
| 14 | 6 | | | 1 |
| $529.52 | $619.99 | $719.99 | 1 | $687.98 |
| | | | $507.00 | |

Ad feedback

## Customers who bought this item also bought







Watts WH-LD Premier Whole House Water

CMI Inc FLEX18-1FF 173218 18" Corrugated

Culligan UB-1 Mounting Bracket with Screws

Valumax Fleck 18706-02 3/4 Plastic Yoke Male NPT

Culligan P5A P5 Whole House Premium Water

## Special offers and product promotions

- **Your cost could be $569.99 instead of $619.99**! Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

**WARNING:** California's Proposition 65

## Compare with similar items









**This item** ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond

Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve

| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|
| **Customer Rating** | (83) | (445) | (41) | (20) |
| **Price** | $619^{99} | $573^{26} | $637^{99} | $598^{45} |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Amazon.com |
| **Item Dimensions** | 54 x 10 x 10 in | 27 x 17 x 62 in | 48 x 12 x 12 in | — |

## Product description

Fleck 5600SXT
Iron Pro Water Softener System
Fine mesh resin
Specialty resin improves system capacity for iron removal.

Make sure to click on the link to choose Amazon as the seller to get the genuine iron pro system and prime shipping and a test kit for iron and hardness.

Fleck 5600SXT control head
Our most popular head offers digital controls with an informative display and easy setup.

Complete System
Includes tank, control head, fine mesh resin, and brine tank.

Note: Special, comes with Purtest iron and hardness test kit!

## Product information

### Technical Details

| | |
|---|---|
| Part Number | IP-48k-56SXT |
| Item Weight | 120 pounds |
| Product Dimensions | 54 x 10 x 10 inches |
| Item model number | 48k-56sxt-fm |
| Size | 48k |
| Color | black or almond |
| Wattage | 65.00 |
| Item Package Quantity | 1 |
| Certification | Not Applicable |
| Included Components | Complete system |
| Batteries Included? | No |
| Batteries Required? | No |
| Warranty Description | 60 months |

### Technical Specification

Installation Manual [pdf ]

### Additional Information

| | |
|---|---|
| ASIN | B004LYGBWM |
| Customer Reviews | 83 customer reviews 4.5 out of 5 stars |
| Best Sellers Rank | #157,792 in Tools & Home Improvement (See top 100) #109 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 120 pounds (View shipping rates and policies) |
| Date First Available | December 4, 2010 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here [PDF ]

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts | Upload your video

| 2:34 | 4:42 | 2:08 | 0:54 |

How to Hook Up a
Water Softener

eHow

About Water Softener
Repair

eHow

About Water Softener
Recharging

eHow

**Customer Review:** Water
Filtration System Install

Junior LP

## Sponsored products related to this item

    

| Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water 20 | Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | AQUACREST WHR-140 Replacement Shower Water Filter, Compatible with Culligan WHR-140... | AQUACREST WHR-140 Replacement Shower Water Filter, Compatible with Culligan WHR-140... |
| $499.00 | 6 | 14 | 130 | 178 |
| | $619.99 | $529.52 | $12.69 | $16.89 |

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

## 83 customer reviews

## Customer images

## 4.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 16% |
| 3 star | | 1% |
| 2 star | | 2% |
| 1 star | | 6% |



See all customer images

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

59

[ Shop now ]

Ad feedback

## Read reviews that mention

| water softener | bypass valve | works great | well water | make sure |

| much better | brine tank | youtube videos | straight forward |

| easy to install | water quality | instruction manual | works well |

**Showing 1-5 of 83 reviews**

[ Top Reviews ]

Junior LP

**Water Filtration System Install**

September 30, 2016

**Verified Purchase**

I ordered this 48K unit to get rid of my water hardness, iron & manganese troubles for my family of four. I had proposals from a few water filtration contractors and they wanted $3000 – $4000 for installation of similar systems. I am so glad that I decided to do it myself. I think that I am into everything (softener, pex tubing & fittings, salt, pre-filter, post-filter & drain piping) for around $1500! Those SharkBite

fittings get pricey! I did do a bit of
extra plumbing though too.

Read more

34 people found this helpful

| Helpful | Comment | Report abuse |

Lyle C.

**Works great. Some cheap plastic parts.**

June 28, 2015

**Verified Purchase**

Works great. Makes nice soft water. No more soap scum and staining. Only complaint is that some of
the parts are cheap plastic where they could have been metal to make it a truly outstanding product
(fittings, float assembly in brine tank, bypass valve).

41 people found this helpful

| Helpful | Comment | Report abuse |

RLK

**The water is clear, our showers feel clean and the rusty water is gone!**

March 13, 2018

**Verified Purchase**

It works to reduce the amount of iron in our water- no more yellowish rust rings in our toilet and rust in our showers, and our showers feel better. Our water is so much clearer now that we have installed this. We had very bad iron in our well water, and even after chlorine shocking our well, the water was always had a yellowish tinge and metallic taste, albeit shocking did help a tiny bit. After installing this water softener, the sinks, shower, tub and toilets are all cleaner, and we can use tap water for cooking without having a rust ring in our pots. We use iron-removing softener salt with this and I only replace the salt after about 4 months (3-4 bags). We looked up how to install this ourselves as our home never had a water softener in it. It isn't terribly hard to do it yourself if you have some working knowledge about cutting/replacing pipes, but you may wish to hire someone to install it if you don't. Saved us $3,000 that we were quoted from a major softener company and we are happy with our water now..

As an update, it's been a year now and the water softener is still working like a champ. We did all the installation ourselves using quick connectors to the copper pipes and flexible metal hose, and it has

7 people found this helpful

| Helpful | Comment | Report abuse |

NCdubster

**Iron Pro is the "go to" - experienced user says this is the holy grail of softeners**
August 14, 2017
**Verified Purchase**

We have iron, rust & sulphur in our well water. Not to mention, we live right next door do an abandoned gold mine, who knows what got pumped in back in the 1800's? I replace my softer approximately every 10 years. My 1st was a Culligan, I didn't know any better and paid over $ 3000 for it including installation, it had to be professionally serviced almost every 6-9 months to the tune of $ 200 or 300 per trip - I would NEVER buy another Culligan product. The 2nd unit was a Aqua Pure NSF-100, quality unit with timer operation, lasted a full 10 years. The timer needed repair & the media needed replacing. Figured it was time for a new one as the price was negligible between this new vs. repair/recharge on the old one. The upside is this one has a usage metering head, which should save salt. Installation was just like the last one, I went ahead and replaced the filter housing ahead of the softener with a "Big Blue 20" large filter housing & 100 micron filter. Has been in operation for about 3 weeks now. Water is excellent, showers are more enjoyable, dishwasher & clothes washer are cleaning much better. Two thumbs up!

3 people found this helpful

| Helpful | Comment | Report abuse |

Ms Me

### Gets the iron out

July 31, 2018

**Verified Purchase**

I bought this a year ago for a cottage that had nasty well water with both types of iron. Our toilets always looked yellow and none of our clothes looked clean. The water smelled and was undrinkable. The cottage can have anywhere between 0 to 12 people at once in any given month, and it suits our needs. We have a two bathroom home that only uses the water for showering, clothes, and washing dishes. Our water is too acidic to drink, but this system isn't designed to lower acidity and we knew that going in. This has made a huge improvement for what we need. Still going strong with no problems. My husband installed this with a little help from his father, and it was relatively straight forward. We didn't know that it would be shipped in two boxes, and they were not shipped together, so that was a little hiccup. We were missing some sort of lubricant from the box and drove all over town looking for it unsuccessfully. We were then told by the seller to use cooking oil, but didn't say exactly what type of cooking oil. And we didn't want the smell of eventually rancid cooking oil in our water closet, so we used something Ace recommended. It is working well. Everyone at the cottage is happy with the purchase, especially considering Culligan wanted $3,000 for a lesser system.

| Helpful |    Comment    Report abuse |
| --- | --- |

See all 83 reviews

| Write a customer review |
| --- |

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond

| Set up a giveaway |
| --- |

## What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99



Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap

165

$54.94



Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve

20

$598.45

45

Shop now

Ad feedback

**Pages with related products.** See and discover other items: house filters, iron filter whole house, pentair water filter, Best Rated in Water Softeners, filters for water softener system, house water filter system

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use　Privacy Notice　Interest-Based Ads　© 1996-2018, Amazon.com, Inc. or its affiliates

‹ Back to search results for "abcwaters"

# ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black by ABCwaters

35 customer reviews | 164 answered questions

**Try Prime**

Tools & Home Improvement ▾   abcwaters

**5 days left Prime FREE 2-Day Shipping**

Deliver to
Scottsdale 85251

Your Amazon.com   Last-Minute Deals

EN ▾

Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾

0
Cart

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

**Up to 40% off select power and hand tools**   Shop now ▸

Price: **$1,069.98**

Get $50 off instantly: Pay $1,019.98 upon approval for the Amazon Rewards Visa Card.

Pattern Name: **10%**

| **10%** | 10% w Catalytic Carbon |
|---|---|
| $1,069.98 | $1,269.98 |

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
**+$436.72** per unit

See more

- Complete package Overview – Complete turn-key Package that combines a whole house water softener &

Share

**$1,069.98**

This item requires special handling and cannot be shipped to your selected location.

**In Stock.**
Ships from and sold by Aplus Water LLC.

Qty:   1 ▾

$1,069.98

**Add to Cart**

Turn on 1-Click ordering for this browser



Deliver to Scottsdale 85251

Add to List

filtration system. Our Package also
-added items such as our installation kit,
that are easy to follow and technical
plify your experience. We believe this is
des the most value when compared to the

Overview - Complete whole house
olled by the popular fleck 5600sxt Digital
8, 000 grain high capacity softening
upgraded 10% cross-linked resin for
st quality in the Industry. Recommended
to 12 GPM (household sizes of 2-5
valve includes 5 year warranty
filtration upflow design provides efficient
out the need to backwash. No backwash
tricity required, No drain line needed, and
produced. Greener water filtration and
water is a breeze with our carbon tank
1.5 cubic ft. High activity Carbon media -
is a natural media derived from coconut
loves water contaminants through

contaminant removal removes a wide
minants including chlorine and
esticides, herbicides, organics, mtbe, and
moves most other chemicals, tastes and
odors, and is an excellent system for general filtration

- GUARANTEED SATISFACTION. We guarantee satisfaction
  with our product and customer service or get your
  money back. We pride ourselves in providing a hassle
  free consumer experience. We offer a 60 day return
  policy with money back guarantee. Systems are
  assembled with NSF approved parts, filters and media.
  NEED WATER CONNECTORS? Copy and Paste this ASIN to
  find connectors for this package - B074T1L717.

› See more product details

Compare with similar items

New (2) from $1,088.00 + $19.99 shipping

**Other Sellers on Amazon**

New (2) from $1,088.00 + $19.99
shipping

 

**Whole House Water
Filtration Systems
From Aquasana**

Aquasana 6-Year, 600,000 Gallon Whole
House Water Filter

22

$479.21 ✓prime

Ad feedback

Ad feedback

## Frequently bought together



Total price: **$1,318.91**

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black  $1,069.98

☑ iSpring 5-Stage Prestige Top Purity Under Sink Reverse Osmosis Drinking Water Filter System WQA Gold... $193.99

☑ Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap $54.94

## Sponsored products related to this item



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
47
$1,241.60



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
22
$1,688.56



Pelican Whole House Water Filter & Salt Softener Combo for 1-3 Bathrooms - PAC3
$2,625.00



Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52



Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

Ad feedback

## Customers who bought this item also bought



CMI Inc FLEX18-1FF 173218 18" Corrugated Stainless Steel Flexible Water Line-1 Inch Hose...
23
$26.70



Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap
165
$54.94



Bulk Water Hardness Test Strips - 15 Second Results Reading From 0ppm To 500ppm
73
$15.99



Holdrite Flexible Stainless Steel Water Heater Connector, Female Iron Pipe Fitting, 1-Inch FIP x...
78
$23.49



Cash Acme U3086FLEX24LF Water Softener Hose, Silver
24
$17.97

## Special offers and product promotions

Pattern Name: **10%**

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item** ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (35) | (445) | (83) | (41) |
| Price | $1,069⁹⁸ | $573²⁶ | $619⁹⁹ | $637⁹⁹ |
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| Item Dimensions | 54 x 10 x 10 in | 27 x 17 x 62 in | 54 x 10 x 10 in | 48 x 12 x 12 in |

## Product description

Pattern Name:**10%**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package – Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 10" diameter PG 2.5T, black 36inch brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet resin. (1) Hardness Test, drain line & Install Bag of Goodies. Upflow carbon filtration: black 10" diameter tank, simple in & out valve, bypass valve & 1.5 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS - Whole house system is built using 2 American made tanks. (2) Black 10" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 250 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

Pattern Name:**10%**

### Technical Details

| | |
|---|---|
| Part Number | ABC-2-48k__-48k |
| Item Weight | 148 pounds |
| Product Dimensions | 54 x 10 x 10 inches |
| Item model number | 5600sxt |
| Size | 48000 grain capacity |
| Color | Black |
| Pattern | 10% |
| Item Package Quantity | 1 |
| Flow Rate | 12 GPM |
| Water Consumption | 12 GPM |
| Included Components | softener and carbon tank |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B06XCCF9TR |
| Customer Reviews | 35 customer reviews 4.4 out of 5 stars |
| Best Sellers Rank | #189,643 in Tools & Home Improvement (See top 100) #129 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 149 pounds (View shipping rates and policies) |
| Date First Available | June 16, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)  Upload your video



### Be the first video

Your name here

## Sponsored products related to this item







| | | | | |
|---|---|---|---|---|
| Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | American Water Solutions AIK10-25sxt AIK10 air Injection, Almond | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... |
| 6 | 20 | 14 | 1 | 22 |
| $619.99 | $499.00 | $529.52 | $687.98 | $1,688.56 |

Ad feedback



*Incredibly Soft Flannel Sheets*

Shop now ›

Stone & Beam

Ad feedback

## Customer Questions & Answers

See questions and answers

## 35 customer reviews

**Customer images**

## 4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 3% |
| 1 star | | 3% |



See all customer images

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Read reviews that mention

| carbon tank | water softener | stainless steel | carbon filter |
|---|---|---|---|
| easy to install | soft water | hot water | softener system | installation |
| abc | support | connectors | fleck | professional | valve |

Showing 1-8 of 35 reviews

[ Top Reviews ]

Heffe

**Great quality water system!!!**

July 8, 2017
Pattern: 10%   **Verified Purchase**

I am extremely happy with this purchase so far. Have had it installed for almost a week and the quality of water is great. I placed inline sediment filters before and after to help extend the life of the media and tanks. Only issue I had was there were no instructions included for the carbon upflow tank. It was pretty straightforward though and after a little research I found it was more beneficial to have it inline before the water softener to help the softener resin be more efficient. If your looking to install a water softener, this system is what you want. For a few hundred dollars more, the carbon will remove impurities such as chlorine and pesticides. Totally worth it!!!

