# EXHIBIT 16

Try Prime

Tools & Home Improvement ▾ | softener

5 days left Prime FREE 2-Day Shipping

EN | Hello. Sign in
Account & Lists ▾

Orders

0
Cart

Deliver to
Scottsdale 85251

Your Amazon.com    Best Sellers    Deals & Savings    Last-Minute Deals    Gift Ideas

Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Tools & Home Improvement    Up to 25% off select power and hand tools    Shop now ▸

‹ Back to search results for "softener"

# ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System

by ABCwaters

Be the first to review this item








Share

Price: **$1,429.99 & FREE Shipping**

Get $50 off instantly: Pay $1,379.99 upon approval for the Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?** Send the gift of Prime or an Amazon Gift Card by email or text message.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

$1,429.99
& FREE Shipping

**Get it as soon as Dec. 26 - Jan. 2** when you choose Expedited Shipping at checkout.

In stock.
Ships from and sold by 602abcWATER.

Qty: 1 ▸

$1,429.99 + Free Shipping

Add to Cart

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

**Without expert installation**

Expert replacement
installation
+$436.72 per unit

Add to List



Tier1

*The Quality You
Expect, The Price
You Deserve.*

Tier1 48,000 Grain High Efficiency
Digital Water Softener for Hard Water

20

$499.00

Ad feedback





controlled by the Fleck
5600sxt meter valve. This
package also includes

# EXHIBIT 17

Tools & Home Improvement ▾   abcwaters

**Final days: Get them by 12/24**

EN   Hello. Sign in
Account & Lists ▾

Orders   Try Prime ▾   0 Cart

Your Amazon.com   Last-Minute Deals   Gift Ideas   Deals & Savings   Best Sellers

Tools & Home Improvement   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

**Up to 25% off select power and hand tools**   Shop now ▸

‹ Back to search results for "abcwaters"

# ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black by ABCwaters

35 customer reviews  |  164 answered questions

Price: **$1,069.98**

Share

**$1,069.98**

Get $50 off instantly: Pay $1,019.98 upon approval for the Amazon Rewards Visa Card.

This item requires special handling and cannot be shipped to your selected location.

Pattern Name: **10%**

| 10% | 10% w Catalytic Carbon |
|---|---|
| $1,069.98 | $1,259.98 |

In Stock.
Ships from and sold by Aplus Water LLC.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

Qty: **1** ▾

**Without expert installation**

Expert replacement installation
+**$436.72** per unit

See more

$1,069.98

**Add to Cart**

- **Complete package Overview – Complete turn-key Package that combines a whole house water softener &**

Turn on 1-Click ordering for this browser

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black -- Amazon.com

Deliver to Scottsdale 85251

Add to List

**Other Sellers on Amazon**

New (2) from $1,088.00 + $19.99 shipping



*Whole House Water Filtration Systems From …*

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Fre...

47

$1,241.60 √prime

Ad feedback



also
ation kit,
ical
e this is
red to the

use
xt Digital
ing
in for
mended
2-5

es efficient
ackwash
eded, and
ion and
tank
media -
coconut
gh

a wide

ntbe, and
stes and
iltration
atisfaction
your
hassle
eturn
e

assembled with NSF approved parts, filters and media. NEED WATER CONNECTORS? Copy and Paste this ASIN to find connectors for this package - B074T1L717.

› See more product details

Compare with similar items

New (2) from $1,088.00 + $19.99 shipping

*Water Treatment Done Right!*

602 ABCWATER

TRUE BLUE

Valve to Mineral Tank

ABCwaters Fleck 5600SXT Install Softener Install Guide

# EXHIBIT 18

Try Prime

Deliver to
Scottsdale 85251

Tools & Home Improvement ▾  softener

EN ▾  |  Hello. Sign in
Account & Lists ▾  Orders  Try Prime ▾  Cart  0

**5 days left** Prime FREE 2-Day Shipping

Smart Home

Tools & Home Improvement  Best Sellers  Deals & Savings  Gift Ideas  Power & Hand Tools  Lighting & Ceiling Fans  Kitchen & Bath Fixtures  Shop now ▸

Your Amazon.com  Last-Minute Deals

Up to 25% off select power and hand tools

‹ Back to search results for "softener"

# ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System

by ABCwaters

Be the first to review this item

Price: $1,429.99 & FREE Shipping

Get $50 off instantly: Pay $1,379.99 upon approval for the Amazon Rewards Visa Card.

**Expected to arrive after Christmas. Need a gift quickly?** Send the gift of Prime or an Amazon Gift Card by email or text message.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

Share

$1,429.99
& FREE Shipping

**Get it as soon as Dec. 26 - Jan. 2** when you choose Expedited Shipping at checkout.

In stock.
Ships from and sold by 602abcWATER.

