IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ABC Water, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>APlus Water, LLC,<br><br>              Defendant. | No. CV-18-04851-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff ABC Water, LLC's Complaint for trademark infringement (Doc. 1). In its Prayer for Relief in the Complaint, Plaintiff requests a temporary restraining order ("TRO"), preliminary injunction, and permanent injunction against Defendant APlus Water, LLC. *Id*. at 11. The Court will not consider a TRO request embedded in the Complaint.

**IT IS ORDERED** that Plaintiff must file a motion for a TRO consistent with Federal Rule of Civil Procedure 65.

**IT IS FURTHER ORDERED** that if Plaintiff seeks a TRO without notice, the motion must specify why notice should not be required. If Plaintiff seeks a TRO with notice, the Court will not set a hearing on the TRO until Plaintiff provides proof that notice has been given to Defendant.

///

///

///

**IT IS FURTHER ORDERED** that the motion for TRO must include the amount of the bond that Plaintiff plans to post reflecting the amount in controversy in the TRO.

Dated this 20th day of December, 2018.

_____
Honorable Steven P. Logan
United States District Judge