| Attorney or Party without Attorney:<br>SNELL & WILMER<br>DAVID E ROGERS (019274)<br>ONE ARIZONA CENTER<br>PHOENIX, AZ 85004<br>Telephone No: | | | | For Court Use Only | |
|---|---|---|---|---|---|
| Attorney For: Plaintiff | | | Ref. No. or File No.: 74895.00004 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | | |
| Plaintiff: ABC WATER LLC, AN ARIZONA LIMITED LIABILITY COMPANY; ET AL.<br>Defendant: APLUS WATER, LLC, AN INDIANA LIMITED LIABILITY COMPANY; ET AL. | | | | | |
| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-18-4851-PHX-SPL | |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE TO PARTIES - MANDATORY INITIAL DISCOVERY PILOT PROJECT; PRELIMINARY ORDER

3. a. Party served: APLUS WATER, LLC
   b. Person served: ANGELA SMOKER, STATUTORY AGENT

4. Address where the party was served: 3340 MONROE ST ROOM B, LA PORTE, IN 46350

5. I served the party:
   a. by substituted service. On: Thu, Jan 10 2019 at: 03:17 PM by leaving the copies with or in the presence of:
      ANGELA SMOKER, STATUTORY AGENT , Caucasian , Female , Age: 40 , Hair: Blond , Height: 5'8" , Weight: 150 lbs .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this document for service on: 01/09/2019

Service: $189.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $199.00

I Declare under penalty of perjury under the laws of the State of Indiana that the foregoing is true and correct.

6. Person Executing:
   a. Michael Jenkins
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

1/14/2019 (Date)     (Signature)

CERTIFICATE OF SERVICE

2960960 (10342434)

