# EXHIBIT 3



# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Tesla*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-154-559

**Effective Date of Registration:**
December 11, 2018

---

## Title _____

**Title of Work:**   Photograph of mineral tank, brine tank, and installation kit

## Completion/Publication _____

Year of Completion:   2017
Date of 1st Publication:   January 03, 2017
Nation of 1st Publication:   United States

## Author _____

- **Author:**   ABC WATER LLC
  **Author Created:**   photograph
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification _____

**Name:**   William Mathews
**Date:**   December 11, 2018
**Applicant's Tracking Number:**   74859.00001

---

**Correspondence:**   Yes

# EXHIBIT 5



# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karg A. Trule*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-154-560

**Effective Date of Registration:**
December 11, 2018

## Title

**Title of Work:** Photograph of mineral tank head

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** William Mathews
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT 7



## Installation Videos

We are discovering that a large percentage of our customers are Do-it-yourself type people. We are investing in video production to provide our customers the resources needed to have a successful installation.

# EXHIBIT 8

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Carla*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-151-066

**Effective Date of Registration:**
December 11, 2018

## Title

**Title of Work:** Image of advertisement re Installation Videos

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** William Mathews
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT 9



**Installation Kit**

Our installation kit includes items that typical
retailers overlook. We believe it is the small details
that make us different from our competitors. Each
kit includes water hardness test strips, silicone
lubricant for 'o'-rings, and sanitizer packet to flush
your new system.

# EXHIBIT 10

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Liske*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-151-064

**Effective Date of Registration:**
December 11, 2018

---

## Title

**Title of Work:** Image of advertisement re Installation Kit

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** William Mathews
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001

---

**Correspondence:** Yes

# EXHIBIT 11



# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Casla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-145-084

**Effective Date of Registration:**
March 27, 2019

---

## Title

**Title of Work:** Photograph of Installation Kit Components

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** Neal Meinke
**Date:** March 27, 2019
**Applicant's Tracking Number:** 74895.00001

---

**Correspondence:** Yes

# EXHIBIT 13



# EXHIBIT 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-153-706

**Effective Date of Registration:**
December 11, 2018

---

## Title

**Title of Work:** Photograph of Installation Kit Components

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** ABC WATER LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ABC WATER LLC
8003 W Robin Ln, Peoria, AZ, 85383, United States

## Certification

**Name:** ABC WATER LLC
**Date:** December 11, 2018
**Applicant's Tracking Number:** 74895.00001

Page 1 of 1