17

[ Shop now ]

Ad feedback

39 people found this helpful

| Helpful | Comment | Report abuse |

Jeff

**Simply Soft!**

May 10, 2017
Pattern: 10%

Although I'm an Amazon fan and proud Prime member I chose to purchase this directly from 602abcwater.com. I couldn't be happier with this product. I live in northern California where our city water is extremely hard. After installing this softener I I tested water from the hose outside and it was at 25 gpg. Inside our home we went straight to 0 gpg. Also there are no traces of any chlorine whatsoever thanks to the sweet carbon up-flow tank. The most important thing for me was having 602abcwater there for me to ask any questions, this was my first install. Customer service is critical when you start cutting water lines to your home and you have two kids that need a bath at the end of the day ;-) Bryan at 602abcwater was great, he answered all my questions and also gave me a heads up on common mistakes people make plumbing these softeners. The final result is pure, clean, safe water for my family. 602ABCWATER.COM get's an A+ rating in my book! Amazon is lucky to have them representing the Fleck line of softeners.

38 people found this helpful

| Helpful | Comment | Report abuse |

Amazon Customer

**TOP NOTCH ! I love this system best water I've ever had feels and taste great and easy to maintain.**

June 10, 2018

Pattern: 10% w/ RO Drinking Water Filter    Verified Purchase

Purchased system for a new home, received on time and had a professional plumber install system. Was told by technician that this system would last 10 years and was a very good system. FYI if having a professional install this system they will not use the stainless steel flex line kit and warranty your installation they will hard line it with copper included in the price of the installation.

5 people found this helpful

| Helpful |      Comment    Report abuse |
|---------|------------------------------|

alacrion

**I purchased this system with the intent of installing it ...**

May 16, 2018

Pattern: 10%    Verified Purchase

I purchased this system with the intent of installing it myself. I was eventually successful, but there were a couple things I wish I knew from the start.

This system does not include the tube needed to drain the resin tank during the regeneration cycle, the tubes to your water supply, or the tube connecting the carbon tank to the resin tank. I was actually replacing an existing system so i just reused the drain connection. As for the tubes to my water supply, I have 3/4 in. PVC which meant I needed 2 sharkbite PVC connectors 3/4 in. x 3/4 in. and 2 Flexible Stainless Steel tubes 3/4 in. X 1 in. As for the tube connecting the carbon tank to the resin tank, you need 1 Flexible Stainless Steel tube 1 in. X 1 in.

10 people found this helpful

| Helpful |      Comment    Report abuse |
|---------|------------------------------|

TIffany

**Defective water softener**

August 26, 2018

Pattern: 10%    Verified Purchase

Water softener is defective
Company not doing anything about it

6 people found this helpful

| Helpful | Comment | Report abuse |

travellerwho

**Recommended product**

July 26, 2018

Pattern: 10%    Verified Purchase

This product is brilliant as it totally destroyed hardness in my water.
Pros-
Really soft water
No stains on dishes
Silky smooth hair
On demand fleck

Cons
A bit Expensive here. I gave 3.5 stars because when I bought this product and holds true still today the company sells it for $40 less on their website and some other third party websites. I called them to honor the price even told them about their glitch but they didn't agreed to change price. I bought it from amazon cos I wanted to use my gift cards.

Requires good plumbing skills. I won't blame this on company but for a beginner like me I had to pay big uncle sam for its installation

One person found this helpful

| Helpful | Comment | Report abuse |

Sinewave

**Good Water Softener**

November 25, 2018

Pattern: 10%    Verified Purchase

This is a good water softener. This does require professional installation. Make sure the installer reads the instructions correctly. Their support is very good and they will even facetime with you to make sure the installation is correct. USE their support and make sure the directions of the connections is correct. 2 Professional installers – mine and a friend's installed it incorrectly so make sure you double check and triple check the pipes and verify with the support.

| Helpful |    Comment    Report abuse |
| --- | --- |

Amazon Customer

**great too have clean soft water again**

October 17, 2017

Pattern: 10%    Verified Purchase

great too have clean soft water again, digital works well but using much more salt, then manual control I had. also very easy to install.came with every thing I needed.

3 people found this helpful

| Helpful |    Comment    Report abuse |
| --- | --- |

See all 35 reviews

| Write a customer review |
| --- |

What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

41

$637.99



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener and Professional Installation Kit

47

$1,241.60



Shine a light on farmhouse
Stone & Beam

SHOP NOW

Ad feedback

**Pages with related products.** See and discover other items: Water Softeners, Best Rated in Water Softeners, Best Rated in Water Filtration & Softeners, filters for water softener system, house water filter system, Best water softeners for homes

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

Careers                  Sell on Amazon              Amazon Rewards Visa Signature Cards          Your Account

| | | | |
|---|---|---|---|
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates



# ABCwaters Built Fleck 5600sxt 48,000 Water Softener SPACE SAVER + Connectors by ABCwaters

4 customer reviews | 5 answered questions



**Price:** $699.98

Get $50 off instantly: Pay $649.98 upon approval for the Amazon Rewards Visa Card.

**Installation options: Expert replacement + haul away | See more options for first-time installation** More options

| **Without expert installation** |

**Expert replacement installation**
**+$436.72** per unit

See more

- WATER SOFTENER OVERVIEW - This is our Space Saver model. This is a complete water softener system that includes a pair of stainless steel flexible water line connectors (Female to push-connect). 48,000 grain capacity system with a premium 8% resin media for longer life span. We strive to build our systems with

Share

$699.98

This item requires special handling and cannot be shipped to your selected location.

Only 10 left in stock – order soon.
Ships from and sold by Aplus Water LLC.

Qty: 1 ▾

$699.98

| Add to Cart |

Turn on 1-Click ordering for this browser



› See more product details

Compare with similar items

**New** (2) from $718.00 & FREE shipping.

ervice
ple).
capacity

our
s
ice
rip, a
e, a
ctors
nicians

n is built
meter
Both

nost
t end

why we
NEW
ives you
ation.

nstrate
sin for
OGRAM
ork, we
from
SY TO
d now

Deliver to Scottsdale 85251

| Add to List |
| --- |

### Other Sellers on Amazon

**New** (2) from $718.00 & FREE
shipping.

      

***Whole House
Water Filtration
Systems From ...***

**5-Year, 500,000 Gallon Well Water Whole
House Water Filter with Salt-Free Softener, U...**

11

$1,545.60 ✓prime

Ad feedback

Ad feedback

## Sponsored products related to this item

Page 1 of 12













Tier1 48,000 Grain High
Efficiency Digital Water
Softener for Hard Water
20
$499.00

Tier1 48,000 Grain
Capacity Water Softener +
5-Stage Reverse Osmosis
Drinking Water...
6
$619.99

Whirlpool WHES30 30,000
Grain Water Softener -
Built in USA - Salt Saving
Technolog...
14
$529.52

Aquasana 10-Year,
1,000,000 Gallon Whole
House Water Filter with
Salt-Free Softener...
47
$1,241.60

Aquasana 10-Year,
1,000,000 Gallon \
House Water Filter
Professional Insta..
56
$705.60

Ad feedback

## What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black

109

$599.00



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

41

$637.99



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99

## Customers also shopped for



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of...

139

$559.99



ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

35

$1,069.98



Fleck 5600 Metered Water Softener On Demand Control Head Valve

24

$247.00

DuraWater 64k 9100sxt Water Softener, 64,000 Grains, Blue

5

$1,301.90



ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow...

$1,589.99

## Special offers and product promotions

- **12 Month Financing:** For a limited time, purchase $599 or more using the Amazon.com Store Card and pay no interest for 12 months on your entire order if paid in full in 12 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Minimum monthly payments required. Subject to credit approval. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | This item ABCwaters Built Fleck 5600sxt 48,000 Water Softener SPACE SAVER + Connectors | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (4) | (445) | (41) | (83) |
| **Price** | $699⁹⁸ | $573²⁶ | $637⁹⁹ | $619⁹⁹ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |

| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
|---|---|---|---|---|
| **Item Dimensions** | — | 27 x 17 x 62 in | 48 x 12 x 12 in | 54 x 10 x 10 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Technical Details: The newest version of Fleck on-demand metered 5600 SXT valve, Black 10" diameter PG 2.5T, and an 11" black square brine tank with safety float. Includes Fleck bypass valve (#60049) and 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet of high capacity 8% resin (#ABC8). (1) Hardness Test, drain line and Install Bag of Goodies. (2) stainless steel flex lines (#18080), 4' of drain line (#6731) and a 90 degree install adapter (#L6623) for tight spaces. Warranty and Instructions written by ABCwaters technicians.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | 5600SXT-SS8-LP-BLK |
| Item Weight | 147 pounds |
| Size | 48000 |
| Color | Black |
| Item Package Quantity | 1 |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B01N5DE7QV |
| Customer Reviews | 4 customer reviews<br>2.5 out of 5 stars |
| Best Sellers Rank | #738,026 in Tools & Home Improvement (See top 100)<br>#410 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 147 pounds (View shipping rates and policies) |
| Date First Available | December 23, 2016 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)   Upload your video



### Be the first video

Your name here

## Sponsored products related to this item



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...
56
$705.60



Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...
6
$619.99



Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52



Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00



American Water Solutions AIK10-25sxt AIK10 air Injection, Almond
1
$687.98

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

**Showing 1-4 of 4 reviews**

## 4 customer reviews

### 2.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 25% |
| 4 star | | 0% |
| 3 star | | 25% |
| 2 star | | 0% |
| 1 star | | 50% |

## Review this product

Share your thoughts with other customers

> Write a customer review

17

Shop now

Ad feedback

Ron

**Space Saver version is perfect -- and the installation info from ABC was great**

December 6, 2017

**Verified Purchase**

Space Saver version is perfect -- and the installation info from ABC was great. Would highly recommend the softeners from ABC as they are easy to install with the flexible hoses. Fits in half the space of the previous Culligan. Programming was a breeze, just followed the directions and it was up and running.

8 people found this helpful

> Helpful    Comment    Report abuse

Joe Reyes

**Parts missing**

August 8, 2018

**Verified Purchase**

The product it's self is not bad but the package had parts that were missing and I had to buy those parts from my local warehouse. The instructions and www video that showed how to install and it was a big help.

One person found this helpful

> Helpful    Comment    Report abuse

Tour fan

**DO NOT BUY FROM THIS COMPANY**

June 13, 2018

I bought this water softener in 2016. It developed a leak this year, yet parts are still under warranty. I have had NOTHING positive to say about the process of getting this fixed. I had to download a service manual online to find the part numbers that needed to be ordered. Now, after multiple attempts to replace the part that is leaking, I am hearing from NO ONE. This part is made by Fleck, which is owned by Pentair, and ABC water is the company that handles the warranty.

9 people found this helpful

Helpful     Comment     Report abuse

Hillary

**Stay away**

November 12, 2018

I purchased a home that had this installed by the previous owner before selling. The softener is less than a year old and leaking like a sieve. I contacted abc waters and all they told me was that they didn't have my name in the system and the warranty is non-tranferable.

This unit is less than 9 months old and they wont stand behind it. despicable.

In my message I also asked them to advise me on fixing the issue if they couldn't warranty it - no response.

Stay away from this company!

5 people found this helpful

Helpful     Comment     Report abuse

See all 4 reviews

Write a customer review

Customers who viewed this item also viewed



Shine a light on farmhouse
Stone & Beam

SHOP NOW

Ad feedback

**Pages with related products.** See and discover other items: water filter systems review, water filter systems reviews, water softeners review, whole house water filter system reviews, home water softening system, Best water softeners for homes

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Amazon Business** Everything For Your Business | **AmazonFresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Inspire** Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go | **Amazon Restaurants** Food delivery from local restaurants |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audiobooks | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy |
| **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Withoutabox** Submit to Film Festivals |
| **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Souq.com** Shop Online in the Middle East | **Subscribe with Amazon** Discover & try subscription services | **PillPack** Pharmacy Simplified | **Amazon Renewed** Refurbished products with a warranty | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates





also
ation kit,
nical
e this is
red to the

use
xt Digital
ning
in for
mended
2-5

es efficient
ackwash
eded, and
ion and
tank
media –
coconut
gh

a wide

ntbe, and
stes and
iltration
atisfaction
your
hassle
eturn
e

assembled with NSF approved parts, filters and media.
NEED WATER CONNECTORS? Copy and Paste this ASIN to
find connectors for this package – B074T1L717.

› See more product details

Compare with similar items

**New** (2) from $1,088.00 + $19.99 shipping

Deliver to Scottsdale 85251

Add to List

## Other Sellers on Amazon

**New** (2) from $1,088.00 + $19.99
shipping





***Whole House
Water Filtration
Systems From ...***

Aquasana 10-Year, 1,000,000 Gallon
Whole House Water Filter with Salt-Fre...