Qty:  1  ▸

$1,429.99 + Free Shipping

Add to Cart

     

12/18/2018

ABCwaters built Fleck 5600sxt 48, 000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System - - Amazon.com

Turn on 1-Click ordering for this browser

Deliver to Scottsdale 85251

**Without expert installation**

Add to List

Expert replacement
installation
+$436.72 per unit







Valve to Mineral Tank

602 ABC WATER

*Water Treatment
Done Right!*

TRUE
BLUE

controlled by the Fleck
5600sxt meter valve. This
package also includes

Tier1

*The Quality You
Expect, The Price
You Deserve.*

Tier1 48,000 Grain High Efficiency
Digital Water Softener for Hard Water
20

$499.00

Ad feedback

# EXHIBIT 19

Try Prime

Tools & Home Improvement ▾ | abcwaters

**Final days: Get items by 12/24**

Deliver to
Scottsdale 85251

EN | Hello, Sign in
Account & Lists ▾ | Orders | Try Prime ▾ | 0 Cart

Your Amazon.com | Last-Minute Deals

**Tools & Home Improvement** | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

Up to 25% off select power and hand tools

Shop now ▸

‹ Back to search results for "abcwaters"

# ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black by ABCwaters
35 customer reviews | 164 answered questions



Price: **$1,069.98**

Get $50 off instantly: Pay $1,019.98 upon approval for the Amazon Rewards Visa Card.

Pattern Name: **10%**

| 10% | 10% w Catalytic Carbon |
| --- | --- |
| $1,069.98 | $1,269.98 |

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
+**$436.72** per unit

See more

- Complete package Overview – Complete turn-key
  Package that combines a whole house water softener &

Share

**$1,069.98**

This item requires special handling and cannot be shipped to your selected location.

In Stock.
Ships from and sold by Aplus Water LLC.

Qty: **1** ▾

$1,069.98

**Add to Cart**

Turn on 1-Click ordering for this browser



ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black - - Amazon.com

Deliver to Scottsdale 85251

Add to List

**Other Sellers on Amazon**

New (2) from $1,088.00 + $19.99
shipping

*Whole House
Water Filtration
Systems From ...*

Aquasana 10-Year, 1,000,000 Gallon
Whole House Water Filter with Salt-Fre...

47

$1,241.60 ✓prime

Ad feedback

also
ation kit,
iical
re this is
red to the

iuse
xt Digital
ning
in for
mended
2-5

es efficient
ackwash
eded, and
ion and
n tank
n media –
coconut
gh

a wide

ntbe, and
stes and
iltration
atisfaction
your
i hassle
eturn
e



*Water Treatment
Done Right!*

602 ABC WATER

TRUE BLUE

Valve to Mineral Tank

ABCwaters Fleck
5600SXT WATER
Softener Install
Guide

assembled with NSF approved parts, filters and media.
NEED WATER CONNECTORS? Copy and Paste this ASIN to
find connectors for this package - B074T1L717.

> See more product details

Compare with similar items

New (2) from $1,088.00 + $19.99 shipping

# EXHIBIT 20



# Fleck 5600SXT
# Water Softener with
# Upflow Carbon Tank



Written by **602abcWATER**

# Start Here

## Step 1 – Confirm all product components



Open your packages and confirm that you have received all the correct components. If you are missing any of the listed items below, please contact us at 602.222.9283.

### Package Contents

Tanks
1 – Mineral tank prefilled with carbon
1 – Mineral tank prefilled with resin
1 – Brine tank

Brine Tank
1 – Brine well with safety float
1 – Brine line
1 – Overflow elbow

Clack In/out Head
1 – Clack valve with basket attached
1 – Clack bypass valve
1 – Pair 1" male threaded elbow adapters

Fleck 5600sxt Valve
1 – Fleck 5600sxt metered valve
1 – Basket
1 – 1" threaded yoke
1 – Bypass
1 – Drain barb
1 – Flow meter (already attached)
1 – Small parts kit (nut, farrel, tube insert and screen)

Link to installation video water softener
https://www.youtube.com/watch?v=AKdENN_oSCo&feature=youtu.be

\* Not included but required – Salt, Teflon Tape, fittings to connect softener to your plumbing & ½" ID drain line. Please be sure to visit our website for installation resources to assist you during your install.

**Phone:** 602.222.9283 – Monday thru Friday 7am to 4pm Arizona time.
**Email:** support@602abcWATER.com

# Valve to Carbon Tank

### Step 1 – Assemble the in/out head



1. Please read entire manual before starting the installation. Please Verify you have all parts.

2. Lube O-ring located on the bottom of the in/out head.



3. Verify that the basket is securely fastened to the in/out head and connect with distributor tube located in the carbon tank. Make sure that the tube is inserted into the basket. To secure in place twist clockwise till tight.

### Step 2 – Attach bypass valve



1. Lube O-rings on the bypass valve and attach bypass valve to the in/out head, fitting the female ends with the easy tighten nuts onto the female ends of the in/out head. Hand tighten the nuts to seal the connection between the bypass valve and the in/out head.

### Step 3 – Rinse

1. Find a location outside which you can reach with a garden hose. You will be running water so a downward sloped driveway would be a great location.

2. Place the hose in either one of the openings located on the 'In & Out' head. You will be rinsing from both sides before completing this process.

4. Open garden hose valve slowly to begin filling the tank (takes a few minutes). Once a steady trickle begins pouring from the opposite port, increase the water pressure. Do this for about 15 to 20 minutes until water flows clear.

*\* Installers Tip: Once water looks clear, hold your hand under the flowing water. Your hand will contrast against faint traces of sediment and help you see when the water is fully rinsed.*

5. Now it's time to switch rinsing directions. Position the water hose in the opening of the opposite port and begin filing. Continue rinsing until water runs clear. The rinsing phase is now complete.