47

$1,241.60 ✓prime

Ad feedback



**Tools, DIY & Yard**
Home Gift Guide

Shop now •

## Frequently bought together



Total price: $1,318.91

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black  $1,069.98

☑ iSpring 5-Stage Prestige Top Purity Under Sink Reverse Osmosis Drinking Water Filter System WQA Gold... $193.99

☑ Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap $54.94

## Sponsored products related to this item

    

| Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... | Pelican Whole House Water Filter & Salt Softener Combo for 1-3 Bathrooms - PAC3 | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water |
|---|---|---|---|---|
| 47 | 22 | $2,625.00 | 14 | 20 |
| $1,241.60 | $1,688.56 | | $529.52 | $499.00 |

Ad feedback

## Customers who bought this item also bought



CMI Inc FLEX18-1FF
173218 18" Corrugated
Stainless Steel Flexible
Water Line-1 Inch Hose...
23
$26.70



Culligan WH-HD200-C
Whole House Sediment
Water 1" HD CLR WTR
Filter, Clear Bowl, Grey Cap
165
$54.94



Bulk Water Hardness Test
Strips - 15 Second Results
Reading From 0ppm To
500ppm
73
$15.99



Holdrite Flexible Stainless
Steel Water Heater
Connector, Female Iron
Pipe Fitting, 1-Inch FIP x...
78
$23.49



Cash Acme
U3086FLEX24LF Water
Softener Hose, Silver
24
$17.97

## Special offers and product promotions

Pattern Name: **10%**

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black** | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (35) | (445) | (83) | (41) |
| **Price** | $1,069⁹⁸ | $573²⁶ | $619⁹⁹ | $637⁹⁹ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| **Item Dimensions** | 54 x 10 x 10 in | 27 x 17 x 62 in | 54 x 10 x 10 in | 48 x 12 x 12 in |

## Product description

Pattern Name:**10%**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package - Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 10" diameter PG 2.5T, black 36inch brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet resin. (1) Hardness Test, drain line & Install Bag of Goodies. Upflow carbon filtration: black 10" diameter tank, simple in & out valve, bypass valve & 1.5 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS - Whole house system is built using 2 American made tanks. (2) Black 10" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 250 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

Pattern Name:**10%**

## Technical Details

| | |
|---|---|
| Part Number | ABC-2-48k___-48k |
| Item Weight | 148 pounds |
| Product Dimensions | 54 x 10 x 10 inches |
| Item model number | 5600sxt |
| Size | 48000 grain capacity |
| Color | Black |
| Pattern | 10% |
| Item Package Quantity | 1 |
| Flow Rate | 12 GPM |
| Water Consumption | 12 GPM |
| Included Components | softener and carbon tank |
| Batteries Included? | No |
| Batteries Required? | No |

## Additional Information

| | |
|---|---|
| ASIN | B06XCCF9TR |
| Customer Reviews | 35 customer reviews<br>4.4 out of 5 stars |
| Best Sellers Rank | #189,643 in Tools & Home Improvement (See top 100)<br>#129 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 149 pounds (View shipping rates and policies) |
| Date First Available | June 16, 2017 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item

    

Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...
6
$619.99

Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52

American Water Solutions AIK10-25sxt AIK10 air Injection, Almond
1
$687.98

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
22
$1,688.56

Ad feedback



*Incredibly Soft Flannel Sheets*

Shop now›

Stone & Beam

Ad feedback

## Customer Questions & Answers

See questions and answers

## 35 customer reviews

4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 3% |
| 1 star | | 3% |

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images

   

See all customer images

## Read reviews that mention

carbon tank    water softener    stainless steel    carbon filter

easy to install    soft water    hot water    softener system    installation



PRIME ORIGINAL

The Marvelous Mrs Maisel

TRY PRIME NOW | prime video

Ad feedback

**Showing 1-8 of 35 reviews**

Top Reviews

Heffe

**Great quality water system!!!**

July 8, 2017

Pattern: 10%    Verified Purchase

I am extremely happy with this purchase so far. Have had it installed for almost a week and the quality of water is great. I placed inline sediment filters before and after to help extend the life of the media and tanks. Only issue I had was there were no instructions included for the carbon upflow tank. It was pretty straightforward though and after a little research I found it was more beneficial to have it inline before the water softener to help the softener resin be more efficient. If your looking to install a water softener, this system is what you want. For a few hundred dollars more, the carbon will remove impurities such as chlorine and pesticides. Totally worth it!!!!

39 people found this helpful

Helpful    Comment    Report abuse

Jeff

**Simply Soft!**

May 10, 2017

Pattern: 10%

Although I'm an Amazon fan and proud Prime member I chose to purchase this directly from 602abcwater.com. I couldn't be happier with this product. I live in northern California where our city water is extremely hard. After installing this softener I I tested water from the hose outside and it was at 25 gpg. Inside our home we went straight to 0 gpg. Also there are no traces of any chlorine whatsoever thanks to the sweet carbon up-flow tank. The most important thing for me was having 602abcwater there for me to ask any questions, this was my first install. Customer service is critical

when you start cutting water lines to your home and you have two kids that need a bath at the end of the day ;-) Bryan at 602abcwater was great, he answered all my questions and also gave me a heads up on common mistakes people make plumbing these softeners. The final result is pure, clean, safe water for my family. 602ABCWATER.COM get's an A+ rating in my book! Amazon is lucky to have them representing the Fleck line of softeners.

38 people found this helpful

| Helpful |    Comment    Report abuse

**Amazon Customer**

**TOP NOTCH ! I love this system best water I've ever had feels and taste great and easy to maintain.**
June 10, 2018
Pattern: 10% w/ RO Drinking Water Filter    Verified Purchase

Purchased system for a new home, received on time and had a professional plumber install system. Was told by technician that this system would last 10 years and was a very good system. FYI if having a professional install this system they will not use the stainless steel flex line kit and warranty your installation they will hard line it with copper included in the price of the installation.

5 people found this helpful

| Helpful |    Comment    Report abuse

**alacrion**

**I purchased this system with the intent of installing it ...**
May 16, 2018
Pattern: 10%    Verified Purchase

I purchased this system with the intent of installing it myself. I was eventually successful, but there were a couple things I wish I knew from the start.

This system does not include the tube needed to drain the resin tank during the regeneration cycle, the tubes to your water supply, or the tube connecting the carbon tank to the resin tank. I was actually replacing an existing system so i just reused the drain connection. As for the tubes to my water supply, I have 3/4 in. PVC which meant I needed 2 sharkbite PVC connectors 3/4 in. x 3/4 in. and 2 Flexible Stainless Steel tubes 3/4 in. X 1 in. As for the tube connecting the carbon tank to the resin tank, you need 1 Flexible Stainless Steel tube 1 in. X 1 in.

10 people found this helpful

Helpful      Comment     Report abuse

TIffany

**Defective water softener**

August 26, 2018

Pattern: 10%    **Verified Purchase**

Water softener is defective
Company not doing anything about it

6 people found this helpful

Helpful      Comment     Report abuse

travellerwho

**Recommended product**

July 26, 2018

Pattern: 10%    **Verified Purchase**

This product is brilliant as it totally destroyed hardness in my water.
Pros-
Really soft water
No stains on dishes
Silky smooth hair

On demand fleck

Cons
A bit Expensive here. I gave 3.5 stars because when I bought this product and holds true still today the company sells it for $40 less on their website and some other third party websites. I called them to honor the price even told them about their glitch but they didn't agreed to change price. I bought it from amazon cos I wanted to use my gift cards.

Requires good plumbing skills. I won't blame this on company but for a beginner like me I had to pay big uncle sam for its installation

One person found this helpful

Helpful          Comment     Report abuse

Sinewave

**Good Water Softener**
November 25, 2018
Pattern: 10%     Verified Purchase

This is a good water softener. This does require professional installation. Make sure the installer reads the instructions correctly. Their support is very good and they will even facetime with you to make sure the installation is correct. USE their support and make sure the directions of the connections is correct. 2 Professional installers - mine and a friend's installed it incorrectly so make sure you double check and triple check the pipes and verify with the support.

Helpful          Comment     Report abuse

Amazon Customer

**great too have clean soft water again**
October 17, 2017
Pattern: 10%     Verified Purchase

great too have clean soft water again, digital works well but using much more salt, then manual control I had. also very easy to install.came with every thing I needed.

3 people found this helpful

Helpful        Comment    Report abuse

See all 35 reviews

Write a customer review

## What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System
445
$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black
139
$559.99



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System
41
$637.99



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener and Professional Installation Kit
47
$1,241.60



RIVET   **New Memory-Foam Mattress**   SHOP NOW

Ad feedback

**Pages with related products.** See and discover other items: Water Softeners, Best Rated in Water Softeners, Best Rated in Water Filtration & Softeners, filters for water softener system, house water filter system, Best water softeners for homes

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates



Tools & Home Improvement ▾   **abcwaters**

**Final days: Get items by 12/24**

Deliver to
Scottsdale 85251    Your Amazon.com   Last-Minute Deals

EN ▾   Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾   0   Cart

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

**Up to 45% off select smart home gadgets**    Shop now ▸

‹ Back to search results for "abcwaters"

# ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black by ABCwaters

35 customer reviews   |   164 answered questions

Price: **$1,069.98**

Get $50 off instantly: Pay $1,019.98 upon approval for the
Amazon Rewards Visa Card.

Pattern Name: **10%**

| 10% $1,069.98 | 10% w Catalytic Carbon $1,269.98 |
|---|---|

**Installation options: Expert replacement + haul away | See
more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
**+$436.72 per unit**

See more

- Complete package Overview - Complete turn-key
  Package that combines a whole house water softener &

Share

**$1,069.98**

This item requires special handling
and cannot be shipped to your
selected location.

**In Stock.**
Ships from and sold by Aplus
Water LLC.

Qty: 1 ▾

$1,069.98

**Add to Cart**

Turn on 1-Click ordering for this browser



Deliver to Scottsdale 85251

| Add to List |

### Other Sellers on Amazon

**New** (2) from $1,088.00 + $19.99 shipping

 

***Whole House Water Filtration Systems From ...***

5-Year, 500,000 Gallon Well Water Whole House Filter with Salt-Free Softener, U...

11

$1,545.60 √prime

Ad feedback

also
ation kit,
nical
e this is
red to the

use
xt Digital
ning
in for
mended
2-5

es efficient
ckwash
eded, and
ion and
n tank
media -
coconut
gh

a wide

ntbe, and
stes and
iltration
atisfaction
your
hassle
eturn
e

assembled with NSF approved parts, filters and media.
NEED WATER CONNECTORS? Copy and Paste this ASIN to
find connectors for this package - B074T1L717.

› See more product details

Compare with similar items

**New** (2) from $1,088.00 + $19.99 shipping



**Tools, DIY & Yard**
Home Gift Guide

Shop now ›

## Frequently bought together



Total price: $1,318.91

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black $1,069.98

☑ iSpring 5-Stage Prestige Top Purity Under Sink Reverse Osmosis Drinking Water Filter System WQA Gold... $193.99

☑ Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap $54.94

## Sponsored products related to this item







Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
47
$1,241.60

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
22
$1,688.56

Pelican Whole House Water Filter & Salt Softener Combo for 1-3 Bathrooms - PAC3
$2,625.00

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52

Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

Ad feedback

## Customers who bought this item also bought











| CMI Inc FLEX18-1FF 173218 18" Corrugated Stainless Steel Flexible Water Line-1 Inch Hose... | Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap | Bulk Water Hardness Test Strips - 15 Second Results Reading From 0ppm To 500ppm | Holdrite Flexible Stainless Steel Water Heater Connector, Female Iron Pipe Fitting, 1-Inch FIP x... | Cash Acme U3086FLEX24LF Water Softener Hose, Silver |
|---|---|---|---|---|
| 23 | 165 | 73 | 78 | 24 |
| $26.70 | $54.94 | $15.99 | $23.49 | $17.97 |

## Special offers and product promotions

Pattern Name: **10%**

- **Your cost could be $1,019.98 instead of $1,069.98**! Get a $50 **Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item** ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (35) | (445) | (83) | (41) |
| **Price** | $1,069$^{98}$ | $573$^{26}$ | $619$^{99}$ | $637$^{99}$ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| **Item Dimensions** | 54 x 10 x 10 in | 27 x 17 x 62 in | 54 x 10 x 10 in | 48 x 12 x 12 in |

## Product description

Pattern Name:**10%**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package - Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 10" diameter PG 2.5T, black 36inch brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet resin. (1) Hardness Test, drain line & Install Bag of Goodies. Upflow carbon filtration: black 10" diameter tank, simple in & out valve, bypass valve & 1.5 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS - Whole house system is built using 2 American made tanks. (2) Black 10" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 250 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

## Product information

Pattern Name:**10%**

### Technical Details

| | |
|---|---|
| Part Number | ABC-2-48k__-48k |
| Item Weight | 148 pounds |
| Product Dimensions | 54 x 10 x 10 inches |
| Item model number | 5600sxt |
| Size | 48000 grain capacity |
| Color | Black |
| Pattern | 10% |
| Item Package Quantity | 1 |
| Flow Rate | 12 GPM |
| Water Consumption | 12 GPM |
| Included Components | softener and carbon tank |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B06XCCF9TR |
| Customer Reviews | 35 customer reviews <br> 4.4 out of 5 stars |
| Best Sellers Rank | #189,643 in Tools & Home Improvement (See top 100) <br> #129 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 149 pounds (View shipping rates and policies) |
| Date First Available | June 16, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)   Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item

    

| Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | American Water Solutions AIK10-25sxt AIK10 air Injection, Almond | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... |
|---|---|---|---|---|
| 6 | 20 | 14 | 1 | 22 |
| $619.99 | $499.00 | $529.52 | $687.98 | $1,688.56 |

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# 35 customer reviews

4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 3% |
| 1 star | | 3% |

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images

   

See all customer images

## Read reviews that mention

| carbon tank | water softener | stainless steel | carbon filter |
|---|---|---|---|

| easy to install | soft water | hot water | softener system | installation |
|---|---|---|---|---|

**Showing 1-8 of 35 reviews**

Top Reviews

Heffe

### Great quality water system!!!

July 8, 2017
Pattern: 10%        Verified Purchase

I am extremely happy with this purchase so far. Have had it installed for almost a week and the quality of water is great. I placed inline sediment filters before and after to help extend the life of the media and tanks. Only issue I had was there were no instructions included for the carbon upflow tank. It was pretty straightforward though and after a little research I found it was more beneficial to have it inline before the water softener to help the softener resin be more efficient. If your looking to install a water softener, this system is what you want. For a few hundred dollars more, the carbon will remove impurities such as chlorine and pesticides. Totally worth it!!!!

39 people found this helpful

Helpful        Comment    Report abuse

Jeff

### Simply Soft!

May 10, 2017
Pattern: 10%

Although I'm an Amazon fan and proud Prime member I chose to purchase this directly from 602abcwater.com. I couldn't be happier with this product. I live in northern California where our city water is extremely hard. After installing this softener I I tested water from the hose outside and it was at 25 gpg. Inside our home we went straight to 0 gpg. Also there are no traces of any chlorine whatsoever thanks to the sweet carbon up-flow tank. The most important thing for me was having 602abcwater there for me to ask any questions, this was my first install. Customer service is critical

74

Shop now

Ad feedback

when you start cutting water lines to your home and you have two kids that need a bath at the end of the day ;-) Bryan at 602abcwater was great, he answered all my questions and also gave me a heads up on common mistakes people make plumbing these softeners. The final result is pure, clean, safe water for my family. 602ABCWATER.COM get's an A+ rating in my book! Amazon is lucky to have them representing the Fleck line of softeners.