### Step 4 – Assembling elbows



Assembling the two male pair 1" male treaded elbow adapters. You will be placing the nut followed by the white slip ring. Push the white slip ring down to the inner most groove. Next, slide the split ring onto elbow, placing in last groove. Repeat for remaining elbow.

### Step 5 – UPFLOW configuration:



1. Lube O rings.

2. Fit the elbow adapter end with the O-rings onto the bypass valve, tighten the easy connect nuts. Repeat with other elbow assembly.

*Note: The elbows are configured to be used in any direction. Household plumbing can be coming from below, the top or even the side.*

This is the standard fitting included with the package. To accommodate various plumbing types, alternate fitting configurations are available and assemble identically to the bypass valve.

**Do not use a wrench to tighten fittings and parts.** Using a wrench to tighten will crack the plastic. Only hand-tightening is needed.

# Valve to Mineral Tank

### Step 6 – Plan Your water Softener system Location



Plan where to position your water softener system:
1. Position 5 ft. from power source to operate
2. Requires water drain for disposing of water
3. Requires access to home's main water line

### Step 7 – Begin Assembly: Fleck Valve to Mineral Tank



1. Apply silicone lube to small inner O-ring.

2. Attach top basket to the bottom of the Fleck 5600sxt valve. Insert large end of basket into groove and turn clockwise into locking position.




3. Apply a thin layer of silicon to large 'O'-ring located outside of threads.

4. Connect the Fleck valve to the mineral tank. Be sure to carefully line up the meter's top basket to the mineral tank's distributor tube.



The mineral tank's distributor tube should fit inside the top basket. Once aligned, screw on Fleck meter to mineral tank's threads. Hand tighten until tank starts to spin. Do not hold tank and over tighten valve.



# Flow Direction of  Co



If your Carbon or Resin tank are not level. You can bear hug it, lift it a few inches and drop. Our bases are able to be leveled on uneven surfaces.

**Service Mode**

**Bypass Mode**

Water Flow

**Shut-Off Valve**

Water Flow

**Yoke**

(Top

**Upflow Inlet**

**Downflow Inlet**

**Drain Barb**
(Connect to Drain)

**ByPass Valve**

(Top View)

(Connect to Brine Well)

(Side View)

**Upper Basket**

## CARBON TANK

Step 1. Water enters the Upflow Inlet and enters the distributor tube to the carbon in Carbon Tank. The Carbon tank removes the chlorine from the water and discharges from the Downflow Inlet. In having a Carbon tank with your system not only with it remove the chlorine but it will extend the life of the Resin.

## RESIN TANK

Step 2. Water enters the Inlet and enters the the distributor tube to the resin in Resin Tank. The Resins in the tank are used to replace the magnesium and calcium ions found in hard water with sodium ions. and discharges from the Downflow Inlet. Waste water flows out of the Drain Barb.

It is recommended that you premeasure the location of your system befor
up your system. It as well explains the pu

# ombination Softener System



**Service Mode**

**Bypass Mode**

Water Flow

**Safety Valve**

(Top View)

View)

**Drain Barb**
(Connect to Drain)

**Brine Well**

**Brine Line**

## BRINE TANK

Step 3a. The Brine Tank does its job depending on how you program your Fleck 5600sxt head. The Brine Tank uses common salt to create this brine solution. In normal operation, hard water moves into the mineral tank and the calcium and magnesium ions move to the beads, replacing sodium ions.

(Side View)

**Overflow Elbow**
(Connect to Drain)

e installation. This is a diagram to show the recommended way to setup rpose of each tank. Follow all local codes.

# Meter & Valve Assembly

### Step 4 – Connect Bypass to Fleck Meter



1. Apply silicone lube to the 2 'o'-rings on the valve and make connection. We also recommend applying silicone to the inside of the female end on the bypass valve.



2. Position metal clips to clamp over the connection point and fasten with screw. Because the connection is O-ring sealed, it's important not to overtighten the screw. Overtightening will cause damage to the plastic assembly.

### Step 5 – Connect Yoke to Bypass



1. Apply silicone lube to the 2 'o'-rings on the male connection on valve. Again, we also recommend applying silicone to the inside of the female end of the yoke prior to connecting.

2. Position both metal clips to clamp over the connection point and fasten screw. Remember not to over tighten screws.

# Attach Tank Lines

### Step 6 – Attach Drain Line to Fleck Meter



1. Wrap threaded connection point with 3-4 wraps of Teflon tape. Install provided plastic barbed fitting.

2. Install drain line (not included) to barbed fitting (found on Fleck valve) with a stainless hose clamp (not included). Drain line should extend to a main drain to dispose of waste water.

### Step 7 – Connect Brine Line to Fleck Meter



1. Prep brine line prior to install using brass nut, plastic Ferrule & brass tube insert.



2. Connect provided brass nut to the Fleck valve. Be careful not to overtighten. Over-tightening will cause damage.

### Step 8 – Connect Brine Well to Tank Side Wall



1. Locate predrilled hole in brine tank. Fasten brine well to side wall of brine tank using the white overflow elbow & plastic nut.
* This is preinstalled on Space Saver version.

# Almost Finished

### Step 9 – Connect Brine Line to Safety Float

 

There are 2 different types of safety valve connections. One is a compression fitting type and the other is a push-to-connect fitting.