38 people found this helpful

| Helpful |
| --- |

Comment    Report abuse

Amazon Customer

**TOP NOTCH ! I love this system best water I've ever had feels and taste great and easy to maintain.**

June 10, 2018

Pattern: 10% w/ RO Drinking Water Filter    **Verified Purchase**

Purchased system for a new home, received on time and had a professional plumber install system. Was told by technician that this system would last 10 years and was a very good system. FYI if having a professional install this system they will not use the stainless steel flex line kit and warranty your installation they will hard line it with copper included in the price of the installation.

5 people found this helpful

| Helpful |
| --- |

Comment    Report abuse

alacrion

**I purchased this system with the intent of installing it ...**

May 16, 2018

Pattern: 10%    **Verified Purchase**

I purchased this system with the intent of installing it myself. I was eventually successful, but there were a couple things I wish I knew from the start.

This system does not include the tube needed to drain the resin tank during the regeneration cycle, the tubes to your water supply, or the tube connecting the carbon tank to the resin tank. I was actually replacing an existing system so i just reused the drain connection. As for the tubes to my water supply, I have 3/4 in. PVC which meant I needed 2 sharkbite PVC connectors 3/4 in. x 3/4 in. and 2 Flexible Stainless Steel tubes 3/4 in. X 1 in. As for the tube connecting the carbon tank to the resin tank, you need 1 Flexible Stainless Steel tube 1 in. X 1 in.

10 people found this helpful

| Helpful | Comment | Report abuse |

TIffany

**Defective water softener**

August 26, 2018

Pattern: 10%    Verified Purchase

Water softener is defective
Company not doing anything about it

6 people found this helpful

| Helpful | Comment | Report abuse |

travellerwho

**Recommended product**

July 26, 2018

Pattern: 10%    Verified Purchase

This product is brilliant as it totally destroyed hardness in my water.
Pros-
Really soft water
No stains on dishes
Silky smooth hair

On demand fleck

Cons

A bit Expensive here. I gave 3.5 stars because when I bought this product and holds true still today the company sells it for $40 less on their website and some other third party websites. I called them to honor the price even told them about their glitch but they didn't agreed to change price. I bought it from amazon cos I wanted to use my gift cards.

Requires good plumbing skills. I won't blame this on company but for a beginner like me I had to pay big uncle sam for its installation

One person found this helpful

| Helpful | Comment | Report abuse |

Sinewave

**Good Water Softener**

November 25, 2018

Pattern: 10%     **Verified Purchase**

This is a good water softener. This does require professional installation. Make sure the installer reads the instructions correctly. Their support is very good and they will even facetime with you to make sure the installation is correct. USE their support and make sure the directions of the connections is correct. 2 Professional installers – mine and a friend's installed it incorrectly so make sure you double check and triple check the pipes and verify with the support.

| Helpful | Comment | Report abuse |

Amazon Customer

**great too have clean soft water again**

October 17, 2017

Pattern: 10%     **Verified Purchase**

great too have clean soft water again, digital works well but using much more salt, then manual control I had. also very easy to install.came with every thing I needed.

3 people found this helpful

> Helpful      Comment    Report abuse

See all 35 reviews

> Write a customer review

## What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System
445
$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black
139
$559.99



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System
41
$637.99



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener and Professional Installation Kit
47
$1,241.60



Ad feedback

**Pages with related products.** See and discover other items: Water Softeners, Best Rated in Water Softeners, Best Rated in Water Filtration & Softeners, filters for water softener system, house water filter system, Best water softeners for homes

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
|  | Become an Affiliate | Reload Your Balance | Amazon Assistant |
|  | Advertise Your Products | Amazon Currency Converter | Help |
|  | Self-Publish with Us |  |  |
|  | › See all |  |  |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates



‹ Back to search results for "abcwaters"

# ABCwaters 64k-56SXT-FMABC 64k FM fine mesh Softener, Iron Removal, Black by ABCwaters

40 customer reviews  |  64 answered questions



Price: **$768.00** & **FREE Shipping**

Get $50 off instantly: Pay $718.00 upon approval for the
Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?**
Send the gift of Prime or an Amazon Gift Card by email or
text message.

Size: **Fine Mesh for Iron Removal**

**Fine Mesh for Iron Removal**
$768.00

Share

**$768.00**

**& FREE Shipping**

**Get it as soon as Dec. 26 - 28**
when you choose **Standard
Shipping** at checkout.

In Stock.
Ships from and sold by Aplus
Water LLC.

Qty: 1 ▾

$768.00 + Free Shipping

Add to Cart

Turn on 1-Click ordering for this browser



**Without expert installation**

Expert replacement installation
+$436.72 per unit

away | See
tions

using an
lan system
and has a
1ESH resin
esh resin
anganese.
ggested
les 5 year

our
is includes
ills such as
packet, 4 ft
all guide
the

m is built
ameter
. Both
ors are also

- PRODUCT TECH SUPPORT – Made using the highest end
  components and hand assembled in Arizona by
  ABCwaters. Experience the difference and see why we are
  the industry leader. Email, Phone, Text, and NEW
  Facetime support along with YouTube videos gives you
  SUPPORT for before, during or after the installation.
- VALUE ADDED PACKAGE – We pride ourselves in
  simplifying the consumer experience. We demonstrate

Deliver to Scottsdale 85251

Add to List

 

**Whole House
Water Filtration
Systems From ...**

5-Year, 500,000 Gallon Well Water Whole
House Filter with Salt-Free Softener, U...
11
$1,545.60 ✓prime

Ad feedback

this by PRE-PROGRAMMING the Fleck digital meter to
avoid adding guess work, we provide additional INSTALL
ITEMS to save you from making extra trips to store, and
we are very EASY TO CONTACT using phone, email,
phone texting and now FREE FACETIME tech support.

› See more product details

Compare with similar items

**New** (1) from $768.00 & FREE shipping.



**Tools, DIY & Yard**
**Home Gift Guide**

Shop now ›

## Frequently bought together



Total price: $795.31

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 64k-56SXT-FMABC 64k FM fine mesh Softener, Iron Removal, Black  $749.99

☑ Culligan WTR Filter HF-360A Whole Standard Duty 3/4" Inlet/Outlet with Clear Housing Filtration… $34.90

☑ Culligan P5A P5 Whole House Premium Water Filter, 8,000 Gallons $10.42

## Sponsored products related to this item











Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...

14

$529.52

Discount Water Softeners 48,000 Fleck 5600SXT Water Softener, Grains, Blue

1

$547.00

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...

47

$1,241.60

Aquasana 6-Year, 600,000 Gallon Whole House Water Filter

22

$479.21

HQUA 5000E Electronic Water Descaler

$129.99

Ad feedback

## Customers who bought this item also bought









Culligan P5A P5 Whole House Premium Water Filter, 8,000 Gallons

483

$10.42

Culligan UB-1 Mounting Bracket with Screws

213

36 offers from $4.99

Pentek SW-4 Plastic Filter Wrench used on Big Blue Filter Systems

106

$3.83

Pentek RFC20-BB Carbon Filter Cartridge, 20" x 4-1/2"

69

$58.66

Pentek DGD-2501-20 Spun Polypropylene Filter Cartridge, 20" x 4-1/2"

88

$23.26

## Special offers and product promotions

Size: **Fine Mesh for Iron Removal**

- **Your cost could be $718.00 instead of $768.00**! Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item ABCwaters 64k-56SXT-FMABC 64k FM fine mesh Softener, Iron Removal, Black** | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (40) | (83) | (445) | (139) |
| **Price** | $768⁰⁰ | $619⁹⁹ | $573²⁶ | $559⁹⁹ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| **Item Dimensions** | 48 x 12 x 12 in | 54 x 10 x 10 in | 27 x 17 x 62 in | 10 x 10 x 54 in |

## Product description

Size:**Fine Mesh for Iron Removal**

Eliminate red staining iron water from your household while removing hard water. Treats both ferrous (clear water or dissolved) and ferric (red water or oxidized) iron. Removes Manganese which is commonly seen as a black "slimy" stain or build up. Also treats Hydrogen Sulfide which is the rotten egg odor and as well as some evidence of yellow staining. Water Softener System Technical Details: Technical Details: The newest version of Fleck on-demand metered 5600 SXT valve, (1) 12" diameter PG 2.5T, (1) standard black brine tank with safety float. Includes Fleck bypass valve (#60049) and 1" male threaded yoke connection (#18706-01). 64,000 grain / 2.0 cubic feet of high capacity FINE MESH resin (#ABC-FM).

## Product information

Size:**Fine Mesh for Iron Removal**

## Technical Details

| | |
|---|---|
| Part Number | ABC-5600sxt-IN-64 |
| Item Weight | 147 pounds |
| Product Dimensions | 48 x 12 x 12 inches |
| Item model number | 64k-56SXT-FMABC |
| Size | Fine Mesh for Iron Removal |
| Color | Black |
| Item Package Quantity | 1 |
| Water Consumption | 12 GPM |
| Certification | Not Applicable |
| Included Components | Complete system |
| Batteries Included? | No |
| Batteries Required? | No |

## Additional Information

| | |
|---|---|
| ASIN | B076KSXGJG |
| Customer Reviews | 40 customer reviews  4.4 out of 5 stars |
| Best Sellers Rank | #319,429 in Tools & Home Improvement (See top 100)  #212 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 148 pounds (View shipping rates and policies) |
| Domestic Shipping | Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. |
| International Shipping | This item is not eligible for |

international shipping. Learn More

| Date First Available | January 3, 2017 |
| --- | --- |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)   Upload your video



### Be the first video

Your name here

## Sponsored products related to this item


Tier1 48,000 Grain
Capacity Water Softener +
5-Stage Reverse Osmosis
Drinking Water...
6
$619.99


Whirlpool WHES30 30,000
Grain Water Softener -
Built in USA - Salt Saving
Technolog...
14
$529.52


Fleck 5600sxt On Demand
Water Softener (32,000
Grains) with Resin Made in
USA/Canada
1
$527.00



Hard Water Problems?
Hefty heating bills? Buy
the YARNA Electronic
Water Softener a...
39
$219.97


Tier1 48,000 Grain High
Efficiency Digital Water
Softener for Hard Water
20
$499.00

Ad feedback


Incredibly Soft
Flannel Sheets

Shop now›

Stone & Beam

## Customer Questions & Answers

See questions and answers

# 40 customer reviews

4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 3% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 7% |

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images



See all customer images

## Read reviews that mention

easy to install    highly recommend    well water    water softener

drain line    works great    hard water    system    installed    iron

**Showing 1-8 of 40 reviews**

Top Reviews

Savos Aren

**Its pretty darn awesome.**

February 20, 2018

Size: 48,000 Grain Capacity     Verified Purchase

As a first time home buyer I knew absolutely nothing about water softeners. But doing some serious research I settled on this awesome machine. My wife and I live in a large old farm house with really hard water, so I wanted to get one that could keep up with the hardness. I've had this thing since June and I've only, other than the initial fill-up, put in 2 maybe 3 bags to refill it. I also installed a pre micron filter before and a carbon filter after this softener. It's been one of the best purchases we have made since being home owners. I Highly recommend it.

4 people found this helpful

126

[ Shop now ]

| Helpful |     Comment     Report abuse

Jennifer J Stuart

**Perfect IronSoft Plus Replacement!!**

November 16, 2017

Size: 48,000 Grain Capacity     Verified Purchase

We previously had an IronSoft Plus water softener (for 9 years in the Florida sun), but encountered some issues after attempting to replace the media which resulted in the upper control apparatus to leak and pressure build up to unseat it spraying water everywhere. We ordered the Fleck 5600sxt since it is very similar to the IronSoft Plus, and we found that the majority of the parts are the exact same. So, we were able to use our existing connections to our PVC pipes including the bypass valves (even though we were advised not to). This allowed the installation for us to be roughly 1.5 hours and we now have replacement parts in case we have any issues with the bypass valve or threaded PVC connector. Instructions with the softener are a little difficult to work with, but they do provide an installation video which makes it much easier. My only complaint is that this does not come with a drain line, so you will need to buy one separately if you do not have one that you can use. Prior to installation, we were at a 12 gpg/200 ppm hardness with our water; after installation we are now at 0 gpg/0 ppm. Quick shipping, received in about 1 week. Very pleased overall with this purchase.

One person found this helpful

| Helpful |     Comment     Report abuse

Pete I

**Install**

August 25, 2018

Size: 48,000 Grain Capacity    **Verified Purchase**

Received the water softener from ups. The box was mangled but the unit was fine. The unit shipped with the resin in the tank so install was fairly easy. The manufacturer left out the drain fitting from the fleck valve to the drain line. I picked one up at home depot for 62 cents. I never asked for a replacement as I wanted to install as quickly as possible. So far working great.

Added a star. After 7 days unit working flawlessly. Performed water test and no iron or hardness. Only had to reprogram fleck valve brine backfill time from 12 min to 6 min. Too much water in brine tank.

Great unit!

| Helpful |     Comment     Report abuse |
|---|---|

    YKNOT

**Great softener**

October 3, 2018

Size: 64k grain capacity    **Verified Purchase**

I installed this softener about 6 weeks ago to replace a Kenmore softener that had aged out. I made my own bypass valve to reduce the pressure/flow drop even though a bypass valve does come with the softener. The Fleck control valve is great and comes pre-programmed for the majority of the settings. Our water is extremely hard (80 grains) and this softener has provided us with soft water once again. Shipping was timely and all parts arrived in good condition. Highly recommend. The only complaint is that the kit comes with everything except an inexpensive piece of drain tubing which seems a bit odd.

| Helpful |     Comment     Report abuse |
|---|---|

    charles

**Five stars**

November 2, 2017

Size: 48,000 Grain Capacity    **Verified Purchase**

The unit arrived on time with no damage. It was very easy to set up and program. The water where we live is very hard well water. We tried Culligan exchange tanks for a few months however they're poor quality control resulted in numerous tanks that would not siphon the water. Water produced by this unit is always extremely soft and spot free with glasses coming straight from the dishwasher. Great product, great price, and works as advertised.

One person found this helpful

| Helpful | Comment | Report abuse |

spongebob

**ASSUME CLEAN WATER**

July 8, 2018

Size: Fine Mesh for Iron Removal     **Verified Purchase**

I love FLECK equipment, easy to install and very easy to service, repair kits available everywhere. Installed a main line 10 micron filter before the softener, my water is crystal clear now, well water is very high iron content, staining everything it touches, not any more, thank you "ABC" for a good deal and your "how to videos" . Pic does not have brine and drain line installed yet.

| Helpful | Comment | Report abuse |

rob plante

**Awesome item!**

April 23, 2017

Size: 48,000 Grain Capacity     **Verified Purchase**

Awesome item!! Fast delivery, my well water has 3.5 ppm of iron out of the pump. Now I have 0 iron through this water softener! Also saving a lot of $ on salt with the new Fleck 5600 metered water out flow.