### Step 10 – Connect Valve to Home Water Line



1. Connect your home's input water line to the Fleck meter through the port with 'arrow' pointing toward the meter.

2. Connect the remaining port with 'arrow' pointing away from meter to the home's incoming water line.

### Step 11 – Connect Meter to Power Source



1. Plug in the Fleck 5600sxt digital meter to a power receptacle. Your power source should be less than 5 feet in distance from the Fleck meter.



2. Turn bypass to 'in service' and let the tank fill slowly. Turn on the closest cold water faucet to softener to bleed air from tank.

# Programming

## Step 1 – Confirm All Product Components



1. Add 3 bags of salt pellets or rock salt along with 5 gallons of water to the brine tank.

**Add only 2 bags if using a SPACE SAVER system.

*\*\*Note during normal operations it is normal for the water level to be anywhere from 1/3 to 2/3 full of water, depending on the salt level at the time of regeneration.*

## Programming Your Hardness Water Softener

**Step 1.** Conduct hardness test on your water to obtain this number.

**Step 2.** Press & Hold both 'Up' & 'Down' arrows together until screen changes to DO (Day Override). This may take 5 seconds before change.

**Step 3.** Select # of days for DO. We suggest 14 days. Press 'Cycle' button (icon of arrows in diamond pattern) after days are set.

**Step 4.** Set Regeneration Time (RT). We suggest setting to 2:00am. This is the time that the system will regenerate. Press 'Cycle' button after setting time.

**Step 5.** Set Hardness (H). Based on hardness test number. Press 'Cycle' button after set.

**Step 6.** Reserve Capacity (RC) should be set at 75 gallons per person in household. Example: 2 people x 75 gal = 150 reserve capacity. Press 'Cycle' button to complete.

**602abcWATER**

Our company is managed by water professionals with over 25 years of combined experience. Our goal is to provide you and your family with the best equipment available in the industry, offer a support experience that is second to none and have fair pricing that everyone can afford. If you have any questions about which equipment is right for your home, or have installation questions, give us a call.

We are located in Phoenix Arizona. We accept walk in orders from local residents. We offer support via email, phone, text or video chat. Technical support is available Monday thru Friday between the hours of 7am to 4pm AZ time.

23910 N. 19th Ave., Ste. 8            Phone: 602.222.9283
Phoenix, Arizona 85085              Email: support@602abcWATER.com
Web: www.602abcWATER.com      Text or Facetime: 602.321.0145

## Product That Compliment Your System

We want to thank you for choosing our business for your water treatment needs. We would like to show our gratitude by offering a limited time discount on your next purchase. Please call us within 30 days of purchasing your system and you will receive a 5% discount on a reverse osmosis system listed below:

**Drinking Water Filtration**
Reverse Osmosis Systems
http://602abcwater.com/reverse-osmosis-systems/

* 30 day time limit is based on our purchase invoice date.

# EXHIBIT 21

12/18/2018

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black -- Amazon.com

Tools & Home Improvement ▾    abcwaters

Tools & Home Improvement   Best Sellers   Your Amazon.com   Deals & Savings   Gift Ideas   Last-Minute Deals   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

EN ▾   Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾   Cart   0

**Final days: Get items by 12/24**

Up to 25% off select power and hand tools   Shop now ▸

‹ Back to search results for "abcwaters"

# ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black by ABCwaters

35 customer reviews | 164 answered questions

Price: $1,069.98

Get $50 off instantly: Pay $1,019.98 upon approval for the Amazon Rewards Visa Card.

Pattern Name: 10%

| 10% | 10% w Catalytic Carbon |
| $1,069.98 | $1,269.98 |

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

**Without expert installation**

Expert replacement installation
+$436.72 per unit

See more

- Complete package Overview - Complete turn-key Package that combines a whole house water softener &

Share

$1,069.98

This item requires special handling and cannot be shipped to your selected location.

In Stock.
Ships from and sold by Aplus Water LLC.

Qty: 1 ▾

$1,069.98

Add to Cart

Turn on 1-Click ordering for this browser

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black - - Amazon.com

Deliver to Scottsdale 85251

Add to List

**Other Sellers on Amazon**

New (2) from $1,088.00 + $19.99 shipping



also
ation kit,
nical
're this is
red to the

use
xt Digital
ning
in for
mended
2-5

es efficient
ackwash
eeded, and
ion and
n tank
media -
coconut
gh

a wide

ntbe, and
stes and
iltration
atisfaction
your
i hassle
eturn
re

assembled with NSF approved parts, filters and media.
NEED WATER CONNECTORS? Copy and Paste this ASIN to
find connectors for this package - B074T1L717.

> See more product details

Compare with similar items

New (2) from $1,088.00 + $19.99 shipping

**Whole House Water Filtration Systems From ...**

Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Fre...

47

$1,241.60 ✓prime

Ad feedback

# EXHIBIT 22





and THM. It also removes most other chemicals, tastes and odors, and is an excellent system for general filtration.

- GUARANTEED SATISFACTION. We guarantee satisfaction with our product and customer service or get your money back. We pride ourselves in providing a hassle free consumer experience. We offer a 60 day return policy with money back guarantee. Systems are assembled with NSF approved parts, filters and media. NEED WATER CONNECTORS? Copy and Paste this ASIN to find connectors for this package - B074T1L717.

› See more product details

Compare with similar items

New (1) from $1,589.99 & FREE shipping.