4 people found this helpful

| Helpful | Comment | Report abuse |

JB

**Easy installation – works as advertised – great value**

December 23, 2017

Size: 48,000 Grain Capacity    **Verified Purchase**

Easy installation - works as advertised. This is the second unit I've purchased and installed this year (in two different properties), and I have no complaints.

I have no doubt that this is equal to or better than the system Home Depot tried to sell me with their "in home water test" - at nearly 7x the price!

| Helpful | Comment    Report abuse |
|---|---|

See all 40 reviews

Write a customer review

## What other items do customers buy after viewing this item?



ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond
83
$619.99



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System
445
$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black
139
$559.99



PRIME ORIGINAL
DreamWorks
KUNG FU PANDA
THE PAWS OF DESTINY

prime video
TRY PRIME NOW

**Pages with related products.** See and discover other items: Best Rated in Water Softeners

Ad feedback

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |

Scalable Cloud
Computing Services

Download
Audiobooks

Books With Free
Delivery Worldwide

Find Movie
Box Office Data

Thousands of
Digital Comics

Indie Print Publishing
Made Easy

Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished products
with a warranty

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates



Tools & Home Improvement ▾ | abcwaters

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com   Last-Minute Deals

EN ▾

Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾

0
Cart

**Tools & Home Improvement**   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

Save 25% in Tools and Home Improvement   See more ›

‹ Back to search results for "abcwaters"

## ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black by ABCwaters

109 customer reviews   |   159 answered questions

Price: $599.00

Get $10 off instantly: Pay $589.00 upon approval for the
Amazon Prime Store Card.

Size: **10% Resin**

| **10% Resin** |
| --- |
| $599.00 |

10% Resin with Upflow
Combo
$1,099.99

48k

$599.00

Installation options: **Expert replacement + haul away | See
more options for first-time installation** More options

Share

$599.00

This item requires special handling
and cannot be shipped to your
selected location.

## Only 9 left in stock - order soon.
**Ships from and sold by** Aplus
Water LLC.

Qty:   1 ▾

$599.00

| Add to Cart |
| --- |

Turn on 1-Click ordering for this browser



**Without expert installation**

Expert replacement installation
**+$436.72** per unit

See more

Deliver to Scottsdale 85251

**Add to List**

## Other Sellers on Amazon

**New** (4) from $618.00 & FREE shipping.

 

*Whole House Water Filtration Systems From Aquasana*

Aquasana 6-Year, 600,000 Gallon Whole House Water Filter

22

**$479.21** ✓prime

Ad feedback

- WATER SOFTENER OVERVIEW - This is our Space Saver model. This is a complete water softener system. 48,000 grain capacity system with an UPGRADED 10% cross link resin media for longer life span. We strive to build our systems with only the best in the Industry. Recommended Service Flow up to 12 GPM (Household sizes of 2-5 people). Fleck valve includes 5 year warranty. The same capacity as standard 48k system.
- INSTALLATION KIT - We add a special touch to our offerings. We provide an installation kit which is includes items that are necessary for best practice installs such as silicone lube, a hardness test strip, a sanitizer packet, 4 ft 3/8 in. brine line, drain line, a small parts kit, and an install guide written by ABCwaters technicians that simplify the installation.
- MINERAL & BRINE TANKS - Whole house system is built using 2 American made tanks. (1) Black 10" diameter mineral tank and (1) Black standard brine tank. Both tanks backed by a 10 year warranty.
- PRODUCT TECH SUPPORT - Hands down our most popular model and size. Made using the highest end components and hand assembled in Arizona by ABCwaters. Experience the difference and see why we are the industry leader. Email, Phone, Text, and NEW Facetime support along with YouTube videos gives you SUPPORT for before, during or after the installation.
- VALUE ADDED PACKAGE - We pride ourselves in simplifying the consumer experience. We demonstrate this by PRE-LOADING the mineral tanks with resin for you to reduce heavy lifting & mess, we PRE-PROGRAM the Fleck digital meter to avoid adding guess work, we

provide additional INSTALL ITEMS to save you from
making extra trips to store, and we are very EASY TO
CONTACT using phone, email, phone texting and now
FREE FACETIME tech support.

› See more product details

Compare with similar items

**New** (4) from $618.00 & FREE shipping.



**Tools, DIY & Yard**
**Home Gift Guide**

Shop now ›

## Frequently bought together



Total price: **$702.98**

[ Add all three to Cart ]

[ Add all three to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black  $599.00

☑ 3/4" Stainless Steel Bypass Valve for Fleck 5600, 2510, 9100, 9000 $37.99

☑ Watts WH-LD Premier Whole House Water Filtration System $65.99

## Sponsored products related to this item







Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
47
$1,241.60

Aquasana 6-Year, 600,000 Gallon Whole House Water Filter
22
$479.21

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...
56
$705.60

Ad feedback

## Customers who bought this item also bought






Watts WH-LD Premier Whole House Water Filtration System
465
$65.99

Cash Acme U3086FLEX24LF Water Softener Hose, Silver
24
$17.97

Culligan UB-1 Mounting Bracket with Screws
213
36 offers from $4.99

Valumax Fleck 18706-02 3/4 Plastic Yoke Male NPT Bypass
10
$10.10

CMI Inc FLEX18-1FF 173218 18" Corrugated Stainless Steel Flexible Water Line-1 Inch Hose...
23
$26.70

## Special offers and product promotions

Size: **10% Resin**

- **Your cost could be $549.00 instead of $599.00**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | **This item** ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (109) | (445) | (41) | (20) |
| Price | $599⁰⁰ | $573²⁶ | $637⁹⁹ | $595⁵⁵ |
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| Item Dimensions | 10 x 10 x 54 in | 27 x 17 x 62 in | 48 x 12 x 12 in | — |

## Product description

Size:**10% Resin**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Technical Details: The newest version of Fleck on-demand metered 5600 SXT valve, Black 10" diameter PG 2.5T, and an 11" black square brine tank with safety float. Includes Fleck bypass valve (#60049) and 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet of high capacity 10% cross linked resin (#ABC10). (1) Hardness Test and Install Bag of Goodies. Warranty and Instructions written by 602abcWATER technicians.

## Product information

Size:**10% Resin**

### Technical Details

| | |
|---|---|
| Part Number | 5600SXT-SS10-BLK |
| Item Weight | 125 pounds |
| Product Dimensions | 10 x 10 x 54 inches |
| Item model number | 48k-56sxt-10SS |
| Size | 10% Resin |
| Color | Black |
| Voltage | 115 volts |
| Item Package Quantity | 1 |
| Flow Rate | 12 GPM |
| Water Consumption | 12 GPM |
| Capacity Description | 48,000 |
| Coverage | manufacturing defects |
| Certification | Not Applicable |
| Included Components | complete system |

### Additional Information

| | |
|---|---|
| ASIN | B01NGTRR6V |
| Customer Reviews | 109 customer reviews<br>4.5 out of 5 stars |
| Best Sellers Rank | #132,607 in Tools & Home Improvement (See top 100)<br>#88 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 134 pounds (View shipping rates and policies) |
| Date First Available | December 21, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

| | |
|---|---|
| Batteries Included? | No |
| Batteries Required? | No |
| Warranty Description | manufacturer warranty |

**If you are a seller for this product, would you like to suggest updates through seller support?**

**Would you like to tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



## Be the first video

Your name here

## Sponsored products related to this item







| Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Tier1 Compatible 48,000 Grain Capacity Water Softener + 4-Stage Ultra-Filtration Ho... | American Water Solutions AIK10-25sxt AIK10 air Injection, Almond | ABCwaters 64k-56sxt-10bb 10% Water Softener, 64k Grain Capacity, Black |
|---|---|---|---|---|
| 20 | 14 | 6 | 1 | 40 |
| $499.00 | $529.52 | $574.03 | $687.98 | $719.99 |

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# 109 customer reviews

**Customer images**

## 4.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 20% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 4% |

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

45

[ Shop now ]

Ad feedback





See all customer images

## Read reviews that mention

| water softener | easy to install | brine tank | youtube video | hard water |
|---|---|---|---|---|
| resin tank | easy to follow | soft water | drain line | regenerate every |
| abcwaters | whole house | shark bite | bypass valve | stainless steel |

**Showing 1-6 of 109 reviews**

[ Top Reviews ]

K. Jacobs

**Great Unit - but seller instructions could mean 150% as much water and salt consumption as needed.**

March 12, 2017

Size: 48k    **Verified Purchase**

Came well packaged (though the resin tank is HEAVY, since the 602abcwaters seller prefills it, (a great bonus)). Install was a breeze, and well explained by the seller instructions.

One issue, however, is the seller only covers basic setup features, (regen time, forced regen days, reserve capacity), and not advanced features. Basic features are accessed by holding the up/down buttons for 5 seconds. Advanced features are set by first setting the clock to 12.01 pm, then holding the up/down buttons for 5 seconds.

The reason this matters is the unit I purchased was a 48,000 grain softener. It came pre-set with a 32,000 grain capacity, however, and the regen times were similarly set. This means it would have regenerated far more often than necessary, since it only would have assumed it has 66% the capacity

it really has, it would have consumed 1.5x as much water and salt! This COMPLETELY undermines the advantage of purchasing a flow-meter enabled softener. I never would have known this had I not looked at other seller's installation instructions and seen how to get into the master settings. I used instructions from "cleanwaterstore" found by googling "fleck installation manual", although if you follow these, ignore the setting of flowmeter (Code FM) to t0.7, the ABCwaters unit comes with a

28 people found this helpful

| Helpful | Comment | Report abuse |

E's Opinion

**Softens water as advertised**

May 22, 2017
Size: 10% Resin     **Verified Purchase**

We are replacing a Premier water softener that only lasted 3 years. After lots and lots of research, I decided to purchase this water softener. Shipping was quick. I watched the YouTube video and read the instructions on how to install. The resin was pre-installed, and the assembly was quite easy. We only hired a plumber because the water input and output on this unit was the opposite of the one we were replacing. We tested our water before and after install. I'm pleased to report we no longer have hard water at our house. :-)

My only concern is that we have this installed outside on the East side of our house. Since the Florida sun can be quite brutal, have to figure out how to shelter in some way. I hope it lasts as promised.

11 people found this helpful

| Helpful | Comment | Report abuse |

North Traveler

**Nothing Wrong With Ordering Water Softener Online**

April 10, 2017
**Verified Purchase**

I was a bit concerned ordering a major appliance like this from the web. Well no worry at all. The softener arrived in two boxes a day or two quicker than stated. I ordered this particular model because I planned on installing it myself and wanted to have all the parts. The only thing I had to buy myself was some copper fittings and the flexible connectors.
The installation went smoothly. The instructions were fairly clear and easy to follow. Assembeling the softener was very straight forward and easy.

Everyone's home installation will be a bit different. I had to cut the copper piping entering my old unit as it was sweated directly. I then positioned the Fleck and attached the flexible connectors to get an idea of where they would attach to my plumbing. This helped greatly as I didn't need all the copper fittings I had imagined and was able to position the plumbing fittings perfectly to match up with my flexible connectors.

Once connected I slowly turned on the water to fill the resin tank (via the attached bypass valve). I had a nearby sink faucet open. I ran things slowly so it took 15 or more minutes. The faucet spit and spurted from time to time as air was being driven out. Once the water was flowing smoothly and I

Read more

20 people found this helpful

[ Helpful ]    Comment    Report abuse

M. Bentley

**Good value but a few changes would give this 5 stars**

January 4, 2018

Size: 10% Resin    Verified Purchase

Arrived quickly and FREE shipping is great because the tank is HEAVY!! Instructions for installation are easy to follow and most items are included. The video shows the use of silicone grease on the O-ring connections and it would have been nice if they had included the tiny tube with the installation kit (the video shows a little 'sample' tube). My other complaint is the final 'plastic' manifold that connects to the bypass valve for the water line connection. This manifold has 1" male pipe threads for your connection to the household water lines. 1" MPT connectors are much larger then necessary and should be 3/4". 1" FTP hoses are difficult to find and their swivel nuts are so large that you need a 15" crescent wrench to fit them. 3/4" pipe threads are much more practical and the hoses to fit them are very common.

8 people found this helpful

[ Helpful ]    Comment    Report abuse

yelkcub

**Great product!**

June 11, 2017

Size: 10% Resin    **Verified Purchase**

So far so good! Seems to be doing exactly what it should.

Had to have mine installed as it was not a replacement item. Learned later they could have put it where "I" wanted it but they talked me into what was most convenient for them. 😊
I'm in a brand new home so wanted to start out on the right foot to save on hard water stains and spots, plus I like the feel of soft water for bathing.

9 people found this helpful

| Helpful |    Comment    Report abuse |
| --- | --- |

James W Thompson

**The water quality is really really good. No more hard water**

June 26, 2017

Size: 10% Resin    **Verified Purchase**

The water quality is really really good. No more hard water. All types of soaps and detergents that I use in the home have been reduced. I have this installed as the last bit of water treatment before the UV sterilizer. Some people have complained about the salt use. I haven't seen a high usage of salt. And even if that were to happen...salt is cheap. I would recommend this softener to anyone that has hard water and wants to soften it.

9 people found this helpful

| Helpful |    Comment    Report abuse |
| --- | --- |

See all **109 reviews**

| Write a customer review |
| --- |

**What other items do customers buy after viewing this item?**



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

41

$637.99



Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve

20

$598.45

59

Shop now

Ad feedback

**Pages with related products.** See and discover other items: water softeners review, salt water softener, softener salt, Best Rated in Water Softeners, home water softening system, Best water softeners for homes

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account

| | | | |
|---|---|---|---|
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English        United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates



Try Prime

Tools & Home Improvement ▾ | abcwaters

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com  Last-Minute Deals

EN ▾

Hello, Sign in
Account & Lists ▾ | Orders | Try Prime ▾

0
Cart

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

**Up to 45% off select smart home gadgets**  Shop now ›

‹ Back to search results for "abcwaters"

# ABCwaters Built Fleck 5600sxt 48,000 Water Softener + Hardness test + Install Kit + 2 Stainless Steel Connectors (8%)

by ABCwaters

8 customer reviews | 14 answered questions



Price: **$650.00**

Get $50 off instantly: Pay $600.00 upon approval for the Amazon Rewards Visa Card.