Ad feedback

## Sponsored products related to this item

Page 1 of 11



Bounce Fabric Softener Dryer Sheets for Static Control, Outdoor Fresh Scent, 120 Count
29
$5.70



Downy Ultra April Fresh Liquid Fabric Conditioner Smart Pouch, Fabric Softener - 48...
351
$13.99



Downy Nature Blends Liquid Fabric Conditioner & Softener, Honey Lavender, 2 Count
54
$11.98



Downy Free & Gentle Liquid Fabric Conditioner (Fabric Softener), 34 fl.oz, (Packagi...
159
$17.94



Colace Regular Strength Stool Softener 100 mg Capsules 60 Count Docusate Sodium Sto...
353
$15.97

Ad feedback

## Customers also shopped for



CuZn UC-200 Under Counter Water Filter - 50K Ultra High Capacity - Made in USA
454
$119.95



APEC WFS-1000 Super Capacity Premium Quality 3 Stage Under-Sink Water Filter System
265
$136.36



iSpring RCC7AK-UV Deluxe Under Sink 7-Stage Reverse Osmosis Drinking Water Filtration System...
348
$297.49



NU Aqua Platinum Series Deluxe High Capacity 100GPD 5-Stage Under Sink Reverse Osmosis...
63
$144.95



APEC PHPLUSKIT-14 US MADE 10" Alkaline High Purity pH+ Calcium Carbonate Inline Filter...
18
$47.95

## Customers who bought this item also bought



CMI Inc FLEX18-1FF
173218 18" Corrugated
Stainless Steel Flexible
Water Line-1 inch Hose...

## Special offers and product promotions

- **No interest if paid in full within 12 months** with the Amazon.com Store Card on any purchase totaling $599 or more. Apply now.

## Have a question?

Find answers in product info, Q&As, reviews

## Compare with similar items

| |  |  |  |  |
|---|---|---|---|---|
| | **This item** ABCwaters built Fleck 5600sxt 64,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow Carbon Filtration System | ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (0) | (35) | (41) | (445) |
| Price | $1,589⁹⁹ | $1,069⁹⁹ | $640⁰⁰ | $573²⁷ |
| Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | 602abcWATER | 602abcWATER | 602abcWATER | 602abcWATER |
| Item Dimensions | 25 x 25 x 64 in | 54 x 10 x 10 in | 48 x 12 x 12 in | 27 x 17 x 62 in |

## Product description

We are recognized by Pentair as an authorized True Blue Partner of Pentair products including Fleck, Structural, and Pentek. Combo Package - Whole House Water Softener and Upflow Carbon Filtration System: Technical Details: Fleck on-demand digital meter 5600 SXT valve, black 12" diameter PG 2.5T, black brine tank w/ safety float. Fleck bypass valve (#60049) & 1" male threaded yoke connection (#18706-01). 64,000 grain / 2 cubic feet of Purolite SST-60 resin. (1) Hardness Test, drain line & install Bag of Goodies. Upflow carbon filtration: black 12" diameter tank, simple in & out valve, bypass valve & 2 cubic feet of Carbon Media Manufacturer Warranties: Fleck 5600sxt: 5 Year MINERAL & BRINE TANKS - Whole house system is built using 2 American made tanks. (2) Black 12" diameter mineral tank and (1) Black standard brine tank with a salt capacity of up to 150 lbs. All tanks backed by a 10 year warranty. Other colors are also available upon request.

# Product information

## Technical Details

| | |
|---|---|
| Part Number | ABC-COMB-SST-60-64 |
| Product Dimensions | 25 x 25 x 64 Inches |
| Flow Rate | 13 GPM |
| Batteries Included? | No |
| Batteries Required? | No |

## Additional Information

| | |
|---|---|
| ASIN | B07FQWC2PH |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars |
| Best Sellers Rank | #335,807 in Tools & Home Improvement (See top 100)<br>#220 in Tools & Home Improvement > Kitchen & Bath Fixtures > Water Filtration & Softeners > Water Softeners |
| Shipping Information | View shipping rates and policies |
| Date First Available | July 16, 2018 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related Video Shorts (0)  Upload your video



## Be the first video

Your name here

## Sponsored products related to this item





| Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Professional Insta... | Aquasana 10-Year, 1,000,000 Gallon Whole House Water Filter with Salt-Free Softener... | Express Water Heavy Metal Whole House Water Filter – 3 Stage Home Water Filtration ... | Whirlpool WHES30 30,000 Grain Water Softener - Built in USA - Salt Saving Technolog... | Culligan WH-HD200-C Whole House Sediment Water 1" HD CLR WTR Filter, Clear Bowl, Gr... |
|---|---|---|---|---|
| 56 | 22 | 21 | 14 | 165 |
| $705.60 | $1,688.56 | $449.99 | $529.52 | $54.94 |

Ad feedback



Shop worry free

FREE RETURNS FOR 30 DAYS
ON ALL FURNITURE

Shop now ›

Stone & Beam

Ad feedback

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

Write a customer review

85

Shop now

Ad feedback

## Customers who viewed this item also viewed

    

| ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black | ABCwaters built Fleck 5600sxt 48,000 Water Softener with Upflow Carbon Filtration (10%... | Fleck 5600SXT 64,000 Grain Water Softener Digital SXT Metered Whole House System | Fleck 5600SXT 48,000 Grain Water Softener Digital SXT Metered Whole House System | ABCwaters built Fleck 5600sxt 48,000 Water Softener with Special Purolite SST-60 Resin Combo with an Upflow... |
|---|---|---|---|---|
| 35 | 35 | 41 | 445 | |
| $1,069.98 | $1,269.98 | $637.99 | $573.26 | $1,429.99 |