Pattern Name: **8%**

| 10%<br>$660.00 | **8%**<br>**$650.00** | FineMesh<br>$699.00 |

Installation options: **Expert replacement + haul away |
See more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
**+$436.72** per unit

See more

Share

**$650.00**

This item requires special handling and cannot be shipped to your selected location.

**In Stock.**
Ships from and sold by Aplus Water LLC.

Qty: 1 ▾

$650.00

**Add to Cart**





le house
xible
).
. valve
stem
r life.
vice
–5

our
s
ice
ip, a
e, a
ctors
nicians

n is built
meter
Both

iost
t end

vhy we
NEW
ives you
ation.
n
nstrate
sin for
OGRAM
the Fleck digital meter to avoid adding guess work, we
provide additional INSTALL ITEMS to save you from
making extra trips to store, and we are very EASY TO
CONTACT using phone, email, phone texting and now
FREE FACETIME tech support.

› See more product details

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

| Add to List |

### Other Sellers on Amazon

**New** (2) from $669.00 & FREE
shipping.



***Whole House Water
Filtration Systems
From Aquasana***

**Aquasana 6-Year, 600,000 Gallon Whole
House Water Filter**
22
**$479.21** ✓prime

Ad feedback

Compare with similar items

**New** (2) from $669.00 & FREE shipping.

Ad feedback

## Sponsored products related to this item



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
47
$1,241.60



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...
56
$705.60



HQUA 5000E Electronic Water Descaler
$129.99



Aquasana 6-Year, 600,000 Gallon Whole House Water Filter
22
$479.21

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
22
$1,688.56

Ad feedback

## What other items do customers buy after viewing this item?



**Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System**

445

$573.26



**ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black**

109

$599.00



**Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black**

139

$559.99



**SharkBite SS3086FLEX24LFA Corrugated Flexible Water Heater Connector, 3/4 inch x 1 inch FIP x 24 inch, Push-to-Connect Braided Stainless Steel Water Heater Hose**

17

$22.58

## Customers who viewed this item also viewed



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black

109

$599.00



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of...

139

$559.99

ABCwaters Fleck 48k Softener, Black

7

$619.98



ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or...

83

$619.99

## Special offers and product promotions

Pattern Name: **8%**

- **12 Month Financing:** For a limited time, purchase $599 or more using the Amazon.com Store Card and pay no interest for 12 months on your entire order if paid in full in 12 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Minimum monthly payments required. Subject to credit approval. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

   

| | | | |
|---|---|---|---|
| **This item** ABCwaters Built Fleck 5600sxt 48,000 Water Softener + Hardness test + Install Kit + 2 Stainless Steel Connectors (8%) | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| Customer Rating | (8) | (445) | (83) | (35) |
|---|---|---|---|---|

| Price | $650$^{00}$ | $573$^{26}$ | $619$^{99}$ | $1,069$^{98}$ |
|---|---|---|---|---|
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| Item Dimensions | — | 27 x 17 x 62 in | 54 x 10 x 10 in | 54 x 10 x 10 in |

## Product description

Pattern Name:**8%**

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek.

**Technical Details:**

- The newest version of Fleck on-demand metered 5600 SXT digital valve
- (1) Black 10" diameter PG 2.5T
- (1) Black standard brine tank with safety float
- Fleck bypass valve (#60049)
- 1" male threaded yoke connection (#18706-01)
- 48,000 grain / 1.5 cubic feet of premium 8% (#ABC8)
- (1) Hardness Test, drain line, and Install Bag of Goodies
- (2) stainless steel flex lines (#18080)
- 4' of drain line (#6731)
- 90 degree install adapter (#L6623) for tight spaces
- Warranty and Instructions written by ABCwaters technicians

## Product information

Pattern Name:**8%**

## Technical Details

| Part Number | 5600sxt-8-lp-blk |
|---|---|
| Item Weight | 138 pounds |
| Color | Black |

## Additional Information

| ASIN | B071KL7HH1 |
|---|---|
| Customer Reviews | 8 customer reviews |
| | 5.0 out of 5 stars |

| Pattern | 8% |
| --- | --- |
| Batteries Included? | No |
| Batteries Required? | No |

| Best Sellers Rank | #441,716 in Tools & Home Improvement (See top 100) #276 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| --- | --- |
| Shipping Weight | 138 pounds (View shipping rates and policies) |
| Date First Available | June 16, 2017 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



### Be the first video
Your name here

## Sponsored products related to this item

    

Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52

Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...
6
$619.99

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener...
22
$1,688.56

Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...
56
$705.60

Ad feedback



TOM CLANCY'S
JACK RYAN
PRIME ORIGINAL
TRY PRIME NOW | prime video

Ad feedback

## Customer Questions & Answers

See questions and answers

# 8 customer reviews

### 5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

```
Write a customer review
```

**Showing 1-8 of 8 reviews**

```
Top Reviews
```

Nogrey

**Buy it, do it yourself and save thousands. You will not regret it.**

October 21, 2018

Pattern: 10%    **Verified Purchase**

I've had this unit installed since January 2018. It came as a complete unit. The resin was pre-installed. Installation instructions were clear and concise. Only issue I had installing was in locating the tube that extends down into the brine tank. I texted them on a Saturday and had a response back in a few minutes. Had a few other questions all of which were answered promptly, and politely, even though I could have answered them myself had I taken a little more careful look at the instructions. The installation was clean and leak free. Worked the moment I turned it on and has been working flawlessly since. Having had a few soft water systems professionally installed I really wish I had been doing this myself and saved thousands in the process. My home was pre-plumbed for it so that made it a snap. I have absolutely no complaints about the unit or the support I received from ABC. I wouldn't hesitate a moment to recommend this company and this product.

```
Helpful
```
   Comment    Report abuse

gbc

59

Shop now

Ad feedback

### Glad I purchased this system

November 7, 2017

Pattern: 10%    **Verified Purchase**

Glad I purchased this system. It arrived quickly and as described. As long as you have your plumbing, power source, and drain line ready to go the install is pretty easy. Installation instructions are also online and on You Tube. I had to double check to make sure I had the brine line connection set up correctly and was able to determine that it was good. It was actually more difficult to empty and get rid of the old system that it was to set this one up. The stainless connectors work well and the 10% resin formulation will hopefully buy it (the resin) some extra time given the chlorinated water supply that exists where I live.Thumbs up!

One person found this helpful

Helpful     Comment    Report abuse

D. Erickson

### Much bigger than needed, but it works great!

October 28, 2017

Pattern: FineMesh    **Verified Purchase**

It works great! It's much bigger than what the two of us need though. I think it will only need to cycle once in 2-3 weeks and my water is considered "very hard" (27gr). I installed it myself with only 3 trips to the hardware store.

One person found this helpful

Helpful     Comment    Report abuse

Mitch F

### Happy with the system

September 20, 2017

Pattern: 10%    **Verified Purchase**

Once my house plumbing was ready (valves and copper water lines) the Fleck system was an easy install. Plenty of instructions and YouTube available if there are any challenges. I new nothing about water softeners. I also ordered the optional stainless supply lines, not realizing they were 1 inch. I bought 3/4 lines at local store to match my plumbing, you may consider skipping my extra step. BTW I have 1 inch lines for sale.

Helpful     Comment     Report abuse

### KATHALINA COWDELL

**Five Stars**

March 11, 2018

Pattern: 10%     **Verified Purchase**

Perfect

Helpful     Comment     Report abuse

### Daniel

**Five Stars**

November 23, 2017

Pattern: 10%     **Verified Purchase**

Easy to set up and works great so far. No issues.

Helpful     Comment     Report abuse

### Robert Aiello

**Five Stars**

April 15, 2018

Pattern: 10%     **Verified Purchase**

Works great and easy to install.

Helpful     Comment     Report abuse

### John McK.

**Easy installation.**

September 24, 2017

Pattern: 10%     **Verified Purchase**

Easy installation...I watched the video on youtube. I have done a lot of handy work in the house, but whenever I deal with plumbing, it is always a bit stressful. Everything went as expected. My

water was a hardness of 26, and now is perfectly soft and test to a ZERO hardness.

| Helpful |

Comment        Report abuse

**See all 8 reviews**

| Write a customer review |



Ad feedback

**Pages with related products.** See and discover other items: best water softener, whole house water softener system, water softeners

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |

› See all

English      United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

‹ Back to search results for "abcwaters"

Try Prime

Tools & Home Improvement ▾    abcwaters

5 days left Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251    Your Amazon.com    Last-Minute Deals

EN ▾    Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾

0
Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Save 33% on select August Home smart lock    Shop now ‣

# ABCwaters Pentair 3/4 48,000 10% Water Softener by ABCwaters

7 customer reviews  |  4 answered questions

Price: **$544.99**

Get $50 off instantly: Pay $494.99 upon approval for the
Amazon Rewards Visa Card.

Size: **48,000 - 3/4" Bypass**

Color: **Black**

- Fleck 5600Sxt digital metered control head
- › See more product details

**New** (2) from $555.00 & FREE shipping.

FYX all-in-one tool kit
Ultimate Household Drill and Drive
Mixed Set (48 pcs) **Shop now** ‣

Share

$544.99

This item requires special handling
and cannot be shipped to your
selected location.

In Stock.
Ships from and sold by Aplus
Water LLC.

Qty: 1 ▾

$544.99

Add to Cart

Turn on 1-Click ordering for this browser





Deliver to Scottsdale 85251

Add to List

**Other Sellers on Amazon**

**New** (2) from $555.00 & FREE shipping.




***Superior Shower Filters, Easy Installation***

Aquasana AQ-4105 Showerhead Filter System with Handheld Wand

1,202

**$52.99** ✓prime

Ad feedback

**Free**

Add all three to Cart

Add all three to List

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters Pentair 3/4 48,000 10% Water Softener $544.99

☑ 3/4" Stainless Steel Bypass Valve for Fleck 5600, 2510, 9100, 9000 $37.99

☑ Hach 2745250 Total Hardness Test Strips, 0-425 mg/L $9.40

**Sponsored products related to this item**



AquaBliss High Output
Universal Shower
Replaceable Multi Stage
Filter Cartridge–Chr...
2035
$33.86



Tier1 48,000 Grain High
Efficiency Digital Water
Softener for Hard Water
20
$499.00



Icepure Big Blue Sediment
and Activated Carbon
Water Filter Compatible
with FXHTC...
41
$22.99



Luxury Filtered Shower
Head Set Filter (Metal)
Cartridge Vitamin C and E
+ 15–Stage...
280
$47.85



Express Water Reverse
Osmosis Water Filtration
System – 5 Stage RO
Water Purifier w...
516
$169.25

Ad feedback

## Customers who bought this item also bought



Hach 2745250 Total
Hardness Test Strips, 0-
425 mg/L
219
$9.40



Water Hardness Test
Strips,Upgraded 100ct,0-
425 mg/L, HoneForest
Hard Water Test Kit,...
58
$12.97



Plumb Pak PP855-69 Air
Gap for Standpipes, Grey
19
$14.54



SharkBite Deburring Pipe
and Depth Gauge Tool,
Copper, CPVC, Pipe, 1/4
inch, 3/8 inch, 1/2 inch,...
291
$10.60



Watts WH-LD Premier
Whole House Water
Filtration System
465
$65.99

## Special offers and product promotions

Size: **48,000 - 3/4" Bypass** | Color: **Black**

- **No interest if paid in full within 6 months** with the Amazon.com Store Card on any purchase totaling $149 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

Size:**48,000 - 3/4" Bypass** | Color:**Black**

This model has the 10% Cross linked resin upgrade for longer life! Eliminate hard water scale build up and reduced soap efficiency with our complete whole house water softening unit with high efficiency Fleck 5600SXT Digital On-Demand control valve. High Capacity Resin - Removes Hard Water - Using the ion exchange process this system removes the calcium and magnesium ions that cause hard water. By eliminating hard water you extend the life of your homes plumbing and appliances! Meter Based Regeneration - This means that the water you use is measured and the system only regenerates when it needs to. Fleck 5600SXT Digital Control - The SXT controller is the newest controller from Fleck and is built on the tried and true 5600 valve. These valve have an outstanding 5 year warranty and have been tested to run continuously up to 27 years! In addition the SXT controller offers some great features including a back-lit LCD display touch pad controls 48 hour internal power backup and a user friendly interface. Black Structural mineral tank - Durable poly-glass tank is made by one of the most popular manufacturer of tanks and comes with a 10 year warranty. The standard Clack square black brine tank included with this system is approximately 15x17x33" and can hold about 250 lbs. of salt. The included safety float prevents overfilling and the overflow drain acts as an additional backup to avoid water messes. DIY Installation - We provide detailed installation instructions that allow most homeowners to install this system themselves. Technical Details: Fleck 5600sxt Digital on-demand Metered Water Softener with paddle wheel meter (#BR5600SMS-SXTPW), Made in the USA. Black Structural PG 2.5T (#CH30579-03010203-30), Clack 15"x17" black square brine tank with safety float. Includes Fleck bypass valve

## Product information

Size:**48,000 - 3/4" Bypass** | Color:**Black**

### Technical Details

| | |
|---|---|
| Part Number | WS48-56SXT10-34 |
| Item Weight | 103 pounds |
| Product Dimensions | 54 x 10 x 10 inches |
| Item model number | Pentair 48,000 3/4 |
| Size | 48,000 - 3/4" Bypass |

### Additional Information

| | |
|---|---|
| ASIN | B077B9T9HK |
| Customer Reviews | 7 customer reviews |
| | 4.2 out of 5 stars |
| Best Sellers Rank | #474,589 in Tools & Home Improvement (See top 100) |
| | #44,046 in Tools & Home |

| Color | Black |
| Voltage | 120 volts |
| Wattage | 24 watts |
| Item Package Quantity | 1 |
| Certification | Not Applicable |
| Included Components | Complete system |
| Batteries Included? | No |
| Batteries Required? | No |

Improvement > Kitchen & Bath Fixtures

| Shipping Weight | 53 pounds (View shipping rates and policies) |
| Domestic Shipping | Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. |
| International Shipping | This item is not eligible for international shipping. Learn More |
| Date First Available | November 10, 2017 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



### Be the first video

Your name here

## Sponsored products related to this item



AquaBliss High Output Universal Shower Replaceable Multi Stage Filter Cartridge-Chr...

2035

$33.86



Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water

20

$499.00



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...