Our best-selling lightning cable... upgraded

amazonbasics

Shop now ›

Ad feedback

**Pages with related products.** See and discover other items: best water softener, whole house water softener system, water softeners, water softener

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English     United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Fabric
Goodreads
IMDb
IMDbPro
Junglee.com
Kindle Direct Publishing

| | | | | | | |
|---|---|---|---|---|---|---|
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India | Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT 23



Try Prime

Tools & Home Improvement ▾    abcwaters

**5 days left** Prime FREE 2-Day Shipping

Deliver to
Scottsdale 85251

Your Amazon.com   Last-Minute Deals    EN ▾ |   Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾    🛒 0 Cart

**Tools & Home Improvement**   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

Up to 40% off select power and hand tools    Shop now ▴

‹ Back to search results for "abcwaters"

## ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black by ABCwaters

35 customer reviews   |   164 answered questions



Price: **$1,069.98**

Share

$1,069.98

Get $50 off instantly: Pay $1,019.98 upon approval for the Amazon Rewards Visa Card.

This item requires special handling and cannot be shipped to your selected location.

**Pattern Name: 10%**

| 10% | 10% w Catalytic Carbon |
| --- | --- |
| $1,069.98 | $1,269.98 |

In Stock.
Ships from and sold by Aplus Water LLC.

Installation options: **Expert replacement + haul away | See more options for first-time installation** More options

Qty: 1 ▾

**Without expert installation**

Expert replacement installation
+$456.72 per unit

$1,069.98

See more

**Add to Cart**

- **Complete package Overview - Complete turn-key** Package that combines a whole house water softener &

Turn on 1-Click ordering for this browser

ABCwaters 5600sxt Fleck Softener and Carbon Filter, Black - - Amazon.com

Deliver to Scottsdale 85251

Add to List



1 filtration system. Our Package also
-added items such as our installation kit,
that are easy to follow and technical
1plify your experience. We believe this is
des the most value when compared to the

r Overview - Complete whole house
1led by the popular fleck 5600sxt Digital
B, 000 grain high capacity softening
1 upgraded 10% cross-linked resin for
st quality in the Industry. Recommended
2 to 12 GPM (household sizes of 2-5
valve includes 5 year warranty

1 filtration upflow design provides efficient
1ut the need to backwash. No backwash
tricity required, No drain line needed, and
· produced. Greener water filtration and
water is a breeze with our carbon tank
1.5 cubic ft. High activity Carbon media -
is a natural media derived from coconut
1oves water contaminants through

1 contaminant removal removes a wide
1minants including chlorine and
1esticides, herbicides, organics, mtbe, and
:moves most other chemicals, tastes and
odors, and is an excellent system for general filtration

· GUARANTEED SATISFACTION. We guarantee satisfaction
with our product and customer service or get your
money back. We pride ourselves in providing a hassle
free consumer experience. We offer a 60 day return
policy with money back guarantee. Systems are
assembled with NSF approved parts, filters and media.
NEED WATER CONNECTORS? Copy and Paste this ASIN to
find connectors for this package - B074T1L717.

> See more product details

Compare with similar items

New (2) from $1,088.00 + $19.99 shipping

## Other Sellers on Amazon

New (2) from $1,088.00 + $19.99
shipping



**Whole House Water
Filtration Systems
From Aquasana**

Aquasana 6-Year, 600,000 Gallon Whole
House Water Filter

22

$479.21 ✓prime

Ad feedback

# EXHIBIT 24

Dear Aplus Water LLC,

ABC Water is the owner of the trademark *ABCwaters*. The purpose of this letter is to place you on notice regarding your company's use of the trademark *ABCwaters*. Absent a prompt resolution, we will recommend that our attorney take appropriate legal action to protect our proprietary rights. Any further infringing activity occurring after the receipt of this letter shall be considered a willful infringement.

Remove your listings from the following ASINs:

B07D5M1BXC
B01NCJSPYZ
B07CNKS9HB
B072MFVNSW
B076KSXGJG
B01MZ68CI9
B01N2Z95P3
B072KSRNWP
B071GZ78SL
B071XJCPL2
B071KL7HH1
B06XCCF9TR
B01MZ68CI9
B01MXW91ZE
B01NCK66GD
B01NGTRR6V


Best regards,

**William Mathews |602abcWATER | 23910 N. 19th Avenue, Suite 8, Phoenix, AZ 85085 | 602abcWATER (602.222.9283) | www.602abcwater.com**



602ABC WATER.com

# EXHIBIT 25

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES

One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

**David E. Rogers**
**602.382.6225**
**drogers@swlaw.com**

November 6, 2018

**VIA FEDERAL EXPRESS & EMAIL (apluswater@hotmail.com)**

Mr. Doug Edwards
Aplus Water, LLC
316 N 325 E
Valparaiso, IN 46383

      Re:    <u>Unauthorized Use of "ABCwaters";</u>
             <u>Communication Pursuant to F.R.E. §408</u>

Dear Mr. Edwards:

      Our firm represents ABC Water, LLC ("ABC"), which is located in Phoenix, AZ, owns the "ABCwaters" brand, and provides ABCwaters products in the United States.