56

$705.60



Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...

6

$619.99



Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...

14

$529.52

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

# 7 customer reviews

### 4.2 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 14% |

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images



See all customer images

**Showing 1-7 of 7 reviews**

Top Reviews

Bradley A.

**Great unit...just a couple of tips for a DIY installation**

March 15, 2018

Size: 48,000 - 3/4" Bypass      Color: Black      Verified Purchase

High quality product. LiquaGen was an awesome seller! They provided a phone number to call for any questions or tech support and their sales manager was fantastic. Resin tank came preloaded, which was nice. Also, an updated (5800) control valve and metal bypass (rather than plastic.) Professional installers need read no further, but for the DIY folks, there were a couple items of note which might need a little better explanation than the instruction manual (at least the one I received) provides:

17

Shop now

Ad feedback

1) The drainline on the 5800 valve is located on the opposite side (compared with the 5600) and uses an O-ring slip fitting which needs to be lubricated prior to installation. It is held in place by a plastic key (photos included.)

2) The transformer powering the system comes separately and connects to the unit just behind the brine-line nipple (photos included)

3) A brine-well stabilizer was included. To get it on the brine-well, start at the split end and work it on around from there.

Read more

3 people found this helpful

| Helpful | Comment | Report abuse |

Brian

**Great purchase for us!**

June 3, 2018

Size: 48,000 - 3/4" Bypass     Color: Black     **Verified Purchase**

Super pleased with this purchase. We got rid of our softner previously due to problems with it and it was really old. Didn't have a softner for a while and realized the difference! Purchased this and installed it myself. As soon as it was up and running and the old water cleared the pipes could tell a complete difference. It has been running ever since!

| Helpful | Comment | Report abuse |

Amazon Customer

### Easy to install!

May 14, 2018

Size: 48,000 - 3/4" Bypass     Color: Black     **Verified Purchase**

Item arrived in 2 different shipments on different days. All boxes were in good shape. All parts were present and installation went easily. New unit is much nicer than my old 13 year old one! I am very happy with this softener.

One person found this helpful

Helpful      Comment     Report abuse

Shallon Fingon

### Works great/easy install

October 8, 2018

Size: 48,000 - 3/4" Bypass     Color: Black     **Verified Purchase**

Easy to install and is working great after a few months.

Helpful      Comment     Report abuse

MSA

### Five Stars

February 15, 2018

Size: 48,000 - 3/4" Bypass     Color: Black     **Verified Purchase**

excellent!!!!!

Helpful      Comment     Report abuse

Amazon Customer

### Five Stars

July 15, 2018

Size: 48,000 - 3/4" Bypass     Color: Black     **Verified Purchase**

Installed easily. Works well.

Helpful      Comment     Report abuse

Matt

**Lemon product**

May 21, 2018

Size: 48,000 - 3/4" Bypass     Color: Black    **Verified Purchase**

Unit leaks. Seller & directions were utterly useless. Stay away from this product

| Helpful | Comment    Report abuse |

**See all 7 reviews**

| Write a customer review |

## What other items do customers buy after viewing this item?



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond

83

$619.99



Metered water softener with 3/4" Fleck 5600SXT control, 48,000 grain capacity with by-pass valve

20

$598.45

 

Get Active in Y-3

FREE EXPRESS
SHIPPING

Ad feedback

**Pages with related products.** See and discover other items: Best water softeners for homes, best water softener, whole house water softener system, water softeners, water softener

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates



Tools & Home Improvement ▾    abcwaters

**5 days left Prime FREE 2-Day Shipping**

Deliver to
Scottsdale 85251

Your Amazon.com    Last-Minute Deals

EN ▾

Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾

0
Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

**Up to 40% off select power and hand tools**    Shop now ›

‹ Back to search results for "abcwaters"

## ABCwaters Fleck 48k Softener, Black by ABCwaters

7 customer reviews   |   11 answered questions

Price: **$619.98**

Get $50 off instantly: Pay $569.98 upon approval for the
Amazon Rewards Visa Card.

Installation options: **Expert replacement + haul away | See
more options for first-time installation** More options

| Without expert installation |
|---|

**Expert replacement installation**
**+$436.72** per unit

See more

- 48,000 Grain High Capacity 8% resin. Best in the
  Industry. Resin is already pre-loaded into the mineral
  tank for you. Warranty: 5 years. DO YOU NEED
  CONNECTORS? Paste ASIN B071KL7HH1 in Amazon
  search bar to find system with connectors.
- Recommended Service Flow up to 12 GPM (Families sizes
  of 2-5), Hardness test and Installation Kit is included with

Share

$619.98

This item requires special handling
and cannot be shipped to your
selected location.

In Stock.
Ships from and sold by Aplus
Water LLC.

Qty: 1 ▾

$619.98

| Add to Cart |
|---|

Turn on 1-Click ordering for this browser



Deliver to Scottsdale 85251

Add to List

**Other Sellers on Amazon**

**New** (2) from $638.00 & FREE shipping.

 

*Whole House Water Filtration Systems From Aquasana*

**Aquasana 6-Year, 600,000 Gallon Whole House Water Filter**

22

$479.21 ✓prime

Ad feedback

t are
:one lube, a
in. brine
n by

ed 5600
right here
)U (YES we
ears.
m is built
ameter
: with a salt
y a 10 year
request.
are made
issembled
ur seller
stomers
hen it
exible
ne, Text,
e videos.

Ad feedback

## Frequently bought together



Total price: **$674.92**

[ Add both to Cart ]

[ Add both to List ]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** ABCwaters Fleck 48k Softener, Black  $619.98

☑ Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Grey Cap $54.94

## Sponsored products related to this item



Tier1 Compatible 48,000
Grain Capacity Water
Softener + 4-Stage Ultra-
Filtration Ho...
6
$574.03



Aquasana 10-Year,
1,000,000 Gallon Whole
House Water Filter with
Professional Insta...
56
$705.60



Fleck 5600sxt On Demand
Water Softener (24,000
Grains) with Resin Made in
USA/Canada
1
$507.00



Whirlpool WHES30 30,000
Grain Water Softener -
Built in USA - Salt Saving
Technolog...
14
$529.52

ABCwaters 64k-56sxt-
10bb 10% Water Softener,
64k Grain Capacity, Black
40
$719.99

Ad feedback

## What other items do customers buy after viewing this item?


Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System
445
$573.26


Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of
Upgraded HIGH Capacity 10% Resin, Black
139
$559.99


ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black
109
$599.00


ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k,
Black or Almond
83
$619.99

## Special offers and product promotions

- **Your cost could be $569.98 instead of $619.98**! Get a $50 Amazon.com Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product Description

### Whole House Water Softener Systems



This whole house water softener package is a complete system. This listing provides consumers with additional items that make this a value when compared to other water softener offerings. Pay close attention to the details when comparing your options.

This ABCwaters water softener system is powered by a Fleck 5600SXT digital valve. Fleck is the most popular digital meter on the market today. We package the system with American made Mineral & brine tanks. Additionally, this water softener system includes a premium 8% resin.

**We differentiate ourselves by providing consumers additional items in our packages that improve the overall value. The additional items contribute toward**

installation best practices and are typically not offered by other retailers. The consumer benefits from these additional items because they won't have to make additional trips to the hardware store to pick up items that are typically overlooked.

It's important to highlight that we also PRE-LOAD the RESIN into the mineral tank for you as a value added benefit. We load 1.5 cubic feet of cross-linked resin prior to shipping the system to help the consumer avoid additional heavy lifting and the mess that comes along with resin loading. This is typically overlooked by competitors so it's important to compare this in your purchasing decision.

## Benefits of Using a Fleck 5600sxt Digital Valve Meter



- **Eco-Frindly:** The Fleck units are made of finest quality materials and are designed for lower annual power consumption. Also they use less salt, which is better for the environment.
- **Simple to Use:** Each of these water softeners features an electronic powerhead that offers push buttons for programming the unit.
- **Easy Assembly:** All the units arrive fully assembled and ready for plumbing in. We offer an installation and programming guide under Manuals and Specs. Alternatively, you can get a professional to do it for you. The Parts Are Easy to Find
- **WQA Certified:** This gives more trust to the brand.

**Live Technical Phone Support**



We offer technical phone support Monday thru Friday between the hours of 7am to 4pm Arizona time. Our technical support also includes iPhone 'Facetime' help if you require video for visual assistance. Our technicians have 20+ years of combined professional installation experience to help guide you through the installation. We pride ourselves on continually striving to improve our customer's experience. We believe a simplified experience is a great brand experience.

## Value-Added Resources Included with ABCwaters Built Products







### Installation Videos

We are discovering that a large percentage of our customers are Do-it-yourself type people. We are investing in video production to provide our

### Installation Kit

Our installation kit includes items that typical retailers overlook. We believe it is the small details that make us different from our competitors. Each

### Simplified Installation Guide

We created a very comprehensive yet simplified installation guide. Our installation guide was written by an experienced water treatment installer. We

customers the resources needed to have a successful installation. / kit includes water hardness test strips, silicone lubricant for 'o'-rings, and sanitizer packet to flush your new system. / then revised the guide by a novice installer to truly develop an easy-to-follow instruction guide.

**WARNING:** California's Proposition 65

# Compare with similar items









|  | This item ABCwaters Fleck 48k Softener, Black | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (7) | (445) | (83) | (41) |
| **Price** | $619⁹⁸ | $573²⁶ | $619⁹⁹ | $637⁹⁹ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| **Item Dimensions** | 10 x 10 x 54 in | 27 x 17 x 62 in | 54 x 10 x 10 in | 48 x 12 x 12 in |

## Product information

### Technical Details

| | |
|---|---|
| Part Number | 5600SXT-10-PCK-BLK |
| Item Weight | 125 pounds |
| Product Dimensions | 10 x 10 x 54 inches |
| Item model number | 48k |
| Size | 48k |
| Color | Black |
| Item Package Quantity | 1 |
| Included Components | complete system |
| Batteries Included? | No |
| Batteries Required? | No |
| Warranty Description | 5 year manufacturer |

### Additional Information

| | |
|---|---|
| ASIN | B01MXW91ZE |
| Customer Reviews | 7 customer reviews<br>5.0 out of 5 stars |
| Best Sellers Rank | #551,140 in Tools & Home Improvement (See top 100)<br>#328 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 53 pounds (View shipping rates and policies) |
| Date First Available | December 22, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)  Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item



Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...

6

$619.99



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...

56

$705.60



Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water

20

$499.00



Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...

14

$529.52



Fleck 5600sxt On Demand Water Softener (32,000 Grains) with Resin Made in USA/Canada

1

$527.00

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

## 7 customer reviews

### 5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customer images

  

See all customer images

Showing 1-7 of 7 reviews

[ Top Reviews ]

Cosmo

**Does the job, recommended**

July 12, 2017

Verified Purchase



SWEET SURPRISES
AMAZON BIRTHDAY GIFT CARDS
> Shop now

Ad feedback

ABCwaters Fleck 48k Softener, Black - - Amazon.com

Works well and relatively easy to install. Instructions can be downloaded from the web and are very clear.

4 people found this helpful

| Helpful | | Comment | Report abuse |

Michael L.

**Perfect addition to our new home. Even the installer (plumber) was impressed !!**

September 20, 2018

**Verified Purchase**

Unit fit into the space really well. Very satisfied thus far with all aspects of the transaction. So far it's working just great !!

| Helpful | | Comment | Report abuse |

Jack C. Kruger

**Works as advertised! Chose to have it professionally installed ...**

June 11, 2018

**Verified Purchase**

Works as advertised! Chose to have it professionally installed due to unique connections to my system.

One person found this helpful

| Helpful | | Comment | Report abuse |

Linda

**Don't rent. You will save a lot by buying your own. This came highly rated. We can see why.**

October 3, 2018

**Verified Purchase**

Works great. Easy to install. Good bargain.

| Helpful | Comment    Report abuse |

John Fisher

**Good system**

October 27, 2018

**Verified Purchase**

Was as expected. Only have had it for a month, but I like what I am seeing.

| Helpful | Comment    Report abuse |

A grandmother

**Great system! Don't let someone sell you systems for thousands.**

July 15, 2018

**Verified Purchase**

Great system! I have zero hard water... used the test strips I purchased separately... that way I knew it was for real! Easy to install.

| Helpful | Comment    Report abuse |

P-Man

**Works Like A Charm!!!!!**

March 27, 2018

**Verified Purchase**

The Fleck unit from ABC Waters came quickly. All the materials that came with it were found in good order. I installed the unit and have been extremely happy with it for over 2 weeks now. We have community well water and it is terribly hard - full of calcium and magnesium. Even in just 2 weeks my wife and I are amazed at how much less dryness there is on our skin. Soap lathers-up much better than before and the coffee maker doesn't require weekly cleaning any longer. The unit is very quiet when it cycles through the recharge process. At our old house, when the softener recharged, it would wake me up it was so noisy. Programming the unit is a breeze and ABC Waters even includes an

instruction guide to follow. I also added a whole house Culligan water filter to keep as much sediment and iron filtered out of our potable water. I trust this will also help our appliances last longer with less sludge, especially in the water heater. All in all I could not be happier with our new Fleck 5600sxt water softener from ABC Waters.

One person found this helpful

| Helpful |   Comment     Report abuse

**See all 7 reviews**

| Write a customer review |

## Customers also shopped for











| Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of... | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600 Metered Water Softener On Demand Control Head Valve | DuraWater 64k 9100sxt Water Softener, 64,000 Grains, Blue |
|---|---|---|---|---|
| 445 | 139 | 35 | 24 | 5 |
| $573.26 | $559.99 | $1,069.98 | $247.00 | $1,301.90 |



Ad feedback

**Pages with related products.** See and discover other items: water filter systems review, water filter systems reviews, water softeners review, whole house water filter system reviews, salt water softener, softener salt

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates



‹ Back to search results for "abcwaters"

# ABCwaters Built Fleck 5600sxt 48,000 Water Softener SPACE SAVER + Connectors by ABCwaters

4 customer reviews | 5 answered questions



Price: **$699.98**

Get $50 off instantly: Pay $649.98 upon approval for the Amazon Rewards Visa Card.

**Installation options: Expert replacement + haul away | See more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
**+$436.72** per unit

See more

- WATER SOFTENER OVERVIEW – This is our Space Saver model. This is a complete water softener system that includes a pair of stainless steel flexible water line connectors (Female to push-connect). 48,000 grain capacity system with a premium 8% resin media for longer life span. We strive to build our systems with

Share

$699.98

This item requires special handling and cannot be shipped to your selected location.