      ABC is the owner of the marks "ABCwaters" and "ABC Water" in Arizona and throughout the United States. *Circuit City Stores, Inc. v. Carmax, Inc.*, 165 F.3d 1047, 1056, 1057 (6th Cir. 1999) (the trademark laws protect a senior holder of a trademark from confusing exploitation of its commercial marks); *Skydive Arizona, Inc. v. Hogue*, 238 Ariz. 357, 366–67 (Ct. App. 2015) (Arizona's unfair competition law encompasses common law trademark infringement); *Saf-Gard Prod., Inc. v. Serv. Parts, Inc.*, 491 F. Supp. 996, 1004 (D. Ariz. 1980) (finding trademark infringement when defendant's "Coolant Recovery Unit" was confusingly similar to plaintiff's common law trademark "Coolant Recovery System," and assessing lost profits damages and trebling the award due to the willfulness of defendant's conduct).

      ABC has learned that you are using the terms "ABCwaters" on Amazon to associate your competing products with those of ABC. This makes it appear as if your products are affiliated with or sponsored by ABC.

      Your use of "ABCwaters" or "ABC Water" (whether one word or two, singular or plural, regardless of font style, or whether or not in combination with other terms) is likely to cause relevant consumers to falsely believe that there is some connection between ABC and you in violation of trademark and unfair competition laws. *See, e.g. Skydive*, 238 Ariz. 357 at 366-67; *adidas Am., Inc. v. Skechers USA, Inc.*, 890 F.3d 747, 755 (9th Cir. 2018) (using metatags to misdirect consumers supported finding of secondary meaning in connection with trademark

4816-4096-8569.2

## Snell & Wilmer
——— L.L.P. ———

Mr. Doug Edwards
Aplus Water, LLC
November 6, 2018
Page 2

infringement finding; affirming injunction against the infringement); *Craigslist, Inc. v. Naturemarket, Inc.*, 694 F. Supp. 2d 1039, 1058 (N.D. Cal. 2010) (granting injunction and awarding plaintiff over $1.3 million in damages, attorney fees, and costs for willful trademark infringement; defendants "used the [plaintiff's] mark by displaying the mark in the text and in the headings of sponsored links on internet search engines to advertise their . . . products and services."); *Playboy Enters., Inc. v. Netscape Communications Corp.*, 354 F.3d 1020, 1025 (9th Cir. 2004) (unlabeled banner advertisements can create initial interest confusion and misappropriation of a trademark's goodwill); *Brookfield Commc'ns, Inc. v. W. Coast Entm't Corp.*, 174 F.3d 1036, 1065 (9th Cir. 1999) (federal trademark law "bars [defendant] from including in its metatags any term confusingly similar with [plaintiff's] mark."); *Promatek Indus., Ltd. v. Equitrac Corp.*, 300 F.3d 808, 812 (7th Cir. 2002) (initial interest confusion is actionable); *Morningware, Inc. v. Hearthware Home Prod., Inc.*, 673 F. Supp. 2d 630, 637 (N.D. Ill. 2009) (plaintiff sufficiently pled initial interest confusion when it alleged: "Hearthware has used [Morningware]'s trademark, or variations thereof, as a keyword for use in Google's Adwords program."); *Coachella Music Festival, LLC v. Simms*, No. 217CV06059RGKGJS, 2017 WL 6888499, at *10 (C.D. Cal. Dec. 13, 2017) (enjoining the use of "Coachella" in defendant's metatags).

Moreover, you have already been contacted by ABC about your unauthorized use, thus your continued infringement is willful. 15 U.S.C. § 1117 (attorneys' fees and treble damages available for willful infringement).

Therefore, ABC insists that you and all persons and entities within your control immediately and permanently cease use of the terms "ABCwaters" and "ABC Water" (whether one word or two, singular or plural, regardless of font style, or whether or not in combination with other terms) or any variation thereof, in connection with the promotion and provision of water softeners, water filters, and water heaters, including use on Amazon's site, eBay, other on-line retail sites, marketing materials, Internet sites, Internet advertisements, metatags, social networking sites, or as all or part of a banner ad, Adword, business name, keyword, or domain name.

These terms are not negotiable. We will check for your compliance by 5 p.m. MST on **November 9, 2018**.

Sincerely yours,

David E. Rogers

DER/dhd

4816-4096-8569.2

# EXHIBIT 26

## Dolan, Denise

| | |
|---|---|
| **From:** | Rogers, David |
| **Sent:** | Wednesday, November 21, 2018 9:37 AM |
| **To:** | Will Mathews; Neal Meinke |
| **Cc:** | Dolan, Denise |
| **Subject:** | FW: ABC - Cease & Desist - Aplus Water |

FYI.  Please check again on Monday afternoon.

Happy Thanksgiving.  Dave

**From:** Rogers, David
**Sent:** Wednesday, November 21, 2018 9:33 AM
**To:** 'isaac@ccsklaw.com' <isaac@ccsklaw.com>
**Cc:** Dolan, Denise <ddolan@swlaw.com>
**Subject:** ABC - Cease & Desist - Aplus Water

Issac:  Here are the infringing links.   Regards,  Dave

https://www.amazon.com/gp/offer-listing/B06XCCF9TR/ref=dp_olp_new_mbc?ie=UTF8&condition=new
https://www.amazon.com/gp/offer-listing/B01MXW91ZE/ref=dp_olp_new_mbc?ie=UTF8&condition=new
https://www.amazon.com/gp/offer-listing/B01NGTRR6V/ref=dp_olp_new_mbc?ie=UTF8&condition=new
https://www.amazon.com/gp/offer-listing/B01NCJSPYZ
https://www.amazon.com/gp/offer-listing/B01N5DE7QV
https://www.amazon.com/gp/offer-listing/B071GZ78SL
https://www.amazon.com/gp/offer-listing/B01N2Z95P3
https://www.amazon.com/gp/offer-listing/B07D5M1BXC
https://www.amazon.com/gp/offer-listing/B01N2Z95P3
https://www.amazon.com/gp/offer-listing/B076KSXGJG

# EXHIBIT 27

| | |
|---|---|
| **From:** | Rogers, David |
| **Sent:** | Wednesday, November 21, 2018 2:10 PM |
| **To:** | isaac@ccsklaw.com |
| **Cc:** | Dolan, Denise |
| **Subject:** | RE: ABC - Cease & Desist - Aplus Water |

Isaac.  We noticed that the ads I sent you are down, so we did not file the compliant.  Thanks

ABC will be checking Amazon each day between now and Monday, and we will file a complaint with Amazon if necessary.  Even over the weekend.

All we ask is that APlus market its products under its own brand, and not the ABCwaters brand.   Regards,  Dave


**From:** Rogers, David
**Sent:** Wednesday, November 21, 2018 11:25 AM
**To:** 'isaac@ccsklaw.com' <isaac@ccsklaw.com>
**Cc:** Dolan, Denise <ddolan@swlaw.com>
**Subject:** RE: ABC - Cease & Desist - Aplus Water

Isaac.  Nice talking with you.

It turns out that ABC would like us to take immediate action with Amazon because Black Friday and Cyber Monday are big sales days.   So, we're going to file a TM infringement complaint with Amazon.

I wanted to let you know, because I had said we'd wait until you and I spoke on Monday.  Thanks,  Dave

**From:** Rogers, David
**Sent:** Wednesday, November 21, 2018 9:33 AM
**To:** 'isaac@ccsklaw.com' <isaac@ccsklaw.com>
**Cc:** Dolan, Denise <ddolan@swlaw.com>
**Subject:** ABC - Cease & Desist - Aplus Water

Issac:  Here are the infringing links.  Regards,  Dave


https://www.amazon.com/gp/offer-listing/B06XCCF9TR/ref=dp_olp_new_mbc?ie=UTF8&condition=new
https://www.amazon.com/gp/offer-listing/B01MXW91ZE/ref=dp_olp_new_mbc?ie=UTF8&condition=new
https://www.amazon.com/gp/offer-listing/B01NGTRR6V/ref=dp_olp_new_mbc?ie=UTF8&condition=new
https://www.amazon.com/gp/offer-listing/B01NCJSPYZ
https://www.amazon.com/gp/offer-listing/B01N5DE7QV
https://www.amazon.com/gp/offer-listing/B071GZ78SL
https://www.amazon.com/gp/offer-listing/B01N2Z95P3
https://www.amazon.com/gp/offer-listing/B07D5M1BXC
https://www.amazon.com/gp/offer-listing/B01N2Z95P3
https://www.amazon.com/gp/offer-listing/B076KSXGJG

# EXHIBIT 28

| | |
|---|---|
| **From:** | Rogers, David |
| **Sent:** | Friday, November 23, 2018 11:07 AM |
| **To:** | isaac@ccsklaw.com |
| **Cc:** | Dolan, Denise |
| **Subject:** | Aplus unauthorized listings - they're back at it |

Isaac. Hope you had a Happy Thanksgiving with your family.

I'm not surprised to see this, because it seems that Aplus has no intention of following rules or promoting using its own brand. It continues to infringe using the "ABCwaters" brand. We're filing two Amazon complaints today.

There's simply no excuse for Aplus's actions. Nor has it provided one. This is willful infringement. Maybe Aplus doesn't understand the ramifications under the law, which are more severe than having Amazon ads shut down. Not only would it likely pay our attorney's fees if this matter went go to court, it would likely pay for ABC's lost sales due to the infringement. Tks, Dave

Here's are the branded listings with Aplus

https://www.amazon.com/dp/B004LYGBWM
https://www.amazon.com/dp/B01NGTRR6V
https://www.amazon.com/dp/B01N5DE7QV
https://www.amazon.com/dp/B01MXW91ZE
https://www.amazon.com/dp/B01N2Z95P3
https://www.amazon.com/dp/B01MXW91ZE
https://www.amazon.com/dp/B01MZ68CI9
https://www.amazon.com/dp/B06XCCF9TR
https://www.amazon.com/dp/B071KL7HH1
https://www.amazon.com/dp/B071XJCPL2
http://www.amazon.com/dp/B071GZ78SL
https://www.amazon.com/dp/B072KSRNWP
https://www.amazon.com/dp/B076KSXGJG
https://www.amazon.com/dp/B077B9T9HK