Only 10 left in stock – order soon.
Ships from and sold by Aplus Water LLC.

Qty: 1 ▾

$699.98

Add to Cart

Turn on 1-Click ordering for this browser



ndustry. Recommended Service
Household sizes of 2-5 people).
5 year warranty. The same capacity
em.

We add a special touch to our
e an installation kit which is
re necessary for best practice
he lube, a hardness test strip, a
3/8 in. brine line, drain line, a
ainless steel flexible connectors
vritten by ABCwaters technicians
allation.

ANKS - Whole house system is built
de tanks. (1) Black 10" diameter
standard black brine tank. Both
year warranty.

PORT - Hands down our most
ize. Made using the highest end
d assembled in Arizona by
ce the difference and see why we
er. Email, Phone, Text, and NEW
ng with YouTube videos gives you
during or after the installation.
AGE - We pride ourselves in
mer experience. We demonstrate
s the mineral tanks with resin for
lifting & mess, we PRE-PROGRAM
er to avoid adding guess work, we
STALL ITEMS to save you from
store, and we are very EASY TO
le, email, phone texting and now
support.



› See more product details

Compare with similar items

**New** (2) from $718.00 & FREE shipping.

Deliver to Scottsdale 85251

Add to List

### Other Sellers on Amazon

**New** (2) from $718.00 & FREE
shipping.



*Whole House Water
Filtration Systems
From Aquasana*

Aquasana 6-Year, 600,000 Gallon Whole
House Water Filter

22

$479.21 ✓prime

Ad feedback

Ad feedback

## Sponsored products related to this item

    

| Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water 20 | Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta... |
|---|---|---|---|---|
| $499.00 | 6 | 14 | 47 | 56 |
| | $619.99 | $529.52 | $1,241.60 | $705.60 |

Ad feedback

## What other items do customers buy after viewing this item?



**Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System**

445

$573.26



**ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black**

109

$599.00



**Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System**

41

$637.99



**Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black**

139

$559.99

---

## Customers also shopped for

    

| Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of... | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600 Metered Water Softener On Demand Control Head Valve | DuraWater 64k 9100sxt Water Softener, 64,000 Grains, Blue | ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow... |
|---|---|---|---|---|
| 139 | 35 | 24 | 5 | |
| $559.99 | $1,069.98 | $247.00 | $1,301.90 | $1,589.99 |

## Special offers and product promotions

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items









| | **This item** ABCwaters Built Fleck 5600sxt 48,000 Water Softener SPACE SAVER + Connectors | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (4) | (445) | (41) | (83) |
| **Price** | $699⁹⁸ | $573²⁶ | $637⁹⁹ | $619⁹⁹ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |

| **Item Dimensions** | — | 27 x 17 x 62 in | 48 x 12 x 12 in | 54 x 10 x 10 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Technical Details: The newest version of Fleck on-demand metered 5600 SXT valve, Black 10" diameter PG 2.5T, and an 11" black square brine tank with safety float. Includes Fleck bypass valve (#60049) and 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet of high capacity 8% resin (#ABC8). (1) Hardness Test, drain line and Install Bag of Goodies. (2) stainless steel flex lines (#18080), 4' of drain line (#6731) and a 90 degree install adapter (#L6623) for tight spaces. Warranty and Instructions written by ABCwaters technicians.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | 5600SXT-SS8-LP-BLK |
| Item Weight | 147 pounds |
| Size | 48000 |
| Color | Black |
| Item Package Quantity | 1 |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B01N5DE7QV |
| Customer Reviews | 4 customer reviews 2.5 out of 5 stars |
| Best Sellers Rank | #738,026 in Tools & Home Improvement (See top 100) #410 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 147 pounds (View shipping rates and policies) |
| Date First Available | December 23, 2016 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)　Upload your video



**Be the first video**

Your name here

## Sponsored products related to this item











| | | | | |
|---|---|---|---|---|
| Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta... | Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water | American Water Solutions AIK10-25sxt AIK10 air Injection, Almond |
| 56 | 6 | 14 | 20 | 1 |
| $705.60 | $619.99 | $529.52 | $499.00 | $687.98 |

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

**Showing 1-4 of 4 reviews**

# 4 customer reviews

### 2.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 25% |
| 4 star | | 0% |
| 3 star | | 25% |
| 2 star | | 0% |
| 1 star | | 50% |

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



85

[ Shop now ]

Ad feedback

Ron

### Space Saver version is perfect -- and the installation info from ABC was great

December 6, 2017
**Verified Purchase**

Space Saver version is perfect -- and the installation info from ABC was great. Would highly recommend the softeners from ABC as they are easy to install with the flexible hoses. Fits in half the space of the previous Culligan. Programming was a breeze, just followed the directions and it was up and running.

8 people found this helpful

[ Helpful ]     Comment    Report abuse

Joe Reyes

### Parts missing

August 8, 2018
**Verified Purchase**

The product it's self is not bad but the package had parts that were missing and I had to buy those parts from my local warehouse. The instructions and www video that showed how to install and it was a big help.

One person found this helpful

[ Helpful ]     Comment    Report abuse

Tour fan

### DO NOT BUY FROM THIS COMPANY

June 13, 2018

I bought this water softener in 2016. It developed a leak this year, yet parts are still under warranty. I have had NOTHING positive to say about the process of getting this fixed. I had to download a service manual online to find the part numbers that needed to be ordered. Now, after multiple attempts to replace the part that is leaking, I am hearing from NO ONE. This part is made by Fleck, which is owned by Pentair, and ABC water is the company that handles the warranty.

9 people found this helpful

| Helpful | Comment | Report abuse |

Hillary

**Stay away**

November 12, 2018

I purchased a home that had this installed by the previous owner before selling. The softener is less than a year old and leaking like a sieve. I contacted abc waters and all they told me was that they didn't have my name in the system and the warranty is non-tranferable.

This unit is less than 9 months old and they wont stand behind it. despicable.

In my message I also asked them to advise me on fixing the issue if they couldn't warranty it - no response.

Stay away from this company!

5 people found this helpful

| Helpful | Comment | Report abuse |

See all 4 reviews

| Write a customer review |

**Customers who viewed this item also viewed**



126

Shop now

Ad feedback

**Pages with related products.** See and discover other items: water filter systems review, water filter systems reviews, water softeners review, whole house water filter system reviews, home water softening system, Best water softeners for homes

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
|  | Become an Affiliate | Reload Your Balance | Amazon Assistant |
|  | Advertise Your Products | Amazon Currency Converter | Help |
|  | Self-Publish with Us |  |  |
|  | › See all |  |  |

| English | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

Try Prime

Tools & Home Improvement ▼    abcwaters

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com    Last-Minute Deals

EN
▼

Hello. Sign in
Account & Lists ▼    Orders    Try Prime ▼

0
Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Up to 25% off select power and hand tools    Shop now ›

‹ Back to search results for "abcwaters"

# ABCwaters Built Fleck 5600sxt 48,000 Water Softener SPACE SAVER + Connectors by ABCwaters

4 customer reviews  |  5 answered questions









Price: **$699.98**

Get $50 off instantly: Pay $649.98 upon approval for the Amazon Rewards Visa Card.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

**Without expert installation**

**Expert replacement installation**
**+$436.72** per unit

See more

- **WATER SOFTENER OVERVIEW - This is our Space Saver model. This is a complete water softener system that includes a pair of stainless steel flexible water line connectors (Female to push-connect). 48,000 grain capacity system with a premium 8% resin media for longer life span. We strive to build our systems with**

Share

$699.98

This item requires special handling and cannot be shipped to your selected location.

## Only 10 left in stock – order soon.
Ships from and sold by Aplus Water LLC.

Qty:  1 ▾

$699.98

**Add to Cart**

Turn on 1-Click ordering for this browser

ACTUAL SIDE-BY-SIDE PHOTO



**62.75"**
**STANDARD SIZE**

**SPACE SAVER SIZE**

**53"**

26"

22"




ABC WATERS

rvice
ple).
capacity

our
s
ice
ip, a
e, a
ctors
nicians

n is built
meter
Both

1ost
t end

vhy we
NEW
ives you
ation.
n
nstrate
sin for
OGRAM
ork, we
From
SY TO
d now

› See more product details

Compare with similar items

New (2) from $718.00 & FREE shipping.

Deliver to Scottsdale 85251

Add to List

**Other Sellers on Amazon**

**New** (2) from $718.00 & FREE
shipping.

**Whole House
Water Filtration
Systems From ...**

5-Year, 500,000 Gallon Well Water Whole
House Filter with Salt-Free Softener, U...

11

$1,545.60 ✓prime

Ad feedback

Ad feedback

## Sponsored products related to this item











| Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water 20 | Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water... | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA – Salt Saving Technolog... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta... |
| --- | --- | --- | --- | --- |
| $499.00 | 6 | 14 | 47 | 56 |
| | $619.99 | $529.52 | $1,241.60 | $705.60 |

Ad feedback

## What other items do customers buy after viewing this item?



Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System

445

$573.26



ABCwaters 48k-56sxt-10SS 10% Resin Water Softener, Black

109

$599.00



Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System

41

$637.99



Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of Upgraded HIGH Capacity 10% Resin, Black

139

$559.99

## Customers also shopped for

    

Pentair 5600sxt-48k AFW Filters water softener with AFW Install kit Fleck 48,000 Grain of...

139

$559.99

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black

35

$1,069.98

Fleck 5600 Metered Water Softener On Demand Control Head Valve

24

$247.00

DuraWater 64k 9100sxt Water Softener, 64,000 Grains, Blue

5

$1,301.90

ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow...

$1,589.99

## Special offers and product promotions

- **12 Month Financing:** For a limited time, purchase $599 or more using the Amazon.com Store Card and pay no interest for 12 months on your entire order if paid in full in 12 months. Interest will be charged to your account from the purchase date if the promotional balance is not paid in full within 12 months. Minimum monthly payments required. Subject to credit approval. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items



|  | **This item ABCwaters Built Fleck 5600sxt 48,000 Water Softener SPACE SAVER + Connectors** | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters 48k-56sxt-fm pro Fine mesh Fleck Water Softener 48,000 Iron Filter System, 48k, Black or Almond |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (4) | (445) | (41) | (83) |
| **Price** | $699⁹⁸ | $573²⁶ | $637⁹⁹ | $619⁹⁹ |
| **Shipping** | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |

| | | | | |
|---|---|---|---|---|
| **Sold By** | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC | Aplus Water LLC |
| **Item Dimensions** | — | 27 x 17 x 62 in | 48 x 12 x 12 in | 54 x 10 x 10 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Technical Details: The newest version of Fleck on-demand metered 5600 SXT valve, Black 10" diameter PG 2.5T, and an 11" black square brine tank with safety float. Includes Fleck bypass valve (#60049) and 1" male threaded yoke connection (#18706-01). 48,000 grain / 1.5 cubic feet of high capacity 8% resin (#ABC8). (1) Hardness Test, drain line and Install Bag of Goodies. (2) stainless steel flex lines (#18080), 4' of drain line (#6731) and a 90 degree install adapter (#L6623) for tight spaces. Warranty and Instructions written by ABCwaters technicians.

## Product information

### Technical Details

| | |
|---|---|
| Part Number | 5600SXT-SS8-LP-BLK |
| Item Weight | 147 pounds |
| Size | 48000 |
| Color | Black |
| Item Package Quantity | 1 |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B01N5DE7QV |
| Customer Reviews | 4 customer reviews<br>2.5 out of 5 stars |
| Best Sellers Rank | #738,026 in Tools & Home Improvement (See top 100)<br>#410 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Weight | 147 pounds (View shipping rates and policies) |
| Date First Available | December 23, 2016 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Related Video Shorts (0)   Upload your video



## Be the first video

Your name here

## Sponsored products related to this item



Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta...
56
$705.60



Tier1 48,000 Grain Capacity Water Softener + 5-Stage Reverse Osmosis Drinking Water...
6
$619.99



Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog...
14
$529.52



Tier1 48,000 Grain High Efficiency Digital Water Softener for Hard Water
20
$499.00



American Water Solutions AIK10-25sxt AIK10 air Injection, Almond
1
$687.98

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

**Showing 1–4 of 4 reviews**

# 4 customer reviews

## 2.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 25% |
| 4 star | | 0% |
| 3 star | | 25% |
| 2 star | | 0% |
| 1 star | | 50% |

## Review this product

Share your thoughts with other customers

Write a customer review

17

Shop now

Ad feedback

Top Reviews

### Ron

**Space Saver version is perfect -- and the installation info from ABC was great**

December 6, 2017

**Verified Purchase**

Space Saver version is perfect -- and the installation info from ABC was great. Would highly recommend the softeners from ABC as they are easy to install with the flexible hoses. Fits in half the space of the previous Culligan. Programming was a breeze, just followed the directions and it was up and running.

8 people found this helpful

Helpful    Comment    Report abuse

### Joe Reyes

**Parts missing**

August 8, 2018

**Verified Purchase**

The product it's self is not bad but the package had parts that were missing and I had to buy those parts from my local warehouse. The instructions and www video that showed how to install and it was a big help.

One person found this helpful

Helpful    Comment    Report abuse

### Tour fan

**DO NOT BUY FROM THIS COMPANY**

June 13, 2018

I bought this water softener in 2016. It developed a leak this year, yet parts are still under warranty. I have had NOTHING positive to say about the process of getting this fixed. I had to download a service manual online to find the part numbers that needed to be ordered. Now, after multiple attempts to replace the part that is leaking, I am hearing from NO ONE. This part is made by Fleck, which is owned by Pentair, and ABC water is the company that handles the warranty.

9 people found this helpful

| Helpful | Comment | Report abuse |

Hillary

**Stay away**

November 12, 2018

I purchased a home that had this installed by the previous owner before selling. The softener is less than a year old and leaking like a sieve. I contacted abc waters and all they told me was that they didn't have my name in the system and the warranty is non-tranferable.

This unit is less than 9 months old and they wont stand behind it. despicable.

In my message I also asked them to advise me on fixing the issue if they couldn't warranty it - no response.

Stay away from this company!

5 people found this helpful

| Helpful | Comment | Report abuse |

See all 4 reviews

| Write a customer review |

Customers who viewed this item also viewed



Shine a light on farmhouse
Stone & Beam

SHOP NOW

Ad feedback

**Pages with related products.** See and discover other items: water filter systems review, water filter systems reviews, water softeners review, whole house water filter system reviews, home water softening system, Best water softeners for homes

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

| English | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates